| | QTY | Part no | Description |
|---|---|---|---|
| 1 | 1 | 04-1288-42 | Halyard Pulley Frame |
| 2 | 1 | 04-1289-50 | PULLEY WHEEL |
| 3 | 1 | 04-1290-23 | Pulley Bushing |
| 4 | 1 | 04-1703-23 | Roller Bracket, Single |
| 5 | 1 | 04-1709-40 | 1/4"Int.Tooth Lock Washer, S/S |
| 6 | 2 | 04-1710-23 | 8-32 x 7/8 socket HD MS Alum |
| 7 | 2 | 04-1777-50 | Washer, Roller Frame |
| 8 | 1 | 04-1789-42 | Swivel |
| 9 | 1 | 04-1790-42 | Capture Collar |
| 10 | 1 | 04-1791-42 | Swivel Base |
| 11 | 1 | 420-000-01 | 1/4-20 Flange Nut |



DEFENDANT'S
EXHIBIT

**C**



RUPP002188



**Rupp Marine Inc**
Serious Sportfishing Hardware
(772)286-5300 (866)477-2678

C:\Vault\CA-0000\

**CA-0144**
**Parts Breakdown**

Last Updated 7/6/2023    Sheet 1 of 1



| ITEM | QTY | PART NO. | Description |
|---|---|---|---|
| 1 | 1 | 01-1702-23 | Roller Bracket, Double |
| 2 | 2 | 04-1288-42 | Halyard Pulley Frame |
| 3 | 2 | 04-1289-50 | PULLEY WHEEL |
| 4 | 2 | 04-1290-23 | Pulley Bushing |
| 5 | 2 | 04-1711-23 | 8-32 x 1 1/8 Socket HD MS Alum. |
| 6 | 3 | 04-1777-50 | Washer, Roller Frame |
| 7 | 1 | 04-1791-42 | Swivel Base |
| 8 | 1 | 04-1790-42 | Capture Collar |
| 9 | 1 | 04-1789-42 | Swivel |
| 10 | 1 | 420-000-01 | 1/4-20 Flange Nut |
| 11 | 1 | 04-1709-40 | 1/4"Int.Tooth Lock Washer, S/S |

RUPP002189

**Rupp Marine Inc**
**Serious Sportfishing Hardware**
(772)286-5300 (866)477-2678

CA-0145
Parts Breakdown

Last Updated 11/27/2023 Sheet 1 of 1

C:\Vault\CA-0000\

| ITEM | QTY | Part Number | Description |
|---|---|---|---|
| 1 | 1 | 04-1701-23 | Roller Bracket, Triple |
| 2 | 3 | 04-1288-42 | Halyard Pulley Frame |
| 3 | 4 | 04-1777-50 | Washer, Roller Frame |
| 4 | 3 | 04-1290-23 | Pulley Bushing |
| 5 | 3 | 04-1289-50 | PULLEY WHEEL |
| 6 | 2 | 04-1712-23 | 8-32 x 1 3/8 Socket HD MS Alum. |
| 7 | 1 | 04-1791-42 | Swivel Base |
| 8 | 1 | 04-1790-42 | Capture Collar |
| 9 | 1 | 04-1789-42 | Swivel |
| 10 | 1 | 420-000-01 | 1/4-20 Flange Nut |
| 11 | 1 | 04-1709-40 | 1/4"Int.Tooth Lock Washer, S/S |

RUPP002190



**Rupp Marine Inc**
Serious Sportfishing Hardware
(772)286-5300  (866)477-2678

C:\Vault\CA-0000\

**CA-0146**
**Parts Breakdown**

Last Updated 11/27/2023   Sheet 1 of 1



Top Clamp Half

Remove Eye Bolt

Align Pin To
Threaded Hole

Clamp Screws

**Remove Eye Bolt, Washes And Nut
Align Pin of the Top Clamp Half
with threaded hole of Collar and
Tighten down Clamp Screws**



Remove Eye Bolt

Replacement
Screw ASM

**Remove Eye Bolt, Washes And
Screw Nut. Replace with provided
Screw Asm install Clamp ASM,
Tighten down Clamp Screws**



**Rupp Marine Inc**
**Serious Sportfishing Hardware**
(772)286-5300  (866)477-2678

# CFT Pulley Installation

RUPP002194

\\fileserver\Shares\engineering\Cft 22 pulleys\ALL Good\

| | Qty. | Part Number | Description |
|---|---|---|---|
| 1 | 1 | 01-1702-23 | Roller Bracket, Double |
| 2 | 2 | 04-1288-42 | Halyard Pulley Frame |
| 3 | 2 | 04-1289-40 | PULLEY WHEEL |
| 4 | 2 | 04-1290-23 | Pulley Bushing |
| 5 | 2 | 04-1711-23 | 8-32 x 1 1/8 Socket HD MS Alum. |
| 6 | 3 | 04-1777-50 | Washer, Roller Frame |
| 7 | 1 | 04-1791-42 | Swivel Base |
| 8 | 1 | 04-1790-42 | Capture Collar |
| 9 | 1 | 04-1789-42 | Swivel |
| 10 | 1 | 420-000-01 | 1/4-20 Flange Nut |
| 11 | 1 | 04-1709-40 | 1/4"Int.Tooth Lock Washer, S/S |



RUPP002403

**Rupp Marine Inc**
Serious Sportfishing Hardware
(772)286-5300 (866)477-2678

**CA-0145**
**Parts Breakdown**

Last Updated 11/27/2023    Sheet 1 of 1

C:\Vault\CA-0000\

| | QTY | Part No. | Description |
|---|---|---|---|
| 1 | 1 | 04-1701-23 | Roller Bracket, Triple |
| 2 | 3 | 04-1288-42 | Halyard Pulley Frame |
| 3 | 4 | 04-1777-50 | Washer, Roller Frame |
| 4 | 3 | 04-1290-23 | Pulley Bushing |
| 5 | 3 | 04-1289-40 | PULLEY WHEEL |
| 6 | 2 | 04-1712-23 | 8-32 x 1 3/8 Socket HD MS Alum. |
| 7 | 1 | 04-1791-42 | Swivel Base |
| 8 | 1 | 04-1790-42 | Capture Collar |
| 9 | 1 | 04-1789-42 | Swivel |
| 10 | 1 | 420-000-01 | 1/4-20 Flange Nut |
| 11 | 1 | 04-1709-40 | 1/4"Int.Tooth Lock Washer, S/S |

RUPP002404



**Rupp Marine Inc**
Serious Sportfishing Hardware
(772)286-5300  (866)477-2678

**CA-0146**
**Parts Breakdown**

Last Updated 11/27/2023 Sheet 1 of 1

C:\Vault\CA-0000\





**21-1850-AS**

**21-1851-AS**

**21-1852-AS**

| 21-1850-AS Single Toggle | | | |
|---|---|---|---|
| Item # | Qty. | PartNo | Description |
| 1 | 1 | 21-1850-50 | Single Toggle |
| 7 | 1 | 832-0750-131 | #8-32x.75  Hex Drive Flat Head |

| 21-1851-AS Double Toggle | | | |
|---|---|---|---|
| Item # | Qty. | PartNo | Description |
| 1 | 1 | 21-1851-50 | Double Toggle |
| 7 | 1 | 832-1250-131 | #8-32x1.25  Hex Drive Flat Head |

| 21-1852-AS Triple Toggle | | | |
|---|---|---|---|
| Item # | Qty. | PartNo | Description |
| 1 | 1 | 21-1852-50 | Triple Toggle |
| 2 | 3 | 21-1853-50 | Pulley Wheel |
| 3 | 3 | 21-1854-50 | Bushing |
| 4 | 1 | 21-1859-30 | #8-32 Thread Insert |
| 5 | 3 | 21-1860-40 | Roller Sheild |
| 6 | 2 | 21-1863-40 | Type Pin |
| 7 | 1 | 832-1750-131 | SCHCSCREW #8-32x1.75 |

**21-1846-AS**
**22',18''',15' Carbon Fiber Pole**
**Tip Section**



Ø .93

**21-1847-AS**
**22' Carbon Fiber Pole**
**3rd Collar**
**18',15' Carbon Fiber Pole**
**2nd Collar**





Ø 1.70

**21-1848-AS**
**22' Carbon Fiber Pole**
**2nd Collar**
**18',15' Carbon Fiber Pole**
**1st Collar**



Ø 2.00

832-0375-041
Same for All

**21-1849-AS**
**22' Carbon Fiber Pole**
**1st Collar**



Ø 2.30

| Kit # | Description |
|---|---|
| CA-03PC-2X | Double Pulley Set CF (15'/18') PR |
| CA-03PC-2XA | Double Pulley Set AL (15'/18') PR |
| CA-03PC-3X | Triple Pulley Set CF (15/18) PR |
| CA-03PC-3XA | Triple Pulley Set AL (15'/18') PR |
| CA-04PC-2X | Double Pulley Set CF (22') PR |
| CA-04PC-3X | Triple Pulley Set CF (22') PR |

RUPP002405

**CONFIDENTIAL**

RUPP®
**Rupp Marine Inc**
Serious Sportfishing Hardware
(772)286-5300  (866)477-2678

**CFT Pulleys**
**Parts Breakdown**

Last Updated 6/4/2025    Sheet 1 of 1

C:\Vault\V21-1000\

| Item | Qty | Part No. | Description |
|---|---|---|---|
| 1 | 8 | 832-0375-041 | #93615A315 #8-32 X .375 |
| 2 | 8 | 21-1863-40 | Type Pin |
| 3 | 9 | 21-1860-40 | Roller Sheild |
| 4 | 12 | 21-1859-30 | #8-32 Thread Insert |
| 5 | 9 | 21-1854-50 | Bushing |
| 6 | 9 | 21-1853-40 | Pullley Wheel |
| 7 | 2 | 21-1852-50 | Triple Toggle |
| 8 | 1 | 21-1851-50 | Double Toggle |
| 9 | 1 | 21-1850-50 | Single Toggle |
| 10 | 1 | 21-1849-50B | XL Tilt Clamp Bottom |
| 11 | 1 | 21-1849-50A | XL Tilt Clamp Top |
| 12 | 1 | 21-1848-50B | Lg Tilt Clamp Bottom |
| 13 | 1 | 21-1848-50A | Lag Tilt Clamp Top |
| 14 | 1 | 21-1847-50B | Med Tilt Clamp Bottom |
| 15 | 1 | 21-1847-50A | Med Tilt Clamp Top |
| 16 | 1 | 21-1846-50B | SM Tilt Clamp Bottom |
| 17 | 1 | 21-1846-50A | SM Tilt Clamp Top |
| 19 | 1 | 21-1829-21 | Tele Collar XL CF |
| 20 | 1 | 21-1796-21 | Tele Collar MED CF |
| 21 | 1 | 21-1797-21 | Tele Collar LG CF |
| 22 | 1 | 832-0750-131 | #8-32x.75  Hex Drive Flat Head |
| 23 | 1 | 832-1250-131 | #8-32x1.25  Hex Drive Flat Head |
| 24 | 2 | 832-1750-131 | SCHCSCREW #8-32x1.75 |



RUPP002406

**CONFIDENTIAL**

**Rupp Marine Inc**
Serious Sportfishing Hardware
(772)286-5300  (866)477-2678

## CFT Pulleys W Collars Parts Breakdown

Last Updated 6/4/2025   Sheet 1 of 1

C:\Vault\21-1000\









RUPP003381





RUPP003383





RUPP003385