

DEFENDANT'S EXHIBIT

D



GEM0007929



GEM0007930



GEM0007931



GEM0007932



GEM0007933



GEM0007934



GEM0007935



GEM0007936



GEM0007937



GEM0007938



GEM0007939



GEM0007940



GEM0007941



GEM0007942



GEM0007943



GEM0007944



GEM0007945



GEM0007946



GEM0007947



GEM0007948



GEM0007949



GEM0007950



GEM0007951



GEM0007952



GEM0007953