UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Action No.  2:25-cv-14047-DMM

GEM PRODUCTS, LLC,                      )
                                        )
                                        )
                Plaintiff,              )
                                        ) VIDEOTAPED
        v.                              ) DEPOSITION OF:
                                        )
                                        ) JOSEPH GLONEK
RUPP MARINE, INC.,                      )
                                        )
                                        )
                Defendant.              )
_____       )

```
DEFENDANT'S
EXHIBIT

F
_____
```

        TRANSCRIPT of the stenographic notes of

the proceedings in the above-entitled matter, as

taken by and before SANDRA A. ROBERTSON, a Certified

Court Reporter and Notary Public of the State of New

Jersey, held at The Viking Yacht Company, Inc., 5738

US Route 9, New Gretna, New Jersey, on August 29,

2025, commencing at 8:50 a.m.

Joseph Glonek
August 29, 2025

Page 2

```
1   A P P E A R A N C E S:
2
3   TAFT STETTINIUS & HOLLISTER, LLP
      BY:  WILLIAM BROMAN, ESQUIRE
4   27777 Franklin Road
      Suite 2500
5   Southfield, Missouri 48034
      (248) 727-1571
6   wbroman@taftlaw.com
      Attorneys for the Plaintiff
7   GEM Products, LLC
8
    McHALE & SLAVIN, PA
9   BY:  ANDREW LOCKTON, ESQUIRE
         EDWARD McHALE, ESQUIRE
10  2855 PGA Boulevard
      Palm Beach Gardens, Florida 33410
11  (561) 625-6575
      alockton@mchaleslavin.com
12  Attorneys for the Defendant
      Rupp Marine, Inc.
13
14
    VIKING GROUP
15  BY:  CHRISTOPHER S. LAM, ESQUIRE
      771 Cuthbert Boulevard
16  4 Executive Campus, Suite 100
      Cherry Hill, New Jersey 08002
17  (215) 913-4944
      clam@vikinggroup.us
18  Attorneys for the Deponent
      Viking Yacht Company
19
20
      Also Appearing:
21
22  ALEX HATOFF, Videographer and Technician
23  RON KARPANTY
24
25
```

Page 3

```
1                    INDEX
2   WITNESS:                          PAGE:
3   JOSEPH GLONEK
4        By MR. BROMAN                      5
5                    *****
6
    216 Document Rupp 00001              23
7
                     *****
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1        THE VIDEOGRAPHER:  Good morning.  We
2   are on the record at 8:50 a.m. on August 29, 2025.
3   Audio and video recording will take place until all
4   parties agree to go off the record.  Please note
5   that the microphones are sensitive and may pick up
6   whispering and private conversations.
7        This is the video-recorded proceeding
8   of Joseph Glonek in the matter of GEM Products, LLC
9   versus Rupp Marine, Inc. filed in the United States
10  District Court for the District of Florida.  This
11  proceeding is being held at Viking Yacht Company,
12  Inc. located at 5738 US 9, New Gretna, New Jersey
13  08224.
14        My name is Alex Hatoff, and I am the
15  videographer on behalf of U.S. Legal Support.  I am
16  not related to any party in this action nor am I
17  financially interested in the outcome.  The court
18  reporter is Sandra Robertson on behalf of U.S. Legal
19  Support.
20        And would counsel please state their
21  appearances for the record at this time, after which
22  the court reporter will enter the statement for
23  remote proceedings into the record and swear in the
24  witness.
25        MR. BROMAN:  Will Broman on behalf of
```

Page 5

```
1   GEM Products, LLC from Taft, Stettinius & Hollister,
2   LLC.
3        MR. LOCKTON:  Andrew Lockton from
4   McHale & Slavin on behalf of Rupp Marine, Inc.  I am
5   joined by Edward McHale from my firm, and we also
6   have for the defendant, Rupp Marine, Inc. Mr. Ron
7   Karpanty.
8        MR. LAM:  Chris Lam, general counsel
9   for Viking Yacht Company and Palm Beach Towers.
10        JOSEPH GLONEK,
11  after having been duly sworn, testified as follows:
12        EXAMINATION
13  BY MR. BROMAN:
14        Q.    Good morning, Mr. Glonek.  Have you
15  ever had your deposition taken before?
16        A.    I have not.
17        Q.    Have you ever appeared in court?
18        A.    Yes.
19        Q.    Have you testified in court?
20        A.    No.
21        Q.    Okay.  Today's deposition is being
22  taken down by our court reporter, who is sitting to
23  your right.  She will record every word that is
24  said.  She cannot record head nods, hand gestures,
25  nuh-uh's, uh-huh's.  So there may be times when you
```

Joseph Glonek
August 29, 2025

Page 6

1  make some sort of a gesture or nonverbal
2  communication.  I will just ask you to clarify or
3  she may ask you to clarify for the record.  Is that
4  fair?
5      A.      Yes.
6      Q.      Because she is doing her best, she is
7  very good at her job, but when you and I talk over
8  each other, it can be very difficult for her.
9      A.      Right.
10     Q.      So I will try not to interrupt your
11 answer.  I would ask that you try not to interrupt
12 my question.
13     A.      Okay.
14     Q.      You may hear objections from Mr.
15 Lockton or from Mr. Lam.  If you hear those
16 objections, you still have the answer the question.
17 Understood?
18     A.      Yep.
19     Q.      On occasion I may ask you a question
20 that I don't state very well or for some other
21 reason you don't understand it.  If you don't
22 understand the question, I would just ask that you
23 not answer the question.  Is that fair?
24     A.      Yes.
25     Q.      If you do answer the question, I will

Page 7

1  assume that you understood the question as I
2  intended it.  Is that fair?
3      A.      Yes.
4      Q.      If I repeat a question or phrase it
5  in a different way even if you've given an answer,
6  I'm only doing that for clarity of the record.
7  Perhaps I didn't understand your answer.  I am not
8  trying to be argumentative with you or put you, you
9  know, in a tough spot.  So just understand that.
10             Before we begin today, is there any
11 reason that you can't testify truthfully today?
12     A.      No.
13     Q.      Okay.  Do you have any understanding
14 of why you are here today?
15     A.      A vague idea.
16     Q.      What is your vague idea?
17     A.      Something about GEM has a patent with
18 how pulleys are mounted.  I don't know all the
19 details of it.
20     Q.      Do you know the parties of the case?
21     A.      Yeah, GEM Products and Rupp Marine.
22     Q.      And you understand that GEM Products
23 has some sort of a patent on pulleys?
24     A.      Some kind of idea about that.  I
25 don't know the specifics of it.

Page 8

1      Q.      What do you know about GEM's patent
2  regarding pulleys?
3      A.      Something about how a pulley mounts
4  on an outrigger.  That's about all I know.  Can't be
5  hard mounted or something like that.  I don't know
6  the specifics.
7      Q.      When you say "hard mounted," what do
8  you mean by that?
9      A.      Can't be bolted directly to, I guess
10 would be the best way to say it.
11     Q.      So your understanding of GEM's patent
12 is that a pulley cannot be directly bolted to an
13 outrigger?
14     A.      I don't know the specifics of it.
15 That's just what I have heard through the grapevine
16 of our industry.
17     Q.      Who have you heard these things from?
18     A.      Drew McDowell said something to me
19 about it.  That's why we had different pieces come
20 in.  And also Matthew Bridgewater had said something
21 to me.
22     Q.      What did Drew McDowell say to you?
23     A.      That Rupp had changed design --
24             MR. LOCKTON:  Objection.
25     A.      -- and they had to add a piece to the

Page 9

1  pulley system.
2      Q.      When did Drew make these comments to
3  you?
4      A.      I have no idea.  That was a while ago
5  when we first started doing this.  It's probably
6  been a couple years.  I don't know.
7      Q.      When you say when you first started
8  doing this, what is the "this" that you're referring
9  to?
10     A.      When we assembled the outriggers
11 there was a new piece that came in with the
12 outriggers in the kit.  I didn't know what it was so
13 I questioned it.  Drew informed me that's what has
14 to go on the outrigger now.
15     Q.      What is this new piece?
16     A.      It was some kind of little swivel
17 piece that went in between the outrigger and the
18 pulley.
19     Q.      Do you still install that?
20     A.      Yes.
21     Q.      What does it look like?
22     A.      It's probably about an inch long.  It
23 has a stud on one end, threads on the other end.  It
24 has a swivel in the middle, like a little ball
25 swivel so it can rotate.

Joseph Glonek
August 29, 2025

Page 10

1    Q.    Has anybody else talked to you about
2  this ball swivel?
3    A.    No.
4    Q.    Just Drew McDowell?
5    A.    Yeah.
6    Q.    And would you say that Drew mentioned
7  this to you more than two years ago?
8    A.    Yeah.
9    Q.    More than five years ago?
10   A.    I honestly don't remember when we
11 started doing that to be perfectly honest with you.
12   Q.    Was it pre-COVID, post-COVID?
13   A.    It might have been pre.
14   Q.    Did Drew tell you why Rupp began
15 including this new one inch piece?
16   A.    Just a brief statement of there was a
17 patent that came out or something and that's what
18 they have to do now.  We never really went into
19 depth about it.
20   Q.    Before this one inch piece was being
21 used, how did you install Rupp's pulleys on an
22 outrigger?
23   A.    There is a bolt that goes through and
24 you would thread the pulley on.
25   Q.    Through the tube of the outrigger?

Page 11

1    A.    Yes.
2    Q.    Does that attach at a collar?
3    A.    Yes.
4    Q.    The collar and that bolt are what
5  holds the two tubes together to make a longer
6  outrigger?
7    A.    Correct.
8    Q.    You mentioned that the one inch long
9  piece has a ball swivel?
10   A.    Mm-hmm.
11   Q.    Do you know what the purpose of the
12 ball swivel is?
13   A.    I do not.
14   Q.    Do you know how the ball swivel
15 works?
16   A.    I do not.
17   Q.    Does the -- when you have the ball
18 swivel piece installed, does the pulley part of the
19 system, does that rotate in any way?
20   A.    Yes.
21   Q.    How does it rotate?
22   A.    It articulates and kind of moves side
23 to side and up and down.  You can spin it if you
24 wanted to.
25   Q.    Have you seen the pulley articulate

Page 12

1  on the ball swivel?
2    A.    What do you mean?
3    Q.    You mentioned that the ball swivel
4  allows the pulley to articulate, right?
5    A.    Yes.
6    Q.    Have you seen it articulate?
7    A.    Yes.  You can move it around no
8  problem.
9    Q.    Is there any advantage to the pulley
10 being able to articulate?
11         MR. LOCKTON:  Object to form.
12   A.    I do not know.
13   Q.    Do most customers -- strike that.
14         Do all customers have the pulleys
15 installed with this one inch piece on it?
16         MR. LOCKTON:  Object to form.
17   A.    Do I answer?
18   Q.    Yes.
19   A.    Can you repeat it?
20   Q.    Do all customers have their pulleys
21 installed on outriggers with this one inch piece
22 added?
23         MR. LOCKTON:  Same objection.
24   A.    I don't know.
25   Q.    Have you installed the Rupp pulleys

Page 13

1  on outriggers without that one piece since you
2  became aware of the ball swivel piece?
3    A.    I have, yes, under the instruction of
4  captains or crews or owners of the boat.
5    Q.    So customers will request that you
6  install the pulleys without that one inch extension
7  on it?
8    A.    Correct.
9    Q.    Do you know why they made that
10 request?
11         MR. LOCKTON:  Object to form.
12   A.    Everybody has their own style of
13 fishing and what they like to do.  Some guys like
14 different things.  No, you know.
15   Q.    Based on the customers that have --
16 that you have worked with, do most of them request
17 that that one inch piece be removed?
18         MR. LOCKTON:  Object to form.
19   A.    I wouldn't say most.
20   Q.    Is it more than a handful?
21   A.    Yeah.
22         MR. LOCKTON:  Object to form.
23   A.    I would say maybe 50 percent of them.
24   Q.    About half of the customers that you
25 install pulleys on their outriggers request that one

Joseph Glonek
August 29, 2025

Page 14

1  inch piece gets removed?
2      A.    Yes.
3      Q.    And your understanding which came
4  from Drew McDowell is that this one inch extension
5  was added due to a patent issue?
6            MR. LOCKTON:  Object to form.
7      A.    That's what I was informed of, yes.
8      Q.    By Drew McDowell?
9      A.    Yes, when I questioned him about it.
10     Q.    Why did you question him about it?
11     A.    Because it was a new piece and I
12  didn't know what it was.
13     Q.    Have you read any of the patents in
14  this case?
15     A.    Not at all.
16     Q.    Have you looked at any of the patents
17  this case?
18     A.    No.  I wouldn't even know where to
19  find them.
20     Q.    Have you formed any opinions as to
21  whether Rupp's pulleys infringe on the patents in
22  this case?
23     A.    No.
24     Q.    Have you told anybody that you
25  believe that Rupp's pulleys did not infringe on the

Page 15

1  patents in this case?
2      A.    No.
3      Q.    Did you have a conversation with Matt
4  Bridgewater last Friday about this case?
5      A.    Last Friday, no.
6      Q.    Last Friday, August 22nd, you did not
7  have a conversation with Matt Bridgewater where you
8  said to him that you believed that Rupp's pulleys
9  did not infringe GEM's patents because of the ball
10  swivel?
11     A.    Absolutely not.
12     Q.    When was the last time you talked to
13  Matt Bridgewater?
14     A.    Probably when they built their 64.
15  Let me look at my phone.  I mean, he was here.  I
16  don't believe I had any contact after that.  Yeah,
17  it would be -- the last time I had contact with Matt
18  Bridgewater would be when -- last October ish when
19  they built their boat here.
20     Q.    When you say when they built their
21  boat --
22     A.    When Gemlux built a Viking 64, their
23  demo boat.  I don't know the specifics of who owns
24  it, but they were here building a boat.
25     Q.    Your understanding was the boat was

Page 16

1  for Gemlux?
2      A.    Yes.
3      Q.    For clarity, your understanding was
4  not that the boat was for Matt Bridgewater's
5  personal use or somebody else's personal use?
6      A.    It said Gemlux on the back of it, and
7  they were all here.  That's all I know.  I don't
8  know who owns the boat.
9      Q.    Were you involved in installing any
10  outriggers on that boat?
11     A.    Absolutely.
12     Q.    What kind of outriggers did you
13  install on that boat?
14     A.    Gemlux.
15     Q.    Was there a specific model that you
16  installed, if you recall?
17     A.    Gulf Stream 74s or something like
18  that I think they are called.  I don't remember off
19  the top of my head.
20     Q.    Have you ever spoken with Ron
21  Karpanty?
22     A.    Yes.
23     Q.    When was the last time you spoke with
24  Ron Karpanty?
25     A.    Are we including emails?

Page 17

1      Q.    Any type of communication; email,
2  text, phone call.
3      A.    This past week via email.
4      Q.    What did you discuss via email with
5  Ron Karpanty?
6      A.    Parts that were here that needed to
7  be shipped back to him.
8      Q.    Before that email exchange with Ron,
9  when was the previous time that you -- going back in
10  chronological order, when was the next time that you
11  spoke with Ron?
12     A.    Probably a month or so prior via
13  email.  There might have been a phone call.  We had
14  an issue with a boat that I was trying to work out.
15     Q.    Have you ever spoken with Ron
16  Karpanty about this litigation?
17     A.    No.
18     Q.    Have you ever spoken with anybody at
19  Rupp Marine about this litigation?
20     A.    No.
21     Q.    Have you spoken to Ron or anybody at
22  Rupp Marine about today's deposition?
23     A.    No.
24     Q.    Have you spoken to anybody at GEM
25  Products about today's deposition?

Joseph Glonek
August 29, 2025

Page 18

1    A.    Yes.
2    Q.    Okay.  Who did you speak to at GEM
3  Products about today's deposition?
4    A.    Brian Sutton.
5    Q.    Was that by phone?
6    A.    By phone, yes.
7    Q.    Can you describe what was said in
8  that conversation?
9    A.    It was an after-work call, and I
10  called him to let him know that I had to have a
11  deposition because of this.
12    Q.    How long ago did you speak to Brian
13  Sutton about this deposition?
14    A.    About a week ago.
15    Q.    What specifically did you talk about
16  relative to the fact that you were going to have a
17  deposition in this case?
18    A.    That was about the gist of it.  We
19  didn't really get into it.
20         Him and I are friendly with each
21  other.  I called him.  I said, "Hey, man, I have to
22  do a deposition because there are things going on
23  with the two companies."
24         He had no idea about any of it.  I
25  didn't know much about it either.  We didn't really

Page 19

1  have much to talk about.
2    Q.    Did you ask him why you were being
3  deposed?
4    A.    No.
5    Q.    Did he tell you why you were being
6  deposed?
7    A.    No.
8    Q.    Did you express any frustration with
9  being deposed?
10    A.    Probably slightly, yeah.
11    Q.    Do you remember what you said to
12  express your slight frustration about being deposed?
13    A.    Off the top of my head, I do not.
14    Q.    Are you frustrated about being
15  deposed?
16    A.    Yes.
17    Q.    Why?
18    A.    Because I don't understand who I am
19  in this grand scheme of things.
20    Q.    Is that it?
21    A.    For the most part, yes.
22    Q.    What about for not the most part?
23    A.    I'm just a worker that puts stuff
24  together and builds boats, so I don't understand
25  what I have to do with any of this.

Page 20

1    Q.    Apart from Brian Sutton at GEM, have
2  you spoken with anybody else at GEM about today's
3  deposition?
4    A.    I have not.
5    Q.    Have you spoken with anybody else at
6  GEM about this litigation?
7    A.    No.
8    Q.    Have you spoken with anybody else at
9  GEM about the patents that may be at issue in the
10  litigation?
11    A.    I have not.
12    Q.    Have you ever informed GEM that Rupp
13  included this one inch extension on the swivel or
14  with the swivel piece to evade GEM's patents?
15    A.    I'm sorry.  Can you repeat that?
16    Q.    Have you ever made a comment to
17  anybody at GEM regarding Rupp's one inch swivel
18  piece?
19         MR. LOCKTON:  Object to form.
20    A.    Just the conversation that I had with
21  Matthew when he had asked me about it.
22    Q.    What did -- Matthew being Matt
23  Bridgewater?
24    A.    Yes.
25    Q.    And when was that conversation?

Page 21

1    A.    That would have been back in October
2  when he was here with the boat.
3    Q.    Do you recall what he asked about
4  specifically?
5    A.    He asked me -- I was building a set
6  of Rupp outriggers, I was putting them together.  He
7  asked me how the pulleys came and if they came
8  attached to the outrigger and I said no.
9    Q.    At what point did you talk about the
10  one inch swivel piece?
11    A.    Because I believe I was installing
12  one and he asked me what this was and I explained to
13  him that that was a swivel piece that comes in
14  there.
15    Q.    Did you explain you believed the
16  swivel piece was included?
17    A.    Yes.
18    Q.    When you conveyed the why, what did
19  you say to Matt Bridgewater?
20    A.    I said because apparently somebody
21  owns a patent about how these pulleys can be mounted
22  and this is what we have to do now.  And he then
23  informed me that I guess he owns the patent.
24    Q.    What was your reaction to that?
25    A.    I said, oh, okay.

Joseph Glonek
August 29, 2025

Page 22

1    Q.    Did you ask him about what patents
2  were at issue?
3    A.    No.
4    Q.    Apart from -- did you have any
5  conversations with Matt Bridgewater about the swivel
6  piece on Rupp's pulleys?
7    A.    No.
8    Q.    Apart from Brian Sutton and Matt
9  Bridgewater, have you spoken to anybody at GEM about
10 Rupp's pulleys?
11   A.    No.
12   Q.    When you receive Rupp's pulleys, are
13 they ever installed on the outrigger?
14   A.    No.
15   Q.    Have you ever asked Rupp if they can
16 install the pulleys on the outrigger before they
17 arrive at --
18   A.    No.
19   Q.    -- Palm Beach Towers?
20   A.    No, sir.
21   Q.    Is there any reason why somebody at
22 Rupp or somebody at GEM would believe you spoke to
23 them about asking Rupp to install the pulleys on the
24 outrigger?
25   A.    No.

Page 23

1         MR. LOCKTON:  Object to form.
2         MR. BROMAN:  I am going to mark as
3  Exhibit 216 the next exhibit.  This is Rupp 00001.
4  This has been previously marked at other
5  depositions, but I am going to mark it new here.
6       (Exhibit 216 Document Rupp 00001 marked for
7  identification.)
8  BY MR. BROMAN:
9    Q.    Mr. Glonek, have you seen a document
10 before?
11   A.    I cannot say that I have.
12   Q.    Have you seen a document similar to
13 this before?
14   A.    Just what's on their website.  I
15 haven't looked at their brochure recently.
16   Q.    If you can turn to page nine using
17 the white numbers in the lower right-hand corner of
18 the document.
19   A.    Mm-hmm.
20   Q.    In the top middle of page nine, which
21 is also Bates numbered Rupp 000011, does the pulley
22 clusters that you install on Rupp outriggers appear
23 in the top middle of this page?
24   A.    Yes.
25   Q.    And do these pulley clusters show the

Page 24

1  one inch swivel piece?
2    A.    They do not.
3    Q.    In the picture below the listing of
4  part numbers, there is another picture of an
5  outrigger with a pulley attached.  Do you see that?
6    A.    Yes.
7    Q.    Does that pulley get attached based
8  on what you can see with the one inch stem?
9    A.    I can't tell --
10        MR. LOCKTON:  Object to the form.
11   Q.    You can't tell in this picture?
12   A.    No.  The tube is blocking it.
13   Q.    How long have you worked for Palm
14 Beach Towers?
15   A.    Over 20 years.
16   Q.    How long have you been installing
17 Rupp pulley clusters on Rupp outriggers?
18   A.    I don't know the answer to that
19 question.  I don't remember when they came out.
20   Q.    How many outriggers do you believe
21 you have installed Rupp pulley clusters on?  You can
22 ballpark it.
23   A.    Sir, I have no idea.
24   Q.    Over 100?
25   A.    I would say so.

Page 25

1    Q.    Over 500?
2    A.    Probably not.
3    Q.    And having installed over between 100
4  and 500 pulleys on Rupp outriggers you can't tell
5  from this picture whether there is a one inch stem
6  attaching the outrigger on the pulley cluster?
7    A.    No.  The tube of the outrigger is in
8  the way.  You can't see the base of the pulley
9  completely.
10   Q.    Have you ever received any type of
11 gift from Matt Bridgewater?
12   A.    Define gift.
13   Q.    Any product, T-shirt, sports tickets,
14 event tickets, fishing gear, anything for free?
15   A.    Yes.
16   Q.    What of you received for free from
17 Matt Bridgewater?
18   A.    He --
19   Q.    I will strike that and clarify this.
20        I am specifically asking about
21 anything for free for your personal use.
22   A.    I don't know if it was from Matthew
23 Bridgewater directly or Gemlux company, but yes, I
24 have.
25   Q.    Whether it's from Matt Bridgewater

Joseph Glonek
August 29, 2025

Page 26

1    personally on behalf of Gemlux or somebody else at
2    Gemlux, what have you received from any of those
3    entities for free for your personal use?
4           A.      Outriggers for my own boat and bases
5    for my own boat.
6           Q.      How long ago was that?
7           A.      It's been a couple years.  I would
8    estimate three years.
9           Q.      Did you ask Matt or anybody at GEM to
10   provide these outriggers?
11          A.      I asked to -- Matt said to me that
12   give him a call anytime I needed anything.  So when
13   I was building my boat, I called him and said, "Can
14   you help me out at all" or "Can I get a discount or
15   anything?"
16          Q.      And what did he say in response?
17          A.      He said, "Don't worry, I will take
18   care of you.  Put your order in."
19          Q.      And then did he give you a discount?
20          A.      Yes, he did.
21          Q.      How much of a discount?
22          A.      I do not know the actual number for
23   the discount.
24          Q.      Did you pay anything for those
25   outriggers?

Page 27

1           A.      The outriggers themselves, no.  The
2    other parts, yes.
3           Q.      What other parts of an outrigger are
4    you thinking of that you would have paid for?
5           A.      Nothing do with outriggers.  It was
6    hinges and rod holders.
7           Q.      Are the hinges used with the
8    outriggers?
9           A.      No.
10          Q.      What are the hinges used for?
11          A.      Hatches on a boat.
12          Q.      And the rod holders are also not used
13   with the outriggers?
14          A.      No.
15          Q.      They hold fishing rods?
16          A.      Yes, sir.
17          Q.      And fishing rods have a line coming
18   off of them.  It goes into the water, correct?
19          A.      Yes.
20          Q.      And that line when you're using an
21   outrigger gets routed into a tension clip or
22   retention device on the halyard line, correct?
23          A.      Correct.
24          Q.      So the rod holders don't get directly
25   used with the outriggers but indirectly some might

Page 28

1    say that they are used with the outrigger?
2           A.      I guess you could say that depending
3    on how you run the boat and fish, yes.
4           Q.      The outrigger system that you
5    received without paying something for it, do you
6    have any idea what the value of that product is
7    retail?
8           A.      The poles themselves, I believe they
9    are over $2,000 or right around $2,000, I think.
10          Q.      And the rest of the outrigger system,
11   were you provided anything additional as part of
12   that outrigger system for free?
13          A.      Just the bases that they mount to.
14          Q.      Are there any spreader bars on the
15   outriggers that you received?
16          A.      No, sir.
17          Q.      How many halyard lines can you run on
18   the outriggers that you received?
19          A.      I don't know.  I haven't rigged them
20   yet.
21          Q.      Why haven't you rigged them yet?
22          A.      I am not done building the boat.
23          Q.      Okay.  What kind of boat are you
24   building?
25          A.      It's a 25 foot Wellcraft walkaround.

Page 29

1           Q.      Is it a custom built boat --
2           A.      No.
3           Q.      -- built from the ground up?
4           A.      No.  It's a boat I am restoring.
5    It's an older boat.
6           Q.      It's a hobby project?
7           A.      Yes, sir.
8           Q.      Have you asked Matt Bridgewater or
9    anybody at Gemlux for any additional products?
10          A.      No.
11          Q.      Have they offered any additional
12   products --
13          A.      I'm sorry.  Let me backtrack there.
14   I have ordered things through them for outside of
15   work use, yes.
16          Q.      Okay.  And did you pay for those
17   things?
18          A.      Yes.
19          Q.      So the only things that have been --
20   the only items of any value that have been provided
21   to you at no cost are the outrigger poles and bases
22   for your boat that you're building?
23          A.      Correct.
24          Q.      Would Matt Bridgewater's -- I will
25   call that a gift.  Is that fair to say?

Joseph Glonek
August 29, 2025

Page 30

1    A.    Yes.
2    Q.    Would Matt Bridgewater's gift affect
3  your testimony today in any way?
4    A.    No.
5    Q.    Why not?
6    A.    Because it's irrelevant.
7    Q.    How is it irrelevant?
8    A.    Because I'm not taking any sides in
9  any of this, so it doesn't change my opinion on
10  anything because I don't have one.
11    Q.    So hypothetically speaking, if you
12  believed that Rupp did nothing wrong, the fact that
13  Matt Bridgewater provided you outriggers would not
14  stop you from saying that; is that accurate?
15    A.    I don't know that that's my opinion,
16  but --
17    Q.    If it was the fact that Matt
18  Bridgewater provided you --
19    A.    From a hypothetical standpoint, no,
20  it would not change my opinion on any of that.
21    Q.    And from a hypothetical standpoint,
22  if you said or testified today that you believe that
23  Rupp's products did infringe on GEM's patents which
24  I understand you haven't looked at, would that
25  testimony be influenced in any way by the gifts from

Page 31

1  Matt Bridgewater?
2    A.    No.
3    Q.    Sorry.  Just for the court reporter.
4    A.    No, it wouldn't influence anything.
5    Q.    Okay.  Just for clarification, the
6  gifts that Matt Bridgewater has provided you in no
7  way affects your testimony today?
8    A.    No, not at all.
9    Q.    And the gifts that Matt Bridgewater
10  has provided you in no way affects your view on this
11  case?
12    A.    No.
13    Q.    Has anybody at GEM attempted to use
14  this litigation to persuade you to not buy products
15  from Rupp Marine?
16    A.    Not at all.
17    Q.    Has anybody at GEM Products or Gemlux
18  used this litigation to persuade you to buy products
19  from GEM?
20    A.    No.
21    Q.    Does knowledge of this litigation
22  persuade you to buy from one company or another?
23    A.    No.
24        MR. LOCKTON:  Object to form.
25  BY MR. BROMAN:

Page 32

1    Q.    Why not?
2    A.    Well, because I can't afford any of
3  the stuff made at the company.
4    Q.    Understandable.
5    A.    Because it doesn't matter to me.
6    Q.    Do you interface with customers as
7  part of your job?
8    A.    Yes.
9    Q.    Do you make recommendations to
10  customers about what outriggers to purchase?
11    A.    I do not.
12    Q.    How does a customer decide what
13  outrigger to purchase?
14    A.    Typically it's the captain on the
15  boat.  9 times out of 10 they decide what the boat
16  gets because they have to use it.  Sometimes owners
17  want something specific and it's a case-by-case
18  determination.
19    Q.    So is it accurate for me to say that
20  the boat owner, captain, mate, whoever the customer
21  of Palm Beach Towers is brings to you their list of
22  equipment that they want installed and then you,
23  through Palm Beach Towers, procures that equipment
24  and installs it on the boat?
25    A.    I couldn't tell you because I don't

Page 33

1  handle any of that stuff.  We have office people and
2  management that deal with that specifically.  I
3  don't deal with quotes and building.  You know,
4  getting everything together and figuring out what
5  the customer wants, I don't deal with any of that.
6    Q.    Mr. McDowell gave a deposition
7  yesterday.  Are you aware of that?
8    A.    Yes.
9    Q.    Did you have any conversations with
10  Mr. McDowell about that deposition?
11    A.    Yes, I did.
12    Q.    What was your conversation about
13  that?
14    A.    He said it was grueling.
15    Q.    Any other comments?
16    A.    He said they are gonna ask you a
17  bunch of questions and just answer truthfully.
18    Q.    Did he tell you what questions were
19  going to be asked?
20    A.    No.
21    Q.    One thing that Mr. McDowell mentioned
22  yesterday was something called a work order.
23    A.    Yes.
24    Q.    Are you familiar with a work order
25  for Palm Beach Towers?

Joseph Glonek
August 29, 2025

Page 34

1    A.    Of course.
2    Q.    What is a work order at Palm Beach
3  Towers?
4    A.    It is a line-by-line description of
5  exactly what we are going to build, from what kind
6  of pipe we are going to use, to who's wiring lights.
7    Q.    In your role either at Palm Beach
8  Towers or perhaps through a personal connection with
9  a customer, do you have any influence over what is
10  listed on that work order?
11    A.    I do not.
12    Q.    Is it accurate to say that you
13  receive the work order, you receive the parts and
14  based on the parts that you have and the work order
15  that you have, you install those parts on the boat?
16    A.    That's correct.
17    Q.    Does anybody -- strike that.
18    Does any customer ask for your
19  opinion of what outriggers to install on a boat?
20    A.    No.
21    Q.    Have you ever given an opinion to a
22  customer of what outriggers they should be
23  installing on their boat?
24    A.    No.
25    Q.    You mentioned that your boat is a

Page 35

1  walkaround?
2    A.    Yes, sir.
3    Q.    What is a walkaround style boat?
4    A.    What does that have to do with this?
5    Q.    I am asking the questions, sir.
6    A.    It has a cabin and a driving areas
7  that you can -- there is a path around it that you
8  can walk around.
9    Q.    I look out in the harbor here and I
10  see the big Viking boats that have the larger
11  sleeping areas and things like that.  Does the
12  walkaround boat that you're working on have that?
13    A.    No.  It's much smaller.
14    Q.    Where do the outriggers mount when
15  you eventually do mount them to your walkaround
16  boat?
17    A.    On top of my hardtop.
18    Q.    So if I am looking at a boat from the
19  side, is the hardtop kind of in the center popping
20  out of the middle of the boat?
21    A.    More towards the front.  Over where
22  you're driving.  It will be mounted up on top of
23  that.
24    Q.    You mentioned that the products from
25  GEM and Rupp are rather expensive.  I am

Page 36

1  paraphrasing.
2    A.    Yes.
3    Q.    The products that you're installing
4  here at Palm Beach Towers, are those the same types
5  of outriggers that you receive from Matt
6  Bridgewater?
7    A.    No.
8    Q.    Why not?
9    A.    They are a lower model that I have.
10    Q.    Okay.  Is the model that you have
11  specific for your walkaround type boat?
12    A.    They are universal I would say.
13    Q.    I should say not specific to your
14  specific make and model of boat, but a walkaround
15  boat is a type of boat, correct?
16    A.    Correct.
17    Q.    Is it synonymous with a center
18  console boat?
19    A.    No, because a walkaround has a small
20  cabin whereas a center console generally doesn't.
21    Q.    Are the outriggers that were given to
22  you by Matt Bridgewater a type used predominantly on
23  walkaround boats and smaller boats?
24    A.    Yes.
25    Q.    Do the outriggers that you receive

Page 37

1  from Matt Bridgewater have pulleys attached to them?
2  Will they have pulleys attached to them?
3    A.    They have internal rollers.
4    Q.    And the internal rollers on those
5  outriggers are what you root your halyard line
6  through?
7    A.    That's correct.
8    Q.    Have you fished on any boats that use
9  Rupp outriggers?
10    A.    Yes.
11    Q.    Have you fished on any boats that use
12  Rupp outriggers and Rupp's pulley clusters?
13    A.    Yes.
14    Q.    To the best of your knowledge, when
15  you fished with Rupp outriggers and Rupp pulley
16  clusters, are those pulley clusters attached to the
17  outriggers with an one inch stem?
18    A.    I do not know.
19    Q.    When you are fishing on -- how many
20  boats have you fished on that use Rupp outriggers
21  and Rupp pulley clusters?
22    A.    There's been a bunch over the years.
23    Q.    I will ask you generally about -- my
24  next questions are general in nature.
25    A.    Okay.

Joseph Glonek
August 29, 2025

Page 38

1    Q.    If there is some specific detail that
2 I misstate or is not applicable, please let me know.
3    A.    Okay.
4    Q.    Generally speaking, are the boats
5 that you fished on with Rupp outriggers and Rupp
6 pulley clusters, do those have multiple pulley
7 clusters?
8         MR. LOCKTON:  Object to form.
9    A.    Like on one outrigger?
10   Q.    Yes, going inboard to outboard.
11   A.    Yes.
12   Q.    And do those -- each of those pulley
13 clusters that are mounted on the outrigger are some
14 of them triple pulley clusters?
15   A.    Correct.
16   Q.    Some of them might be double pulley
17 clusters?
18   A.    Yes.
19   Q.    And some of them are single pulley
20 clusters?
21   A.    Yes.
22   Q.    Do you have a specific boat in mind
23 that you are thinking of when we are talking about
24 these things even though we are talking about them
25 generally?

Page 39

1    A.    Not particularly.
2    Q.    You have fished on a boat that uses
3 the Rupp triple pulley clusters, double pulley
4 clusters and single pulley clusters?
5    A.    Yes, I have.
6    Q.    When you're fishing on that boat, has
7 that fishing been in the United States?
8    A.    Yes.
9    Q.    Has it been here in New Jersey?
10   A.    Yes.
11   Q.    Do you fish anywhere else in the
12 United States?
13   A.    Depends on if I'm travelling and I
14 get lucky to get on a boat.
15   Q.    The majority of your fishing and when
16 we are talking about things generally, that's
17 occurring here in New Jersey in the United States?
18   A.    Correct.
19   Q.    So on a boat that is equipped with a
20 triple pulley clusters, double pulley clusters,
21 single pulley cluster setup, are you using more than
22 one halyard line?
23   A.    Yes.  There's three halyard lines
24 going out the outrigger.
25   Q.    You say that kind of in a matter of

Page 40

1 fact tone.  Is that because there are three pulley
2 clusters?
3    A.    There are three pulley clusters.
4 That's a general way of fishing, yes.
5    Q.    If somebody has three pulley
6 clusters, it's highly unlikely that they are going
7 to use just one halyard line?
8         MR. LOCKTON:  Object to form.
9    A.    It depends on what you're doing and
10 how you're fishing.  Everybody is different.
11   Q.    Okay.  Generally speaking, when
12 you're on a boat that has Rupp's triple pulley
13 clusters, are they using more than one halyard line?
14   A.    Yes.
15        MR. LOCKTON:  Object to form.
16 BY MR. BROMAN:
17   Q.    Generally speaking, are they using
18 more than two halyard lines?
19        MR. LOCKTON:  Object to form.
20   A.    Again, it's circumstantial and for
21 the most part, yes.
22   Q.    On each of those halyard lines is
23 there some sort of a mechanism to retain either a
24 fishing line or a teaser line?
25   A.    Yes.

Page 41

1         MR. LOCKTON:  Object to form.
2    Q.    Could you use a halyard line with an
3 outrigger without a mechanism to retain a fishing
4 line or a teaser line?
5    A.    I am sure you can be creative and do
6 something.
7         MR. LOCKTON:  Objection.
8 BY MR. BROMAN:
9    Q.    Do you have anything in mind?
10   A.    Off the top of my head, no.
11   Q.    So going back to Exhibit 216, when I
12 refer to these mechanisms, if we can turn to page 21
13 and 22, the last page in the exhibit.
14   A.    Mm-hmm.
15   Q.    Top right, you have what's called an
16 outrigger dredge pulley 40-millimeter fiddle block.
17 Do you see that?
18   A.    Sure do.
19   Q.    And you see the outrigger teaser
20 ring?
21   A.    Just below it, yes.
22   Q.    Are those attached to the halyard
23 lines?
24   A.    Typically, yes.
25   Q.    And atypically where would they be

Joseph Glonek
August 29, 2025

Page 42

1    attached?
2         A.      If they had them, yes, they are
3    attached to --
4         Q.      Okay.  If the boat uses these, they
5    are going to be attached to the halyard lines.
6         A.      Correct.
7         Q.      Okay.  And on the backside of that
8    same page, which is Bates number Rupp 000024, there
9    are three items on the left, top left column.  They
10   call them knockouts, clickers and zip clips?
11        A.      Yes.
12        Q.      Are you familiar with any of these
13   products?
14        A.      Yes, I am.
15        Q.      And what is the purpose of these
16   products?
17        A.      That's what you put your fishing line
18   through when you run your line up the halyard.
19        Q.      Okay.  So the knockouts, clickers,
20   zip clips, those attach to the halyard line?
21        A.      Correct.
22        Q.      Do you use a different term for
23   halyard lines?
24        A.      No.
25        Q.      Okay.  Have you heard of the term

Page 43

1    "rigger lines" being used?
2         A.      Yes.
3         Q.      Halyard line and rigger line are
4    interchangeable?
5         A.      Yes.
6         Q.      The fishing lines run through the
7    knockouts, clickers or zip clips, a similar product
8    on the market?
9         A.      Correct.
10        Q.      When you catch a fish, what happens
11   with the fishing line relative to these products?
12        A.      The tension on the line pulls it out
13   of those clips and the line is free from the
14   outrigger and the halyard lines and you fight the
15   fish.
16        Q.      By fight the fish, you mean --
17        A.      Rod and reel.
18        Q.      Going back to page 21, when you've
19   seen a fiddle block or dredge pulley attached to the
20   halyard line --
21        A.      The fiddle block and the dredge
22   pulley are the same --
23        Q.      They are the same.  I can't tell.  I
24   have not been able to determine if people use
25   different words for those.

Page 44

1         A.      Yes, they do.
2         Q.      Based on your understanding, does
3    outrigger dredge pulley and 40-millimeter pulley
4    block mean the same thing?
5         A.      Yes.
6         Q.      I am just asking -- I am not asking
7    you to comment on the fishing world in general.
8                 To your knowledge, they mean the same
9    thing?
10        A.      Correct.
11        Q.      How long have you been fishing?
12        A.      My whole life.  Grew up doing it.
13        Q.      So when the -- I will call it a
14   fiddle block.  When the fiddle block is attached to
15   the halyard line, what runs through the rollers of
16   the fiddle block?
17        A.      Typically the teaser line.
18        Q.      What is the teaser line attached to
19   on either end?
20        A.      One end there's a reel.  Somewhere on
21   the boat and the other end there's a whatever kind
22   of lure you're going to put in the water.
23        Q.      One end you start at a reel somewhere
24   on the boat?
25        A.      Mm-hmm.

Page 45

1         Q.      It goes through the fiddle block and
2    goes down to the water?
3         A.      Correct.
4         Q.      How about with the teaser ring, how
5    is that used?
6         A.      Typically, you only use one or the
7    other.
8         Q.      Okay.  So if you use a teaser ring,
9    is it the same setup, you have a reel on the boat,
10   line goes through the teaser ring and out to the
11   water?
12        A.      From what I'm seen, yes.  But again
13   everybody does things different.
14        Q.      Sure.  And, again, from what you've
15   seen when the teaser ring is used, it's attached to
16   the halyard line?
17        A.      Correct.
18        Q.      What is the purpose of a halyard line
19   with an outrigger?
20                MR. LOCKTON:  Object to form.
21        A.      To run your lines out the outrigger
22   so you can get them further away from the boat.
23        Q.      Meaning the fishing lines?
24        A.      Yes.
25        Q.      Are you aware that GEM Products

Joseph Glonek
August 29, 2025

Page 46

1  served a subpoena for documents on Viking Yachts?
2       A.       No.
3       Q.       Okay.  In the last two months, were
4  you ever asked by Mr. Lam or somebody else at Viking
5  Yachts or Palm Beach Towers to gather any documents
6  that relate to Rupp Marine or GEM Products?
7       A.       No.
8       Q.       Are you aware if anybody at Palm
9  Beach Towers was asked to gather documents?
10      A.       No.
11      Q.       When you receive an order from Rupp
12 Marine here in Palm Beach Towers New Jersey, how do
13 you receive that order?
14      A.       Usually multiple boxes depending on
15 what we are getting.
16      Q.       If you order an outrigger system from
17 Rupp Marine, how does that show up to Palm Beach
18 Towers in New Jersey?
19      A.       Depending on what you ordered and how
20 big they are, it's usually multiple boxes.
21 Everything is all boxed up.
22      Q.       When you open the box --
23      A.       Completely disassembled.
24      Q.       Completely disassembled.  So if we
25 look at the first page of Exhibit 216 and maybe even

Page 47

1  the second and third page, which is Rupp 00002 and
2  Rupp 00 I will call it Rupp 02 and Rupp 03, this
3  shown on these two pages is a fishing boat with
4  outriggers extended, correct?
5       A.       Correct.
6       Q.       And there are a series of four metal
7  cross pieces.  Do you see those?
8       A.       Yes.
9       Q.       And between the metal cross pieces
10 there's some cable or line?
11      A.       Yes.
12      Q.       Do the outriggers come to you here at
13 Palm Beach Towers in New Jersey with those cross
14 pieces and the cables attached?
15      A.       No.
16      Q.       Who here at Palm Beach Towers New
17 Jersey would attach the cross pieces and cables to
18 the outriggers?
19      A.       Anyone from me down to anybody else
20 on my crew.
21      Q.       How many people are on your crew?
22      A.       I believe 11.
23      Q.       How many people are involved in
24 assembling a new outrigger that you receive here at
25 Palm Beach Towers New Jersey?

Page 48

1       A.       It could be anybody that works in my
2  crew.
3       Q.       Would you have all 11 people working
4  on one outrigger?
5       A.       Not at one time.
6       Q.       That's what I am trying to figure out
7  how many people --
8       A.       One person at a time.
9       Q.       One person at a time.  And how do you
10 receive the pulley clusters when they are ordered in
11 Palm Beach Towers New Jersey?
12      A.       They are in a separate box.
13      Q.       Is there any way that the pulley
14 clusters could be attached by Rupp before they ship
15 them to you?
16      A.       No.
17      Q.       Would it make your job easier if the
18 pulley clusters were already attached?
19      A.       No.  It would make it harder.
20      Q.       Why?
21      A.       Because then I have to take them
22 apart to slide the other tube in.
23      Q.       When you receive an order from Rupp
24 Marine to Palm Beach Towers New Jersey, do the boxes
25 come with any type of instruction manual?

Page 49

1       A.       As far as what?
2       Q.       For how to assemble the outriggers.
3       A.       I believe they do.
4       Q.       Have you seen that document?
5       A.       There used to be a couple-page thing
6  that said how to put it together.  It's been a while
7  since I put one together so I don't remember off the
8  top of my head.  Over the course of 20 years, I have
9  seen it.
10      Q.       There was.  Was there, to the best of
11 your knowledge, did that documentation ever include
12 instructions on how to attach a pulley cluster to
13 the outrigger?
14      A.       I do not remember.
15      Q.       If a customer does not use a pulley
16 cluster, how else do they root their halyard lines
17 throughout the outrigger?
18      A.       Typically they are, instead of the
19 bolt and pulley cluster, there is an eyebolt that
20 goes through there.  They can either run their lines
21 through that eyebolt or they can attach different
22 kinds of pulleys to that eyebolt.
23      Q.       How often do you install -- well, let
24 me back up a second.
25               You said it's been a while since you

Joseph Glonek
August 29, 2025

Page 50

1  put an outrigger together?
2      A.    Yeah.
3      Q.    Is that not your role anymore?
4      A.    I am the supervisor, so I don't do as
5  much of that stuff anymore.
6      Q.    Do you review a finished outrigger to
7  make sure it's put together correctly?
8      A.    Yes.
9      Q.    Of the outriggers that you review
10  after they've been completed or fully assembled, how
11  many of those outriggers would you say on average
12  use an eyebolt?
13            MR. LOCKTON:  Object to form.
14      A.    Probably, if I had to guess.
15      Q.    Yep.
16      A.    Maybe one set out of 20.
17      Q.    Not a lot?
18      A.    Not a lot.
19      Q.    How many of those finished outriggers
20  use another pulley attached to the eyebolt?
21      A.    I'm sorry.  What?
22      Q.    You said there were three ways for
23  somebody to run a halyard line through -- or along
24  the outrigger?
25      A.    Correct.

Page 51

1      Q.    The first was directly through the
2  eyebolt?
3      A.    Correct.
4      Q.    And you testified that maybe one out
5  of every 20 finished outriggers has only the
6  eyebolt.
7      A.    It's my guess.
8      Q.    The second option was attaching a
9  pulley to the eyebolt?
10      A.    Yes.
11      Q.    How many fully assembled outriggers
12  on average do you see that go that route where they
13  have the pulley attached to the eyebolt?
14      A.    It would be that one out of 20 or
15  whatever that puts the eyebolt on that's what they
16  are going to do.
17      Q.    I will rephrase this and tell me if
18  I'm being accurate or not.
19            It's unlikely that a customer is
20  going to purchase an outrigger of this size as shown
21  on Rupp 03 and only use the eyebolts.
22      A.    It is unlikely, yes.
23            MR. LOCKTON:  Objection.
24      Q.    The most likely situation is either a
25  pulley attached to the eyebolt or the Rupp pulley

Page 52

1  clusters?
2      A.    Correct.
3      Q.    And about one in 20, a fully
4  assembled outriggers is using the eyebolt with the
5  attached pulley, correct?
6      A.    That would be my guess, yes.
7      Q.    And then the other 19 use Rupp's
8  pulley clusters?
9      A.    Yes.
10      Q.    And of the outriggers that you're
11  assembling that use Rupp's pulley clusters, how many
12  of those outriggers -- guessing is fine.
13  Ballparking is fine -- how many of those outriggers
14  use a double or triple pulley clusters as opposed to
15  just single pulley clusters?
16      A.    Probably all of them.
17      Q.    Are you familiar with how outriggers
18  are shipped to Palm Beach Towers Florida?
19      A.    Vaguely.
20      Q.    What is your vague familiarity with
21  how the outriggers are shipped to Palm Beach Towers
22  Florida?
23      A.    As far as I know, I believe they come
24  there fully assembled.  Rupp assembles them
25  themselves and bring them complete.

Page 53

1      Q.    Is the delivery of an assembled
2  outrigger something requested by Palm Beach Towers
3  Florida?
4      A.    I do not know.
5      Q.    Do you know if that's a decision made
6  by Rupp Marine?
7      A.    I have no idea.
8      Q.    Have you seen any purchase orders
9  from Viking or Palm Beach Towers to Rupp Marine for
10  outriggers?
11      A.    I'm sure at one point or another I
12  have.
13      Q.    I will put in front of you
14  Exhibit 209, which was marked yesterday.
15      A.    Okay.
16            MR. LOCKTON:  Will, can you remind me
17  the Bates stamp for that one so I can pull it up?
18            MR. BROMAN:  Yes.  This is one of the
19  temporary -- this is not Bates stamped.  This is
20  produced by Viking the purchase order number is
21  1-06168267.
22            MR. LOCKTON:  All right.  Is it in
23  that first set or the second set?
24            MR. BROMAN:  I believe it's in the
25  second set.

Joseph Glonek
August 29, 2025

---

Page 54

1           MR. LOCKTON:  Okay.  I'm there.
2   BY MR. BROMAN:
3       Q.      Have you seen a document similar to
4   this, Mr. Glonek?
5       A.      I am sure somewhere along the line I
6   have, yes.
7       Q.      There is one item listed in the under
8   item description.  Do you see that?
9       A.      Yes.
10      Q.      And there's a quantity of one Rupp
11  outriggers ordered.
12      A.      Okay.
13      Q.      Do you know what quantity or part
14  number is associated with Rupp riggers?
15      A.      No.
16      Q.      Is this a single product that's being
17  ordered?
18      A.      I can only guess.  I don't know.
19      Q.      Do you know if Palm Beach Towers
20  sends an order such that is for Rupp riggers in that
21  single line item refers to all of the components
22  that go with a Rupp outrigger including pulley
23  clusters?
24      A.      It would just be an assumption.  I do
25  not know.

---

Page 55

1       Q.      What would your assumption be?
2       A.      We are ordering a set of outriggers
3   and all the parts with it.  I am not involved in any
4   of that stuff.  I do not know.
5       Q.      You have no involvement in the
6   ordering?
7       A.      No.
8       Q.      When you receive a box of parts, do
9   you receive any sort of additional documentation as
10  to what should be in that box?
11      A.      There is usually a packing slip that
12  comes with it -- uhmm, when they are shipped here,
13  there is a usually a packing slip with it.  When we
14  transport them on their own, I don't know if they
15  are a packing slip or not.
16      Q.      When you say you transport them on
17  your own...
18      A.      We have a truck and a trailer that
19  goes back and forth from Florida to here.  Lately
20  the outriggers boxed up have been coming on our
21  trailer.
22      Q.      Is this a semi trailer or type of
23  trailer --
24      A.      It's like a gooseneck flatbed trailer
25  that we transport all our towers and parts on.

---

Page 56

1       Q.      So I would -- it's kind of like the
2   trailer that I might see a bulldozer on the highway?
3       A.      Similar.
4       Q.      Not a box truck that I might --
5       A.      No.
6       Q.      When you are using that trailer, do
7   you ever transport fully assembled outriggers to New
8   Jersey?
9       A.      No.
10      Q.      No?
11      A.      No.
12      Q.      And when you use that trailer, it's
13  your understanding that there's no packing slip with
14  those boxes?
15      A.      I don't have the answer to that.
16      Q.      When a shipment arrives from Rupp
17  Marine here in New Jersey, either on the Palm Beach
18  Towers trailer or some other method, who is
19  responsible for unpacking that box?
20      A.      I have a production coordinator that
21  handles those things, shipping and receiving stuff.
22      Q.      Does this production coordinator
23  ensure that all of the parts that were ordered have
24  been delivered?
25      A.      He is supposed to.

---

Page 57

1       Q.      Have you seen those types of
2   documents from your production coordinator that they
3   are looking at to verify what was ordered and what
4   was delivered?
5       A.      I have not lately.
6       Q.      When was the last time you saw a
7   document like that?
8       A.      I have no idea.  It's not something
9   that I handle on a daily basis.
10          MR. BROMAN:  Let's go ahead and go
11  off the record.  We will take about a five,
12  10-minute break.
13          THE VIDEOGRAPHER:  Time is now 9:55
14  a.m.  We are going off the record.  This ends Media
15  Unit 1.
16          (A break was taken.)
17          THE VIDEOGRAPHER:  The time is now
18  10:05 a.m.  We are back on the record.  This begins
19  Media Unit 2.
20  BY MR. BROMAN:
21      Q.      Mr. Glonek, before we took our break
22  and during the last session, I asked a lot about
23  your relationship with GEM Products and their
24  employees, correct?
25      A.      Yes.

---

Joseph Glonek
August 29, 2025

Page 58

1    Q.    Do you recall that?  We talked about
2  I believe it was Brian Sutton and Matt Bridgewater?
3    A.    Correct.
4    Q.    Was there anybody else at GEM that
5  you have any sort of professional or personal
6  relationship with?
7    A.    I mean, there's other employees there
8  that I've worked with, yes.
9    Q.    And let's start with the employees
10  that you've worked the most with.  Who would those
11  individuals be?
12    A.    It would be Ash -- I believe his last
13  name is Gravely.  I don't remember his last name
14  completely.  Ash, Sal and Kyle I believe his name
15  is.
16    Q.    And are all of those relationships
17  strictly professional?
18    A.    Yes.
19    Q.    Who at Rupp do you have any
20  professional and personal relationships with?
21    A.    I speak with Ron and Darren Asher.
22    Q.    Who is Darren Asher?
23    A.    He is an employee of Rupp that is
24  very knowledgeable and I usually contact when I'm
25  having problems.  I don't know what his exact role

Page 59

1  there is or title.
2    Q.    What kind of problems would you call
3  Darren about?
4    A.    Typically something with a hydraulic
5  unit that is not functioning properly and have to
6  troubleshoot.
7    Q.    Have you ever asked Darren or Ron
8  about the pulley clusters?
9    A.    No.
10    Q.    What is it that you talked to Ron
11  about?
12    A.    Again, typically troubleshooting.
13  Usually a hydraulic issue if we have problems.
14    Q.    Did you talk to Ron about anything
15  else?
16    A.    With Ron it's typically only work
17  related or, you know, outrigger related, something
18  we have going on here.
19    Q.    Have you spoken to Ron in the last
20  five years or so about the pulley clusters?
21    A.    No.
22    Q.    To clean up some stuff from earlier,
23  you've not spoken to anybody at Rupp about this
24  litigation?
25    A.    No.

Page 60

1    Q.    You have not spoken to anybody
2  about -- at Rupp about today's deposition?
3    A.    No.
4    Q.    You have not spoken to anybody at
5  Rupp about the patent infringement claims that GEM
6  has made against Rupp?
7    A.    No.
8    Q.    Do you have any belief of whether
9  Rupp's products infringe Gemlux patents or GEM
10  Products' patents?
11    A.    No.
12    Q.    Have you been curious about this
13  litigation at all?
14    A.    As far as what?
15    Q.    Looking into it, looking into various
16  products.
17    A.    I am curious about what the actual
18  patent says.
19    Q.    You have not read the patent?
20    A.    No.
21    Q.    Do you know anything about the
22  patent?
23    A.    Just a vague idea of what we
24  discussed earlier.
25    Q.    And I asked you about any gifts that

Page 61

1  you had received from GEM Products from Matt
2  Bridgewater, right?
3    A.    Yes.
4    Q.    Have you received any gifts for
5  personal use from Rupp Marine?
6    A.    No.
7    Q.    Has anybody from -- have you ever
8  been fishing with anybody from Rupp Marine?
9    A.    No.
10    Q.    Have you ever asked Rupp Marine for
11  any gifts for personal use?
12    A.    I've spoken with Ron about pricing
13  for personal things for me.  That's about it.  Not
14  any gifts, no.
15    Q.    And what kind of pricing has he given
16  you for things for you?
17    A.    It's usually an employee discount
18  pricing.
19    Q.    Do you know if Rupp provides that
20  employee discount to anybody else?
21    A.    I have no idea.
22    Q.    Do you know if Rupp provides that
23  employee discount to anybody else at Palm Beach
24  Towers or Viking?
25    A.    I have no idea.

Joseph Glonek
August 29, 2025

Page 62

1    Q.    Has Rupp ever offered any gifts or
2  discounts for personal use?
3    A.    Gifts, no.  Ron has told me if I need
4  anything, just call him and he'll help me out.
5    Q.    Have you taken him up on that offer?
6    A.    I believe so, yes.
7    Q.    Do you recall what products he helped
8  you out with?
9    A.    Parts to fix friends' boats for
10 outriggers, if they need to be changed or fixed.
11   Q.    He provided those to you at an
12 employee discount?
13   A.    Typically.
14   Q.    Or were they for free?
15   A.    Nothing was ever for free.
16   Q.    Generally speaking, were they
17 discount products?
18   A.    Yes.
19   Q.    When an outrigger is installed here
20 at Palm Beach Towers in New Jersey, you install that
21 on the boat?
22   A.    Yes.
23   Q.    And --
24   A.    If it's a Palm Beach Towers setup,
25 yes.

Page 63

1    Q.    What would be the difference between
2  if it's Palm Beach Towers setup versus if it's not?
3    A.    Production, the Viking production
4  team also installs outriggers on boats.  And we
5  install them as well.  The Viking side I have
6  nothing to do with.
7    Q.    For a production boat -- and is a
8  production boat a new boat?
9    A.    Yes, they are all typically new
10 boats, yes.
11   Q.    You, Joe Glonek, do not install
12 outriggers on those production boats?
13   A.    Correct.
14   Q.    So when Palm Beach Towers installs an
15 outrigger on a boat, specifically a Rupp outrigger,
16 how is that outrigger set up when it's delivered to
17 the customer?  I will rephrase that question.
18         When Palm Beach Towers installs an
19 outrigger on a boat, the boat is then delivered to
20 the customer, correct?
21   A.    Correct.
22   Q.    When the boat is delivered to the
23 customer, are there halyard lines attached to the
24 outriggers?
25   A.    We run strings through them.

Page 64

1    Q.    Who is responsible for running the
2  final halyard lines?
3    A.    Whoever the crew is on the boat takes
4  care of that.
5    Q.    The customer?
6    A.    The customer, yes.
7    Q.    Who is responsible for adding the
8  retention devices such as fiddle blocks and clips?
9    A.    The customer.
10        MR. LOCKTON:  Object to form.
11   Q.    We talked earlier that almost all
12 customers use either the eyebolt with a pulley
13 attached or the pulley clusters directly attached to
14 the outrigger, correct?
15   A.    Yes.
16   Q.    Is there a benefit to the pulley
17 being attached directly to the outrigger?
18   A.    I don't believe so.
19   Q.    Is there a benefit to using a pulley
20 over just the eyebolt alone?
21   A.    Yes.
22   Q.    What is that benefit?
23   A.    It's a smoother operation.
24   Q.    Do you have any understanding of why
25 it's a smoother operation?

Page 65

1    A.    It's less drag, yes.
2    Q.    Meaning the halyard lines aren't
3  rubbing up against each other?
4    A.    Correct.
5    Q.    They are separated?
6    A.    Yes.
7    Q.    When a Rupp pulley is attached to an
8  outrigger and there is no halyard line going through
9  the pulley, is the pulley in a fixed orientation
10 relative to the outrigger or is it just dangling
11 there?
12   A.    Define "dangling there."
13        MR. LOCKTON:  Objection to form.
14 BY MR. BROMAN:
15   Q.    If you move the outrigger around, is
16 the pulley going to move as well?  If you, if the
17 boat bobs up and down, would be the pulley be free
18 to move back and forth?
19   A.    There is some movement in there, yes.
20   Q.    Is it movement because it spins on an
21 axis or does it just have free flowing movement
22 generally?
23   A.    On that swivel piece that we spoke
24 about earlier, they can go -- they can wiggle around
25 and spin.

Joseph Glonek
August 29, 2025

Page 66

1      Q.      Okay.  And on an outriggers where the
2  pulley does not use the swivel attachment, is it
3  just fixed to the outrigger, wouldn't move?
4      A.      Yes.
5      Q.      Is there a reason why a customer
6  would want the pulley to swivel around?
7              MR. LOCKTON:  Object to form.
8      A.      It's all circumstantial to what, how
9  the customer fishes and how they do things.  Like I
10  said earlier, everybody is different.  Everybody
11  likes something different.  Some people like to have
12  lines move around a little bit.  Depending on the
13  setup of the boat and how the riggers are set up on
14  the boat.  There are pros and cons with both.
15     Q.      What are some of the benefits to
16  having the swivel?
17     A.      Depending on where the outriggers are
18  mounted on the boat compared to where the halyard
19  lands on top it, the pulleys will point directly at
20  it and your lines don't chafe on anything and it's a
21  lot smoother operation.
22     Q.      Is that specific to the inboard most
23  pulley where the halyard goes from the halyard lock
24  up to that first pulley?
25             MR. LOCKTON:  Object to form.

Page 67

1      A.      I would believe so.
2      Q.      What are the negatives to having the
3  pulley be swivel-able?
4      A.      It's just another thing that can
5  break.
6      Q.      Can you describe for me what an
7  outrigger as an entire system includes if you're out
8  fishing?
9              MR. LOCKTON:  Object to form.
10     A.      Like, what parts and pieces are
11  involved while fishing?
12     Q.      Yeah.  If I'm out on a boat and I
13  have never been fishing before and I am curious
14  about all the different cables and lines and pulleys
15  and all of that on an outrigger, could you describe
16  for me what I'm seeing?
17     A.      Yes.  So you have your outriggers
18  that lay out away from the boat.  And you have your
19  lines that go up through them, your halyard lines
20  and you attach your fishing line to it that goes in
21  the water.  The whole point of it is to get your
22  baits further out away from the boat.
23     Q.      In order to attach the fishing line
24  to the rigger line or the halyard line, you would
25  need some sort of a mechanism either a clip or --

Page 68

1      A.      Clips we talked about earlier,
2  mm-hmm, something along those lines, yes.
3      Q.      Is there a benefit to having multiple
4  halyard lines on an outrigger setup?
5      A.      Yeah, you get more baits in the
6  water.
7      Q.      Do you fish on any Viking boats,
8  owned by Viking or Palm Beach Towers?
9      A.      No.
10     Q.      Do you fish on any demo boats?
11     A.      I have in the past.  Not recently.
12     Q.      That demo boat is the Viking boat?
13     A.      Yes, sir.
14     Q.      Do you recall what the outrigger
15  setup was on the demo boat?
16     A.      That had Rupp's on it.
17     Q.      Did it have multiple halyard lines?
18     A.      Yes.
19     Q.      Did it have multiple clips or teaser
20  pulleys or things like that?
21     A.      Yes.
22     Q.      And those clips and teaser pulleys
23  were attached to the halyard lines?
24     A.      Yes.
25     Q.      And did the outriggers have pulley

Page 69

1  clusters attached to it?
2      A.      It's been probably ten years since I
3  fished on a demo, so I don't remember.
4      Q.      Would Viking's demo boats have the
5  latest and greatest technology?
6      A.      You could call it that.
7      Q.      What is the purpose of Viking's demo
8  boats?
9      A.      To go show off what we build and
10  attract customers and go to different locations and
11  get customers on the boat so they can see how it
12  performs.
13     Q.      Do the demo boats get used in
14  tournaments?
15     A.      Yes.
16     Q.      Can you -- have you fished in
17  tournaments?
18     A.      Not with the Viking demo team, but I
19  have I have.
20     Q.      How does a Viking fishing boat work?
21     A.      As far as what?
22     Q.      How do you determine who wins a
23  tournament?
24     A.      It can vary on multiple things.  It
25  could be whoever caught and released the most fish,

Joseph Glonek
August 29, 2025

Page 70

1 who caught the biggest fish of a certain species.
2 There are multiple different styles of tournaments.
3        Q.      When you're fishing in the tournament
4 is the goal to catch as many fish as you can?
5        A.      Again, it depends on the tournament.
6 Some yes, some no.
7        Q.      In a tournament where the goal is not
8 to catch as many fish as you can, what is the goal
9 of the tournament?
10       A.      Catch the biggest of X species.
11       Q.      So if you're trying to catch as many
12 fish as you can, you would want as many baits in the
13 water as you can have, right?
14       A.      To an extent.
15       Q.      To an extent.  You would at
16 least have -- you would want to have more than one
17 halyard line for more than one lurer so you could
18 use multiple lures or teaser lines or things like
19 that, right?
20       A.      Correct.
21       MR. LOCKTON:  Object to form.
22       Q.      And when you're trying to catch the
23 biggest fish, not necessarily the most fish, are you
24 still using a multiple halyard line setup?
25       A.      Yes.

Page 71

1        Q.      On these big boats which we looked at
2 in Exhibit 216 on Rupp 02 and 03, would there be any
3 reason to use just a single halyard line on this
4 boat?
5        A.      I don't -- I wouldn't think so.
6        Q.      With a boat of this size you would
7 want to use more than one halyard line?
8        A.      Typically, yes.
9        Q.      When you had your conversation with
10 Matt Bridgewater about Rupp's pulleys, that occurred
11 here in New Jersey?
12       A.      Yes.
13       Q.      And apart from that, there have been
14 no other conversations with Matt Bridgewater about
15 the pulleys?
16       A.      No.
17       Q.      Meaning that you are certain there's
18 been no other conversations or you cannot recall any
19 other conversations?
20       A.      I don't believe there was anything
21 else.
22       Q.      When you spoke with GEM last week,
23 somebody from -- I believe you said Brian Sutton is
24 who you spoke with last week.
25       A.      Correct.

Page 72

1        Q.      You did not mention anything about
2 the pulleys?
3        A.      I said, "I guess I have to do a
4 deposition over this whole pulley ordeal."
5        He said, "I didn't realize it was
6 going that far."  That was about the end of the
7 conversation.
8        Q.      Did you say anything else other than
9 "I am doing this deposition"?
10       A.      I don't recall an exact conversation,
11 but that was basically the gist of it.
12       Q.      Did that conversation happen last
13 Friday?
14       A.      I don't remember exactly what day it
15 was.
16       Q.      Did you call Brian?
17       A.      I did.
18       Q.      Why did you call Brian?
19       A.      I was driving home and him and I have
20 friendly conversations here and there.
21       Q.      Was the purpose of the conversation
22 to talk about the deposition?
23       A.      I was curious if he knew anything
24 about it.
25       Q.      Was there anything specific you were

Page 73

1 hoping he was going to answer for you?
2        A.      No, no, because I didn't know what to
3 expect.
4        Q.      You made no comments about the ball
5 and swivel of Rupp's pulleys?
6        A.      No.
7        Q.      I want to make sure I have a good
8 understanding of this.  Why does a customer choose
9 not to use the ball and swivel on their pulley
10 cluster?
11       MR. LOCKTON:  Object to form.
12       A.      Because of the KISS method, Keep It
13 Simple Stupid.  It's one less thing that can break.
14       Q.      Do you make the decision to not use
15 the swivel or does the customer make that decision?
16       A.      I do not make the decision.
17       Q.      What do you do with the swivels when
18 a customer says that they don't want it?
19       A.      I ask them if they want them.  If
20 not, I believe there is a box of them sitting in my
21 shop.
22       Q.      How many swivels are in that box?
23       A.      I have no idea.
24       Q.      Do you remove the swivels on the
25 majority of outriggers that you add pulleys to?

Joseph Glonek
August 29, 2025

Page 74

1          MR. LOCKTON:  Object to form.
2     A.     Typically, no.
3     Q.     The majority of outriggers you add
4  the pulleys to, you keep the swivels?
5     A.     Probably 50/50.
6     Q.     Why do you keep the swivels in a box?
7     A.     I don't know what else to do with
8  them.  I guess I could throw them away.
9     Q.     Has anybody told you not to throw
10 them away?
11    A.     No.
12    Q.     When the swivels started being used
13 with the pulleys, did you ever ask Rupp why?
14    A.     No.
15    Q.     But you did talk to Drew McDowell
16 about it?
17    A.     Correct.
18    Q.     Do you recall if you were told there
19 was some sort of a patent issue?
20    A.     Yes.
21    Q.     Was that conversation by phone?
22    A.     Probably.
23    Q.     How often do you go down to Palm
24 Beach Towers in Florida?
25    A.     It's been quite some time.  Not often

Page 75

1  at all.
2     Q.     Have you been down there in the last
3  year?
4     A.     No.
5     Q.     Last two years?
6     A.     On personal business, not for work.
7     Q.     When you're down there for personal
8  business, do you visit the Palm Beach Towers Florida
9  location?
10    A.     Sometimes.
11    Q.     Have you visited Rupp Marine's
12 physical location?
13    A.     I have never been there.
14    Q.     Has anybody from Rupp Marine visited
15 you here at Palm Beach Towers in New Jersey?
16    A.     I know Ron has been here that I know
17 one time, but I wasn't here and I did not get the
18 meeting.
19    Q.     You have never met Ron before?
20    A.     No, sir.
21    Q.     Do you have Ron's phone number?
22    A.     I believe just the office number.
23    Q.     Does Ron pick up the phone when you
24 call him or do you have to normally leave a
25 voicemail?

Page 76

1     A.     Typically, he answers or calls me
2  right back, yeah.
3     Q.     Going back to Exhibit 216 on page
4  nine, the pulley and pulley cluster diagram, this
5  does not show -- we have talked about the outrigger
6  image below.  The pulleys that are shown above,
7  those don't show a swivel?
8     A.     They do not.
9     Q.     And it looks, if you get real close
10 maybe tilt your head to the side, that there is a
11 hole at the bottom of the pulley clusters.  Do you
12 see that?
13    A.     Correct, yep.
14    Q.     And is that hole used to mount the
15 pulley cluster directly to the outrigger with a
16 bolt?
17    A.     That is a drilled and tapped hole
18 that you mount it to either the swivel or the
19 outrigger.
20    Q.     There is no extra piece -- if you
21 want to mount it directly to the outrigger, there is
22 no extra piece that you need.  You just put the bolt
23 through the outrigger and it screws in right to that
24 hole?
25    A.     You can.

Page 77

1     Q.     Without the swivel, is there any
2  extra piece that you would use?
3     A.     Aside from the bolt, no.
4     Q.     Okay.  So the bolt that holds the
5  outrigger tubes together goes directly into these
6  pulley clusters?
7     A.     It can.
8     Q.     When you're not using the swivel
9  piece?
10    A.     Yes.
11    Q.     So for -- to make sure that the
12 record is clear, when you're not using the swivel
13 piece, the bolt that connects the two pieces of the
14 outrigger together goes directly into the holes of
15 the bottom of the pulley cluster?
16    A.     Yes.
17    Q.     Do you have to use a different size
18 bolt if you're going to use the swivel piece?
19    A.     No.
20    Q.     How much of the bolt extends out of
21 the outrigger when you're gonna attach the swivel
22 piece to it?
23    A.     If I had to guess, a half an inch.
24    Q.     That same half an inch is what allows
25 you to screw on the pulley clusters directly to the

Joseph Glonek
August 29, 2025

Page 78

1  outrigger?
2      A.     Correct.
3      Q.     Can you describe the swivel piece for
4  me?
5      A.     It looks like a nut on one end that
6  you can thread the bolt into, and there's two
7  sleeves, there is a little gap between them.  That's
8  where it swivels.  On top of that is a stud with a
9  locking nut on it.
10     Q.     Does the pulley cluster attach to the
11 stud?
12     A.     Yes.
13     Q.     If you go to Exhibit 216 on the final
14 page, the top right column, there's something called
15 a rigging kit.  Do you see that?
16     A.     Yes.
17     Q.     Do you ever receive those rigging
18 kits as part of your box shipments from Rupp?
19     A.     No.
20     Q.     Below it, there is something called a
21 lockup.  Is this commonly referred to as a lockup?
22     A.     Yes.
23     Q.     Did you ever receive a lockup in your
24 shipments from Rupp?
25     A.     No.

Page 79

1      Q.     Do you receive either the rigging
2  kits or the locking kits from Rupp perhaps outside
3  in a box, bag, envelope?
4      A.     No.
5      Q.     Is it your understanding that the
6  rigging kits and/or the lockups are sent directly to
7  the customer?
8      A.     Typically, yes, they are customer
9  supplied, yes.
10     Q.     On page 21, there is something called
11 a teaser/dredge clamp.  Do you see that?
12     A.     Yes.
13     Q.     Where does the teaser and dredge
14 clamp get mounted to the outrigger?
15     A.     In various locations on the outrigger
16 tube.  Clamps to it.
17     Q.     Does it clamp over a halyard line?
18     A.     No.
19     Q.     Could you clamp it over a halyard
20 line and still use the halyard line?
21     A.     No.
22     Q.     So if you're using the teaser or
23 dredge clamp, you're not using the halyard line at
24 all?
25     A.     It's two different entities.  You

Page 80

1  still use the halyard line.
2      Q.     For a different purpose?
3      A.     Yes.
4      Q.     But when you mount the teaser and
5  dredge clamp, the reason that you're mounting that
6  is for some other purpose and that some other
7  purpose makes no use of the halyard line?
8             MR. LOCKTON:  Objection to form.
9      A.     No.  It's --
10     Q.     I will rephrase the question.
11            What is a teaser or dredge clamp used
12 for?
13     A.     Pulley or anchor attachment.
14     Q.     Okay.  What runs through that pulley
15 or anchor attachment?
16     A.     Either your teaser line or your
17 dredge pulleys attach to those clamps.
18     Q.     Your halyard line don't run through
19 those pulleys?
20     A.     No.
21     Q.     When did you start working for Viking
22 and/or Palm Beach Towers?
23     A.     I started with Palm Beach Towers in
24 April of 2005.
25     Q.     How many employees did Palm Beach

Page 81

1  Towers have back then, if you can recall?
2      A.     In New Jersey or total?
3      Q.     Total.
4      A.     I have no idea the answer to that
5  question.
6      Q.     What about in New Jersey?
7      A.     There was, when I started, there was
8  probably five to six of us here.
9      Q.     How many employees at Palm Beach
10 Towers work in New Jersey now?
11     A.     In my shop, 11 or 12.  I forget.
12     Q.     You're the supervisor?
13     A.     Correct.
14     Q.     Of those 11 or 12?
15     A.     Yes.
16     Q.     Are there any other supervisors here
17 in New Jersey?
18     A.     We have a fiberglass crew in the
19 back.  I don't know how that's all handled as far as
20 if they are Palm Beach Towers supervisors or if they
21 are Viking supervisors.  I am not entirely sure that
22 have.
23     Q.     The fiberglass shop that you're
24 referring to, do they make the hardtops that Palm
25 Beach Towers uses?

Joseph Glonek
August 29, 2025

Page 82

1    A.    Correct.
2    Q.    Does your team of 11 do the metal
3 fabrication for the towers as well?
4    A.    Yes.
5    Q.    They do the welding?
6    A.    Yes.
7    Q.    They do all the bending and all of
8 that associated work?
9    A.    Yes.
10    Q.    Prior to working for Palm Beach
11 Towers, did you work anywhere else?
12    A.    Yes.
13    Q.    Where did you work before Palm Beach
14 Towers?
15    A.    It was called PL Custom.
16    Q.    What did they do?
17    A.    Build fire rescue trucks and
18 ambulances.
19    Q.    What did you do for PL Custom?
20    A.    I was a welder and fabricator.
21    Q.    Do you do any welding at Palm Beach
22 Towers?
23    A.    Yes.
24    Q.    Still today?
25    A.    Not as much as I used to, but, yes.

Page 83

1    Q.    When you started at Palm Beach Towers
2 in April of 2005, what was your role?
3    A.    I was hired as a welder.
4    Q.    And what was your role after being
5 hired as a welder?  Did you move up at all?
6    A.    Over time, yes.
7    Q.    What was your next role?
8    A.    I guess it would be called lead man.
9    Q.    Lead man?
10    A.    Yes.
11    Q.    And what were your responsibilities
12 as a lead man?
13    A.    Making sure projects stayed on target
14 for our completion dates, make sure they all got
15 done, building projects.
16    Q.    Then after lead man, what was your
17 next role?
18    A.    Supervisor.
19    Q.    How long have you been a supervisor
20 at Palm Beach Towers?
21    A.    I guess officially 10 plus years I
22 would think.  I don't know.
23    Q.    Have the Rupp pulley clusters changed
24 over your last ten years as a supervisor, apart from
25 adding the stem?

Page 84

1    A.    You're talking about the physical
2 cluster itself?
3    Q.    What we saw on page nine, is what we
4 see on page nine the same pulley cluster that you
5 started adding when you started adding them?
6    A.    I believe the hardware internally of
7 them changed at one point.
8    Q.    What internal hardware do you believe
9 changed?
10    A.    The bolt that goes through the
11 pulleys itself.
12    Q.    So that's -- if we are looking at
13 this image and we are looking at the center image,
14 there are two bolts that are vertical relative to
15 one another, you're talking about the top bolt
16 there?
17    A.    I believe so, yes.
18    Q.    Do you know what the design was
19 before the top bolt that was pictured here?
20    A.    If I remember, I believe it was some
21 kind of plastic or phenolic bolt.
22    Q.    Did it change -- did these pulley
23 clusters change in any other way apart from the
24 stems?
25    A.    As far as I know, no.

Page 85

1    Q.    Have the stems changed in any way?
2    A.    I do not know.
3    Q.    The stems were introduced somewhere
4 about five years ago?
5    A.    Maybe longer.  I honestly do not
6 remember.
7    Q.    But the stems were added to Rupp's
8 pulley clusters based on your knowledge because of a
9 patent issue?
10    A.    As far as I know, it is what I heard.
11    Q.    Has this litigation changed your view
12 of Rupp Marine in any way?
13    A.    No.
14    Q.    Has this litigation changed your view
15 of GEM Products in any way?
16    A.    No.
17    Q.    Do you intend to talk to anybody at
18 Rupp Marine about your deposition today?
19    A.    No.
20    Q.    Do you intend to talk to anybody at
21 GEM Products about your deposition today?
22    A.    No.
23    Q.    Is there anything that I didn't ask
24 today that you thought I would?
25    A.    No.  You went a lot further than I

Joseph Glonek
August 29, 2025

Page 86

1    thought you would.
2            MR. BROMAN:  I have no further
3    questions.
4            THE WITNESS:  Okay.
5            MR. LOCKTON:  Okay.  We have no
6    cross.  So we would like to order a rough of the
7    transcript and have it expedited.
8            THE VIDEOGRAPHER:  Time is now 10:38
9    a.m.  This completes the videotaped deposition of
10   Joseph Glonek.
11            (Witness excused.)
12        (Deposition concluded at 10:38 a.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 87

1                CERTIFICATE
2        I, Sandra Robertson, a Notary Public and
3    Certified Court Reporter of the State of New Jersey,
4    do hereby certify that prior to the commencement of
5    the examination, the witness was duly sworn by me
6    via Zoom.
7        I DO FURTHER CERTIFY that the foregoing is a
8    true and accurate transcript of the testimony as
9    taken stenographically by and before me via Zoom at
10   the time, place and on the date hereinbefore set
11   forth, to the best of my ability.
12        I DO FURTHER CERTIFY that I am neither a
13   relative nor employee nor attorney nor counsel of
14   any of the parties to this action, and that I am
15   neither a relative nor employee of such attorney or
16   counsel, and that I am not financially interested in
17   the action.
18
19        Sandra Robertson
20
21        Notary Number:  2108796
         CCR License Number:  30XI00209500
22        License Expiration:  6/30/26
23
24
25

Joseph Glonek
August 29, 2025

| Exhibits | 100 | 4 | 12:10 43:24 |
|---|---|---|---|

**Exhibits**

**EX 0216 Joseph Glonek 0829 25**
  23:3,6 41:11
  46:25 71:2
  76:3 78:13

**$**

**$2,000**
  28:9

**0**

**00**
  47:2
**00001**
  23:3,6
**000011**
  23:21
**00002**
  47:1
**000024**
  42:8
**02**
  47:2 71:2
**03**
  47:2 51:21
  71:2
**08224**
  4:13

**1**

**1**
  57:15
**1-06168267**
  53:21
**10**
  32:15 83:21
**10-minute**
  57:12

**100**
  24:24 25:3
**10:05**
  57:18
**10:38**
  86:8,12
**11**
  47:22 48:3
  81:11,14
  82:2
**12**
  81:11,14
**19**
  52:7

**2**

**2**
  57:19
**20**
  24:15 49:8
  50:16 51:5,
  14 52:3
**2005**
  80:24 83:2
**2025**
  4:2
**209**
  53:14
**21**
  41:12 43:18
  79:10
**216**
  23:3,6 41:11
  46:25 71:2
  76:3 78:13
**22**
  41:13
**22nd**
  15:6
**25**
  28:25
**29**
  4:2

**4**

**40-millimeter**
  41:16 44:3

**5**

**50**
  13:23
**50/50**
  74:5
**500**
  25:1,4
**5738**
  4:12

**6**

**64**
  15:14,22

**7**

**74s**
  16:17

**8**

**8:50**
  4:2

**9**

**9**
  4:12 32:15
**9:55**
  57:13

**A**

**a.m.**
  4:2 57:14,18
  86:9,12
**able**

  12:10 43:24
**above**
  76:6
**Absolutely**
  15:11 16:11
**accurate**
  30:14 32:19
  34:12 51:18
**action**
  4:16
**actual**
  26:22 60:17
**add**
  8:25 73:25
  74:3
**added**
  12:22 14:5
  85:7
**adding**
  64:7 83:25
  84:5
**additional**
  28:11 29:9,
  11 55:9
**advantage**
  12:9
**affect**
  30:2
**affects**
  31:7,10
**afford**
  32:2
**after-work**
  18:9
**ago**
  9:4 10:7,9
  18:12,14
  26:6 85:4
**agree**
  4:4
**ahead**
  57:10
**Alex**
  4:14
**allows**
  12:4 77:24

Joseph Glonek
August 29, 2025

ambulances
  82:18
anchor
  80:13,15
and/or
  79:6 80:22
Andrew
  5:3
answer
  6:11,16,23,
  25 7:5,7
  12:17 24:18
  33:17 56:15
  73:1 81:4
answers
  76:1
anybody
  10:1 14:24
  17:18,21,24
  20:2,5,8,17
  22:9 26:9
  29:9 31:13,
  17 34:17
  46:8 47:19
  48:1 58:4
  59:23 60:1,4
  61:7,8,20,23
  74:9 75:14
  85:17,20
anymore
  50:3,5
Anyone
  47:19
anytime
  26:12
apart
  20:1 22:4,8
  48:22 71:13
  83:24 84:23
apparently
  21:20
appearances
  4:21
appeared
  5:17
applicable
  38:2

April
  80:24 83:2
areas
  35:6,11
argumentative
  7:8
around
  12:7 28:9
  35:7,8
  65:15,24
  66:6,12
arrive
  22:17
arrives
  56:16
articulate
  11:25 12:4,
  6,10
articulates
  11:22
Ash
  58:12,14
Asher
  58:21,22
asked
  20:21 21:3,
  5,7,12 22:15
  26:11 29:8
  33:19 46:4,9
  57:22 59:7
  60:25 61:10
asking
  22:23 25:20
  35:5 44:6
assemble
  49:2
assembled
  9:10 50:10
  51:11 52:4,
  24 53:1 56:7
assembles
  52:24
assembling
  47:24 52:11
associated
  54:14 82:8

assume
  7:1
assumption
  54:24 55:1
attach
  11:2 42:20
  47:17 49:12,
  21 67:20,23
  77:21 78:10
  80:17
attached
  21:8 24:5,7
  37:1,2,16
  41:22 42:1,
  3,5 43:19
  44:14,18
  45:15 47:14
  48:14,18
  50:20 51:13,
  25 52:5
  63:23 64:13,
  17 65:7
  68:23 69:1
attaching
  25:6 51:8
attachment
  66:2 80:13,
  15
attempted
  31:13
attract
  69:10
atypically
  41:25
Audio
  4:3
August
  4:2 15:6
average
  50:11 51:12
aware
  13:2 33:7
  45:25 46:8
axis
  65:21

                    B

back
  16:6 17:7,9
  21:1 41:11
  43:18 49:24
  55:19 57:18
  65:18 76:2,3
  81:1,19
backside
  42:7
backtrack
  29:13
bag
  79:3
baits
  67:22 68:5
  70:12
ball
  9:24 10:2
  11:9,12,14,
  17 12:1,3
  13:2 15:9
  73:4,9
ballpark
  24:22
Ballparking
  52:13
bars
  28:14
base
  25:8
based
  13:15 24:7
  34:14 44:2
  85:8
bases
  26:4 28:13
  29:21
basically
  72:11
basis
  57:9
Bates
  23:21 42:8
  53:17,19

Joseph Glonek
August 29, 2025

**Beach**
5:9 22:19
24:14 32:21,
23 33:25
34:2,7 36:4
46:5,9,12,17
47:13,16,25
48:11,24
52:18,21
53:2,9 54:19
56:17 61:23
62:20,24
63:2,14,18
68:8 74:24
75:8,15
80:22,23,25
81:9,20,25
82:10,13,21
83:1,20
**began**
10:14
**begin**
7:10
**begins**
57:18
**behalf**
4:15,18,25
5:4 26:1
**belief**
60:8
**believe**
14:25 15:16
21:11 22:22
24:20 28:8
30:22 47:22
49:3 52:23
53:24 58:2,
12,14 62:6
64:18 67:1
71:20,23
73:20 75:22
84:6,8,17,20
**believed**
15:8 21:15
30:12
**below**
24:3 41:21
76:6 78:20

**bending**
82:7
**benefit**
64:16,19,22
68:3
**benefits**
66:15
**best**
6:6 8:10
37:14 49:10
**big**
35:10 46:20
71:1
**biggest**
70:1,10,23
**bit**
66:12
**block**
41:16 43:19,
21 44:4,14,
16 45:1
**blocking**
24:12
**blocks**
64:8
**boat**
13:4 15:19,
21,23,24,25
16:4,8,10,13
17:14 21:2
26:4,5,13
27:11 28:3,
22,23 29:1,
4,5,22
32:15,20,24
34:15,19,23,
25 35:3,12,
16,18,20
36:11,14,15,
18 38:22
39:2,6,14,19
40:12 42:4
44:21,24
45:9,22 47:3
62:21 63:7,
8,15,19,22
64:3 65:17
66:13,14,18

67:12,18,22
68:12,15
69:11,20
71:4,6
**boats**
19:24 35:10
36:23 37:8,
11,20 38:4
62:9 63:4,
10,12 68:7,
10 69:4,8,13
71:1
**bobs**
65:17
**bolt**
10:23 11:4
49:19 76:16,
22 77:3,4,
13,18,20
78:6 84:10,
15,19,21
**bolted**
8:9,12
**bolts**
84:14
**bottom**
76:11 77:15
**box**
46:22 48:12
55:8,10
56:4,19
73:20,22
74:6 78:18
79:3
**boxed**
46:21 55:20
**boxes**
46:14,20
48:24 56:14
**break**
57:12,16,21
67:5 73:13
**Brian**
18:4,12 20:1
22:8 58:2
71:23 72:16,
18

**Bridgewater**
8:20 15:4,7,
13,18 20:23
21:19 22:5,9
25:11,17,23,
25 29:8
30:13,18
31:1,6,9
36:6,22 37:1
58:2 61:2
71:10,14
**Bridgewater's**
16:4 29:24
30:2
**brief**
10:16
**bring**
52:25
**brings**
32:21
**brochure**
23:15
**Broman**
4:25 5:13
23:2,8 31:25
40:16 41:8
53:18,24
54:2 57:10,
20 65:14
86:2
**build**
34:5 69:9
82:17
**building**
15:24 21:5
26:13 28:22,
24 29:22
33:3 83:15
**builds**
19:24
**built**
15:14,19,20,
22 29:1,3
**bulldozer**
56:2
**bunch**
33:17 37:22

Joseph Glonek
August 29, 2025

business
  75:6,8
buy
  31:14,18,22

_____

C

cabin
  35:6 36:20
cable
  47:10
cables
  47:14,17
  67:14
call
  17:2,13 18:9
  26:12 29:25
  42:10 44:13
  47:2 59:2
  62:4 69:6
  72:16,18
  75:24
called
  16:18 18:10,
  21 26:13
  33:22 41:15
  78:14,20
  79:10 82:15
  83:8
calls
  76:1
captain
  32:14,20
captains
  13:4
care
  26:18 64:4
case
  7:20 14:14,
  17,22 15:1,4
  18:17 31:11
case-by-case
  32:17
catch
  43:10 70:4,
  8,10,11,22

caught
  69:25 70:1
center
  35:19 36:17,
  20 84:13
certain
  70:1 71:17
chafe
  66:20
change
  30:9,20
  84:22,23
changed
  8:23 62:10
  83:23 84:7,9
  85:1,11,14
choose
  73:8
Chris
  5:8
chronological
  17:10
circumstantia
l
  40:20 66:8
claims
  60:5
clamp
  79:11,14,17,
  19,23 80:5,
  11
clamps
  79:16 80:17
clarification
  31:5
clarify
  6:2,3 25:19
clarity
  7:6 16:3
clean
  59:22
clear
  77:12
clickers
  42:10,19
  43:7

clip
  27:21 67:25
clips
  42:10,20
  43:7,13 64:8
  68:1,19,22
close
  76:9
cluster
  25:6 39:21
  49:12,16,19
  73:10 76:4,
  15 77:15
  78:10 84:2,4
clusters
  23:22,25
  24:17,21
  37:12,16,21
  38:6,7,13,
  14,17,20
  39:3,4,20
  40:2,3,6,13
  48:10,14,18
  52:1,8,11,
  14,15 54:23
  59:8,20
  64:13 69:1
  76:11 77:6,
  25 83:23
  84:23 85:8
collar
  11:2,4
column
  42:9 78:14
come
  8:19 47:12
  48:25 52:23
comes
  21:13 55:12
comment
  20:16 44:7
comments
  9:2 33:15
  73:4
commonly
  78:21

communication
  6:2 17:1
companies
  18:23
company
  4:11 5:9
  25:23 31:22
  32:3
compared
  66:18
complete
  52:25
completed
  50:10
completely
  25:9 46:23,
  24 58:14
completes
  86:9
completion
  83:14
components
  54:21
concluded
  86:12
connection
  34:8
connects
  77:13
cons
  66:14
console
  36:18,20
contact
  15:16,17
  58:24
conversation
  15:3,7 18:8
  20:20,25
  33:12 71:9
  72:7,10,12,
  21 74:21
conversations
  4:6 22:5
  33:9 71:14,
  18,19 72:20

Joseph Glonek
August 29, 2025

conveyed
  21:18
coordinator
  56:20,22
  57:2
corner
  23:17
correct
  11:7 13:8
  27:18,22,23
  29:23 34:16
  36:15,16
  37:7 38:15
  39:18 42:6,
  21 43:9
  44:10 45:3,
  17 47:4,5
  50:25 51:3
  52:2,5 57:24
  58:3 63:13,
  20,21 64:14
  65:4 70:20
  71:25 74:17
  76:13 78:2
  81:13 82:1
correctly
  50:7
cost
  29:21
counsel
  4:20 5:8
couple
  9:6 26:7
couple-page
  49:5
course
  34:1 49:8
court
  4:10,17,22
  5:17,19,22
  31:3
creative
  41:5
crew
  47:20,21
  48:2 64:3
  81:18

crews
  13:4
cross
  47:7,9,13,17
  86:6
curious
  60:12,17
  67:13 72:23
custom
  29:1 82:15,
  19
customer
  32:12,20
  33:5 34:9,
  18,22 49:15
  51:19 63:17,
  20,23 64:5,
  6,9 66:5,9
  73:8,15,18
  79:7,8
customers
  12:13,14,20
  13:5,15,24
  32:6,10
  64:12 69:10,
  11

─────────────

D

daily
  57:9
dangling
  65:10,12
Darren
  58:21,22
  59:3,7
dates
  83:14
day
  72:14
deal
  33:2,3,5
decide
  32:12,15
decision
  53:5 73:14,
  15,16

defendant
  5:6
Define
  25:12 65:12
delivered
  56:24 57:4
  63:16,19,22
delivery
  53:1
demo
  15:23 68:10,
  12,15 69:3,
  4,7,13,18
depending
  28:2 46:14,
  19 66:12,17
depends
  39:13 40:9
  70:5
deposed
  19:3,6,9,12,
  15
deposition
  5:15,21
  17:22,25
  18:3,11,13,
  17,22 20:3
  33:6,10 60:2
  72:4,9,22
  85:18,21
  86:9,12
depositions
  23:5
depth
  10:19
describe
  18:7 67:6,15
  78:3
description
  34:4 54:8
design
  8:23 84:18
detail
  38:1
details
  7:19

determination
  32:18
determine
  43:24 69:22
device
  27:22
devices
  64:8
diagram
  76:4
difference
  63:1
different
  7:5 8:19
  13:14 40:10
  42:22 43:25
  45:13 49:21
  66:10,11
  67:14 69:10
  70:2 77:17
  79:25 80:2
difficult
  6:8
directly
  8:9,12 25:23
  27:24 51:1
  64:13,17
  66:19 76:15,
  21 77:5,14,
  25 79:6
disassembled
  46:23,24
discount
  26:14,19,21,
  23 61:17,20,
  23 62:12,17
discounts
  62:2
discuss
  17:4
discussed
  60:24
District
  4:10
document
  23:6,9,12,18
  49:4 54:3

Joseph Glonek
August 29, 2025

57:7
documentation
49:11 55:9
documents
46:1,5,9
57:2
doing
6:6 7:6 9:5,
8 10:11 40:9
44:12 72:9
double
38:16 39:3,
20 52:14
drag
65:1
dredge
41:16 43:19,
21 44:3
79:13,23
80:5,11,17
Drew
8:18,22 9:2,
13 10:4,6,14
14:4,8 74:15
drilled
76:17
driving
35:6,22
72:19
due
14:5
duly
5:11

**E**

earlier
59:22 60:24
64:11 65:24
66:10 68:1
easier
48:17
Edward
5:5
either
18:25 34:7
40:23 44:19

49:20 51:24
56:17 64:12
67:25 76:18
79:1 80:16
else's
16:5
email
17:1,3,4,8,
13
emails
16:25
employee
58:23 61:17,
20,23 62:12
employees
57:24 58:7,9
80:25 81:9
end
9:23 44:19,
20,21,23
72:6 78:5
ends
57:14
ensure
56:23
enter
4:22
entire
67:7
entirely
81:21
entities
26:3 79:25
envelope
79:3
equipment
32:22,23
equipped
39:19
estimate
26:8
evade
20:14
event
25:14
eventually
35:15

everybody
13:12 40:10
45:13 66:10
exact
58:25 72:10
exactly
34:5 72:14
EXAMINATION
5:12
exchange
17:8
excused
86:11
exhibit
23:3,6
41:11,13
46:25 53:14
71:2 76:3
78:13
expect
73:3
expedited
86:7
expensive
35:25
explain
21:15
explained
21:12
express
19:8,12
extended
47:4
extends
77:20
extension
13:6 14:4
20:13
extent
70:14,15
extra
76:20,22
77:2
eyebolt
49:19,21,22
50:12,20
51:2,6,9,13,

15,25 52:4
64:12,20
eyebolts
51:21

**F**

fabrication
82:3
fabricator
82:20
fact
18:16 30:12,
17 40:1
fair
6:4,23 7:2
29:25
familiar
33:24 42:12
52:17
familiarity
52:20
far
49:1 52:23
60:14 69:21
72:6 81:19
84:25 85:10
fiberglass
81:18,23
fiddle
41:16 43:19,
21 44:14,16
45:1 64:8
fight
43:14,16
figure
48:6
figuring
33:4
filed
4:9
final
64:2 78:13
financially
4:17
find
14:19

fine
  52:12,13
finished
  50:6,19 51:5
fire
  82:17
firm
  5:5
first
  9:5,7 46:25
  51:1 53:23
  66:24
fish
  28:3 39:11
  43:10,15,16
  68:7,10
  69:25 70:1,
  4,8,12,23
fished
  37:8,11,15,
  20 38:5 39:2
  69:3,16
fishes
  66:9
fishing
  13:13 25:14
  27:15,17
  37:19 39:6,
  7,15 40:4,
  10,24 41:3
  42:17 43:6,
  11 44:7,11
  45:23 47:3
  61:8 67:8,
  11,13,20,23
  69:20 70:3
five
  10:9 57:11
  59:20 81:8
  85:4
fix
  62:9
fixed
  62:10 65:9
  66:3
flatbed
  55:24

Florida
  4:10 52:18,
  22 53:3
  55:19 74:24
  75:8
flowing
  65:21
follows
  5:11
foot
  28:25
forget
  81:11
form
  12:11,16
  13:11,18,22
  14:6 20:19
  23:1 24:10
  31:24 38:8
  40:8,15,19
  41:1 45:20
  50:13 64:10
  65:13 66:7,
  25 67:9
  70:21 73:11
  74:1 80:8
formed
  14:20
forth
  55:19 65:18
four
  47:6
free
  25:14,16,21
  26:3 28:12
  43:13 62:14,
  15 65:17,21
Friday
  15:4,5,6
  72:13
friendly
  18:20 72:20
friends'
  62:9
front
  35:21 53:13

frustrated
  19:14
frustration
  19:8,12
fully
  50:10 51:11
  52:3,24 56:7
functioning
  59:5

---

## G

gap
  78:7
gather
  46:5,9
gave
  33:6
gear
  25:14
GEM
  4:8 5:1
  7:17,21,22
  17:24 18:2
  20:1,2,6,9,
  12,17 22:9,
  22 26:9
  31:13,17,19
  35:25 45:25
  46:6 57:23
  58:4 60:5,9
  61:1 71:22
  85:15,21
GEM's
  8:1,11 15:9
  20:14 30:23
Gemlux
  15:22 16:1,
  6,14 25:23
  26:1,2 29:9
  31:17 60:9
general
  5:8 37:24
  40:4 44:7
generally
  36:20 37:23
  38:4,25

39:16 40:11,
  17 62:16
  65:22
gesture
  6:1
gestures
  5:24
getting
  33:4 46:15
gift
  25:11,12
  29:25 30:2
gifts
  30:25 31:6,9
  60:25 61:4,
  11,14 62:1,3
gist
  18:18 72:11
give
  26:12,19
given
  7:5 34:21
  36:21 61:15
Glonek
  4:8 5:10,14
  23:9 54:4
  57:21 63:11
  86:10
goal
  70:4,7,8
goes
  10:23 27:18
  45:1,2,10
  49:20 55:19
  66:23 67:20
  77:5,14
  84:10
going
  17:9 18:16,
  22 23:2,5
  33:19 34:5,6
  38:10 39:24
  40:6 41:11
  42:5 43:18
  44:22 51:16,
  20 57:14
  59:18 65:8,

Joseph Glonek
August 29, 2025

```
      16 72:6 73:1
    76:3 77:18
good
    4:1 5:14 6:7
    73:7
gooseneck
    55:24
grand
    19:19
grapevine
    8:15
Gravely
    58:13
greatest
    69:5
Gretna
    4:12
Grew
    44:12
ground
    29:3
grueling
    33:14
guess
    8:9 21:23
    28:2 50:14
    51:7 52:6
    54:18 72:3
    74:8 77:23
    83:8,21
guessing
    52:12
Gulf
    16:17
guys
    13:13

          H

half
    13:24 77:23,
    24
halyard
    27:22 28:17
    37:5 39:22,
    23 40:7,13,
    18,22 41:2,
```

```
    22 42:5,18,
    20,23 43:1,
    14,20 44:15
    45:16,18
    49:16 50:23
    63:23 64:2
    65:2,8
    66:18,23
    67:19,24
    68:4,17,23
    70:17,24
    71:3,7
    79:17,19,20,
    23 80:1,7,18
hand
    5:24
handful
    13:20
handle
    33:1 57:9
handled
    81:19
handles
    56:21
happen
    72:12
harbor
    35:9
hard
    8:5,7
harder
    48:19
hardtop
    35:17,19
hardtops
    81:24
hardware
    84:6,8
Hatches
    27:11
Hatoff
    4:14
he'll
    62:4
head
    5:24 16:19
    19:13 41:10
```

```
    49:8 76:10
hear
    6:14,15
heard
    8:15,17
    42:25 85:10
held
    4:11
help
    26:14 62:4
helped
    62:7
Hey
    18:21
highly
    40:6
highway
    56:2
hinges
    27:6,7,10
hired
    83:3,5
hobby
    29:6
hold
    27:15
holders
    27:6,12,24
holds
    11:5 77:4
hole
    76:11,14,17,
    24
holes
    77:14
Hollister
    5:1
home
    72:19
honest
    10:11
honestly
    10:10 85:5
hoping
    73:1
```

```
hydraulic
    59:4,13
hypothetical
    30:19,21
hypothetically
    30:11

          I

idea
    7:15,16,24
    9:4 18:24
    24:23 28:6
    53:7 57:8
    60:23 61:21,
    25 73:23
    81:4
identification
    23:7
image
    76:6 84:13
inboard
    38:10 66:22
inch
    9:22 10:15,
    20 11:8
    12:15,21
    13:6,17
    14:1,4
    20:13,17
    21:10 24:1,8
    25:5 37:17
    77:23,24
include
    49:11
included
    20:13 21:16
includes
    67:7
including
    10:15 16:25
    54:22
indirectly
    27:25
```

Joseph Glonek
August 29, 2025

individuals
  58:11
industry
  8:16
influence
  31:4 34:9
influenced
  30:25
informed
  9:13 14:7
  20:12 21:23
infringe
  14:21,25
  15:9 30:23
  60:9
infringement
  60:5
install
  9:19 10:21
  13:6,25
  16:13 22:16,
  23 23:22
  34:15,19
  49:23 62:20
  63:5,11
installed
  11:18 12:15,
  21,25 16:16
  22:13 24:21
  25:3 32:22
  62:19
installing
  16:9 21:11
  24:16 34:23
  36:3
installs
  32:24 63:4,
  14,18
instruction
  13:3 48:25
instructions
  49:12
intend
  85:17,20
intended
  7:2

interchangeab
le
  43:4
interested
  4:17
interface
  32:6
internal
  37:3,4 84:8
internally
  84:6
interrupt
  6:10,11
introduced
  85:3
involved
  16:9 47:23
  55:3 67:11
involvement
  55:5
irrelevant
  30:6,7
ish
  15:18
issue
  14:5 17:14
  20:9 22:2
  59:13 74:19
  85:9
item
  54:7,8,21
items
  29:20 42:9

J

Jersey
  4:12 39:9,17
  46:12,18
  47:13,17,25
  48:11,24
  56:8,17
  62:20 71:11
  75:15 81:2,
  6,10,17
job
  6:7 32:7

48:17
Joe
  63:11
joined
  5:5
Joseph
  4:8 5:10
  86:10

K

Karpanty
  5:7 16:21,24
  17:5,16
keep
  73:12 74:4,6
kind
  7:24 9:16
  11:22 16:12
  28:23 34:5
  35:19 39:25
  44:21 56:1
  59:2 61:15
  84:21
kinds
  49:22
KISS
  73:12
kit
  9:12 78:15
kits
  78:18 79:2,6
knew
  72:23
knockouts
  42:10,19
  43:7
know
  7:9,18,20,25
  8:1,4,5,14
  9:6,12
  11:11,14
  12:12,24
  13:9,14
  14:12,18
  15:23 16:7,8
  18:10,25

24:18 25:22
  26:22 28:19
  30:15 33:3
  37:18 38:2
  52:23 53:4,5
  54:13,18,19,
  25 55:4,14
  58:25 59:17
  60:21 61:19,
  22 73:2 74:7
  75:16 81:19
  83:22 84:18,
  25 85:2,10
knowledge
  31:21 37:14
  44:8 49:11
  85:8
knowledgeable
  58:24
Kyle
  58:14

L

Lam
  5:8 6:15
  46:4
lands
  66:19
larger
  35:10
latest
  69:5
lay
  67:18
lead
  83:8,9,12,16
leave
  75:24
left
  42:9
Legal
  4:15,18
life
  44:12
lights
  34:6

Joseph Glonek
August 29, 2025

likes
  66:11
line
  27:17,20,22
  37:5 39:22
  40:7,13,24
  41:2,4
  42:17,18,20
  43:3,11,12,
  13,20 44:15,
  17,18 45:10,
  16,18 47:10
  50:23 54:5,
  21 65:8
  67:20,23,24
  70:17,24
  71:3,7
  79:17,20,23
  80:1,7,16,18
line-by-line
  34:4
lines
  28:17 39:23
  40:18,22
  41:23 42:5,
  23 43:1,6,14
  45:21,23
  49:16,20
  63:23 64:2
  65:2 66:12,
  20 67:14,19
  68:2,4,17,23
  70:18
list
  32:21
listed
  34:10 54:7
listing
  24:3
litigation
  17:16,19
  20:6,10
  31:14,18,21
  59:24 60:13
  85:11,14
little
  9:16,24
  66:12 78:7

LLC
  4:8 5:1,2
located
  4:12
location
  75:9,12
locations
  69:10 79:15
lock
  66:23
locking
  78:9 79:2
Lockton
  5:3 6:15
  8:24 12:11,
  16,23 13:11,
  18,22 14:6
  20:19 23:1
  24:10 31:24
  38:8 40:8,
  15,19 41:1,7
  45:20 50:13
  51:23 53:16,
  22 54:1
  64:10 65:13
  66:7,25 67:9
  70:21 73:11
  74:1 80:8
  86:5
lockup
  78:21,23
lockups
  79:6
long
  9:22 11:8
  18:12 24:13,
  16 26:6
  44:11 83:19
longer
  11:5 85:5
look
  9:21 15:15
  35:9 46:25
looked
  14:16 23:15
  30:24 71:1

looking
  35:18 57:3
  60:15 84:12,
  13
looks
  76:9 78:5
lot
  50:17,18
  57:22 66:21
  85:25
lower
  23:17 36:9
lucky
  39:14
lure
  44:22
lurer
  70:17
lures
  70:18

---

## M

made
  13:9 20:16
  32:3 53:5
  60:6 73:4
majority
  39:15 73:25
  74:3
make
  6:1 9:2 11:5
  32:9 36:14
  48:17,19
  50:7 73:7,
  14,15,16
  77:11 81:24
  83:14
makes
  80:7
Making
  83:13
man
  18:21 83:8,
  9,12,16
management
  33:2

manual
  48:25
Marine
  4:9 5:4,6
  7:21 17:19,
  22 31:15
  46:6,12,17
  48:24 53:6,9
  56:17 61:5,
  8,10 75:14
  85:12,18
Marine's
  75:11
mark
  23:2,5
marked
  23:4,6 53:14
market
  43:8
mate
  32:20
Matt
  15:3,7,13,17
  16:4 20:22
  21:19 22:5,8
  25:11,17,25
  26:9,11
  29:8,24
  30:2,13,17
  31:1,6,9
  36:5,22 37:1
  58:2 61:1
  71:10,14
matter
  4:8 32:5
  39:25
Matthew
  8:20 20:21,
  22 25:22
Mcdowell
  8:18,22 10:4
  14:4,8 33:6,
  10,21 74:15
Mchale
  5:4,5
mean
  8:8 12:2

Joseph Glonek
August 29, 2025

15:15 43:16
44:4,8 58:7
**Meaning**
45:23 65:2
71:17
**mechanism**
40:23 41:3
67:25
**mechanisms**
41:12
**Media**
57:14,19
**meeting**
75:18
**mention**
72:1
**mentioned**
10:6 11:8
12:3 33:21
34:25 35:24
**met**
75:19
**metal**
47:6,9 82:2
**method**
56:18 73:12
**microphones**
4:5
**middle**
9:24 23:20,
23 35:20
**mind**
38:22 41:9
**misstate**
38:2
**mm-hmm**
11:10 23:19
41:14 44:25
68:2
**model**
16:15 36:9,
10,14
**month**
17:12
**months**
46:3

**morning**
4:1 5:14
**mount**
28:13 35:14,
15 76:14,18,
21 80:4
**mounted**
7:18 8:5,7
21:21 35:22
38:13 66:18
79:14
**mounting**
80:5
**mounts**
8:3
**move**
12:7 65:15,
16,18 66:3,
12 83:5
**movement**
65:19,20,21
**moves**
11:22
**multiple**
38:6 46:14,
20 68:3,17,
19 69:24
70:2,18,24

**N**

**name**
4:14 58:13,
14
**nature**
37:24
**necessarily**
70:23
**need**
62:3,10
67:25 76:22
**needed**
17:6 26:12
**negatives**
67:2
**never**
10:18 67:13

75:13,19
**nine**
23:16,20
76:4 84:3,4
**nods**
5:24
**nonverbal**
6:1
**note**
4:4
**nuh-uh's**
5:25
**number**
26:22 42:8
53:20 54:14
75:21,22
**numbered**
23:21
**numbers**
23:17 24:4
**nut**
78:5,9

**O**

**Object**
12:11,16
13:11,18,22
14:6 20:19
23:1 24:10
31:24 38:8
40:8,15,19
41:1 45:20
50:13 64:10
66:7,25 67:9
70:21 73:11
74:1
**objection**
8:24 12:23
41:7 51:23
65:13 80:8
**objections**
6:14,16
**occasion**
6:19
**occurred**
71:10

**occurring**
39:17
**October**
15:18 21:1
**offer**
62:5
**offered**
29:11 62:1
**office**
33:1 75:22
**officially**
83:21
**okay**
5:21 6:13
7:13 18:2
21:25 28:23
29:16 31:5
36:10 37:25
38:3 40:11
42:4,7,19,25
45:8 46:3
53:15 54:1,
12 66:1 77:4
80:14 86:4,5
**older**
29:5
**one**
9:23 10:15,
20 11:8
12:15,21
13:1,6,17,25
14:4 20:13,
17 21:10,12
24:1,8 25:5
30:10 31:22
33:21 37:17
38:9 39:22
40:7,13
44:20,23
45:6 48:4,5,
8,9 49:7
50:16 51:4,
14 52:3
53:11,17,18
54:7,10
70:16,17
71:7 73:13
75:17 78:5

Joseph Glonek
August 29, 2025

84:7,15
**open**
46:22
**operation**
64:23,25
66:21
**opinion**
30:9,15,20
34:19,21
**opinions**
14:20
**opposed**
52:14
**option**
51:8
**ordeal**
72:14
**order**
17:10 26:18
33:22,24
34:2,10,13,
14 46:11,13,
16 48:23
53:20 54:20
67:23 86:6
**ordered**
29:14 46:19
48:10 54:11,
17 56:23
57:3
**ordering**
55:2,6
**orders**
53:8
**orientation**
65:9
**outboard**
38:10
**outcome**
4:17
**outrigger**
8:4,13 9:14,
17 10:22,25
11:6 21:8
22:13,16,24
24:5 25:6,7
27:3,21

28:1,4,10,12
29:21 32:13
38:9,13
39:24 41:3,
16,19 43:14
44:3 45:19,
21 46:16
47:24 48:4
49:13,17
50:1,6,24
51:20 53:2
54:22 59:17
62:19 63:15,
16,19 64:14,
17 65:8,10,
15 66:3
67:7,15
68:4,14
76:5,15,19,
21,23 77:5,
14,21 78:1
79:14,15
**outriggers**
9:10,12
12:21 13:1,
25 16:10,12
21:6 23:22
24:17,20
25:4 26:4,
10,25 27:1,
5,8,13,25
28:15,18
30:13 32:10
34:19,22
35:14 36:5,
21,25 37:5,
9,12,15,17,
20 38:5
47:4,12,18
49:2 50:9,
11,19 51:5,
11 52:4,10,
12,13,17,21
53:10 54:11
55:2,20 56:7
62:10 63:4,
12,24 66:1,
17 67:17
68:25 73:25

74:3
**outside**
29:14 79:2
**owned**
68:8
**owner**
32:20
**owners**
13:4 32:16
**owns**
15:23 16:8
21:21,23

---

**P**

---

**packing**
55:11,13,15
56:13
**page**
23:16,20,23
41:12,13
42:8 43:18
46:25 47:1
76:3 78:14
79:10 84:3,4
**pages**
47:3
**paid**
27:4
**Palm**
5:9 22:19
24:13 32:21,
23 33:25
34:2,7 36:4
46:5,8,12,17
47:13,16,25
48:11,24
52:18,21
53:2,9 54:19
56:17 61:23
62:20,24
63:2,14,18
68:8 74:23
75:8,15
80:22,23,25
81:9,20,24
82:10,13,21

83:1,20
**paraphrasing**
36:1
**part**
11:18 19:21,
22 24:4
28:11 32:7
40:21 54:13
78:18
**parties**
4:4 7:20
**parts**
17:6 27:2,3
34:13,14,15
55:3,8,25
56:23 62:9
67:10
**party**
4:16
**past**
17:3 68:11
**patent**
7:17,23 8:1,
11 10:17
14:5 21:21,
23 60:5,18,
19,22 74:19
85:9
**patents**
14:13,16,21
15:1,9 20:9,
14 22:1
30:23 60:9,
10
**path**
35:7
**pay**
26:24 29:16
**paying**
28:5
**people**
33:1 43:24
47:21,23
48:3,7 66:11
**percent**
13:23

perfectly
    10:11
performs
    69:12
person
    48:8,9
personal
    16:5 25:21
    26:3 34:8
    58:5,20
    61:5,11,13
    62:2 75:6,7
personally
    26:1
persuade
    31:14,18,22
phenolic
    84:21
phone
    15:15 17:2,
    13 18:5,6
    74:21 75:21,
    23
phrase
    7:4
physical
    75:12 84:1
pick
    4:5 75:23
picture
    24:3,4,11
    25:5
pictured
    84:19
piece
    8:25 9:11,
    15,17 10:15,
    20 11:9,18
    12:15,21
    13:1,2,17
    14:1,11
    20:14,18
    21:10,13,16
    22:6 24:1
    65:23 76:20,
    22 77:2,9,
    13,18,22

78:3
pieces
    8:19 47:7,9,
    14,17 67:10
    77:13
pipe
    34:6
PL
    82:15,19
place
    4:3
plastic
    84:21
please
    4:4,20 38:2
point
    21:9 53:11
    66:19 67:21
    84:7
poles
    28:8 29:21
popping
    35:19
post-covid
    10:12
pre
    10:13
pre-covid
    10:12
predominantly
    36:22
previous
    17:9
previously
    23:4
pricing
    61:12,15,18
prior
    17:12 82:10
private
    4:6
probably
    9:5,22 15:14
    17:12 19:10
    25:2 50:14
    52:16 69:2
    74:5,22 81:8

problem
    12:8
problems
    58:25 59:2,
    13
proceeding
    4:7,11
proceedings
    4:23
procures
    32:23
produced
    53:20
product
    25:13 28:6
    43:7 54:16
production
    56:20,22
    57:2 63:3,7,
    8,12
products
    4:8 5:1
    7:21,22
    17:25 18:3
    29:9,12
    30:23 31:14,
    17,18 35:24
    36:3 42:13,
    16 43:11
    45:25 46:6
    57:23 60:9,
    16 61:1
    62:7,17
    85:15,21
Products'
    60:10
professional
    58:5,17,20
project
    29:6
projects
    83:13,15
properly
    59:5
pros
    66:14

provide
    26:10
provided
    28:11 29:20
    30:13,18
    31:6,10
    62:11
provides
    61:19,22
pull
    53:17
pulley
    8:3,12 9:1,
    18 10:24
    11:18,25
    12:4,9
    23:21,25
    24:5,7,17,21
    25:6,8
    37:12,15,16,
    21 38:6,12,
    14,16,19
    39:3,4,20,21
    40:1,3,5,12
    41:16 43:19,
    22 44:3
    48:10,13,18
    49:12,15,19
    50:20 51:9,
    13,25 52:5,
    8,11,14,15
    54:22 59:8,
    20 64:12,13,
    16,19 65:7,
    9,16,17
    66:2,6,23,24
    67:3 68:25
    72:4 73:9
    76:4,11,15
    77:6,15,25
    78:10 80:13,
    14 83:23
    84:4,22 85:8
pulleys
    7:18,23 8:2
    10:21 12:14,
    20,25 13:6,
    25 14:21,25

Joseph Glonek
August 29, 2025

15:8 21:7,21
22:6,10,12,
16,23 25:4
37:1,2 49:22
66:19 67:14
68:20,22
71:10,15
72:2 73:5,25
74:4,13 76:6
80:17,19
84:11
**pulls**
43:12
**purchase**
32:10,13
51:20 53:8,
20
**purpose**
11:11 42:15
45:18 69:7
72:21 80:2,
6,7
**put**
7:8 26:18
42:17 44:22
49:6,7 50:1,
7 53:13
76:22
**puts**
19:23 51:15
**putting**
21:6

**Q**

**quantity**
54:10,13
**question**
6:12,16,19,
22,23,25
7:1,4 14:10
24:19 63:17
80:10 81:5
**questioned**
9:13 14:9
**questions**
33:17,18

35:5 37:24
86:3
**quite**
74:25
**quotes**
33:3

**R**

**reaction**
21:24
**read**
14:13 60:19
**real**
76:9
**realize**
72:5
**reason**
6:21 7:11
22:21 66:5
71:3 80:5
**recall**
16:16 21:3
58:1 62:7
68:14 71:18
72:10 74:18
81:1
**receive**
22:12 34:13
36:5,25
46:11,13
47:24 48:10,
23 55:8,9
78:17,23
79:1
**received**
25:10,16
26:2 28:5,
15,18 61:1,4
**receiving**
56:21
**recently**
23:15 68:11
**recommendatio
ns**
32:9

**record**
4:2,4,21,23
5:23,24 6:3
7:6 57:11,
14,18 77:12
**recording**
4:3
**reel**
43:17 44:20,
23 45:9
**refer**
41:12
**referred**
78:21
**referring**
9:8 81:24
**refers**
54:21
**regarding**
8:2 20:17
**relate**
46:6
**related**
4:16 59:17
**relationship**
57:23 58:6
**relationships**
58:16,20
**relative**
18:16 43:11
65:10 84:14
**released**
69:25
**remember**
10:10 16:18
19:11 24:19
49:7,14
58:13 69:3
72:14 84:20
85:6
**remind**
53:16
**remote**
4:23
**remove**
73:24

**removed**
13:17 14:1
**repeat**
7:4 12:19
20:15
**rephrase**
51:17 63:17
80:10
**reporter**
4:18,22 5:22
31:3
**request**
13:5,10,16,
25
**requested**
53:2
**rescue**
82:17
**response**
26:16
**responsibilit
ies**
83:11
**responsible**
56:19 64:1,7
**rest**
28:10
**restoring**
29:4
**retail**
28:7
**retain**
40:23 41:3
**retention**
27:22 64:8
**review**
50:6,9
**rigged**
28:19,21
**rigger**
43:1,3 67:24
**riggers**
54:14,20
66:13
**rigging**
78:15,17
79:1,6

Joseph Glonek
August 29, 2025

right
  5:23 6:9
  12:4 28:9
  41:15 53:22
  61:2 70:13,
  19 76:2,23
  78:14
right-hand
  23:17
ring
  41:20 45:4,
  8,10,15
Robertson
  4:18
rod
  27:6,12,24
  43:17
rods
  27:15,17
role
  34:7 50:3
  58:25 83:2,
  4,7,17
rollers
  37:3,4 44:15
Ron
  5:6 16:20,24
  17:5,8,11,
  15,21 58:21
  59:7,10,14,
  16,19 61:12
  62:3 75:16,
  19,23
Ron's
  75:21
root
  37:5 49:16
rotate
  9:25 11:19,
  21
rough
  86:6
route
  51:12
routed
  27:21

rubbing
  65:3
run
  28:3,17
  42:18 43:6
  45:21 49:20
  50:23 63:25
  80:18
running
  64:1
runs
  44:15 80:14
Rupp
  4:9 5:4,6
  7:21 8:23
  10:14 12:25
  17:19,22
  20:12 21:6
  22:15,22,23
  23:3,6,21,22
  24:17,21
  25:4 30:12
  31:15 35:25
  37:9,12,15,
  20,21 38:5
  39:3 42:8
  46:6,11,17
  47:1,2
  48:14,23
  51:21,25
  52:24 53:6,9
  54:10,14,20,
  22 56:16
  58:19,23
  59:23 60:2,
  5,6 61:5,8,
  10,19,22
  62:1 63:15
  65:7 71:2
  74:13 75:11,
  14 78:18,24
  79:2 83:23
  85:12,18
Rupp's
  10:21 14:21,
  25 15:8
  20:17 22:6,
  10,12 30:23

37:12 40:12
  52:7,11 60:9
  68:16 71:10
  73:5 85:7

———————————

S

Sal
  58:14
Sandra
  4:18
saying
  30:14
says
  60:18 73:18
scheme
  19:19
screw
  77:25
screws
  76:23
second
  47:1 49:24
  51:8 53:23,
  25
see
  24:5,8 25:8
  35:10 41:17,
  19 47:7
  51:12 54:8
  56:2 69:11
  76:12 78:15
  79:11 84:4
seeing
  67:16
semi
  55:22
sends
  54:20
sensitive
  4:5
separate
  48:12
separated
  65:5
series
  47:6

served
  46:1
session
  57:22
set
  21:5 50:16
  53:23,25
  55:2 63:16
  66:13
setup
  39:21 45:9
  62:24 63:2
  66:13 68:4,
  15 70:24
ship
  48:14
shipment
  56:16
shipments
  78:18,24
shipped
  17:7 52:18,
  21 55:12
shipping
  56:21
shop
  73:21 81:11,
  23
show
  23:25 46:17
  69:9 76:5,7
shown
  47:3 51:20
  76:6
side
  11:22,23
  35:19 63:5
  76:10
sides
  30:8
similar
  23:12 43:7
  54:3 56:3
Simple
  73:13
single
  38:19 39:4,

Joseph Glonek
August 29, 2025

21 52:15
54:16,21
71:3
**sir**
22:20 24:23
27:16 28:16
29:7 35:2,5
68:13 75:20
**sitting**
5:22 73:20
**situation**
51:24
**size**
51:20 71:6
77:17
**Slavin**
5:4
**sleeping**
35:11
**sleeves**
78:7
**slide**
48:22
**slight**
19:12
**slightly**
19:10
**slip**
55:11,13,15
56:13
**small**
36:19
**smaller**
35:13 36:23
**smoother**
64:23,25
66:21
**sort**
6:1 7:23
40:23 55:9
58:5 67:25
74:19
**speak**
18:2,12
58:21
**speaking**
30:11 38:4

40:11,17
62:16
**species**
70:1,10
**specific**
16:15 32:17
36:11,13,14
38:1,22
66:22 72:25
**specifically**
18:15 21:4
25:20 33:2
63:15
**specifics**
7:25 8:6,14
15:23
**spin**
11:23 65:25
**spins**
65:20
**spoke**
16:23 17:11
22:22 65:23
71:22,24
**spoken**
16:20 17:15,
18,21,24
20:2,5,8
22:9 59:19,
23 60:1,4
61:12
**sports**
25:13
**spot**
7:9
**spreader**
28:14
**stamp**
53:17
**stamped**
53:19
**standpoint**
30:19,21
**start**
44:23 58:9
80:21

**started**
9:5,7 10:11
74:12 80:23
81:7 83:1
84:5
**state**
4:20 6:20
**statement**
4:22 10:16
**States**
4:9 39:7,12,
17
**stayed**
83:13
**stem**
24:8 25:5
37:17 83:25
**stems**
84:24 85:1,
3,7
**Stettinius**
5:1
**stop**
30:14
**Stream**
16:17
**strictly**
58:17
**strike**
12:13 25:19
34:17
**strings**
63:25
**stud**
9:23 78:8,11
**stuff**
19:23 32:3
33:1 50:5
55:4 56:21
59:22
**Stupid**
73:13
**style**
13:12 35:3
**styles**
70:2

**subpoena**
46:1
**supervisor**
50:4 81:12
83:18,19,24
**supervisors**
81:16,20,21
**supplied**
79:9
**Support**
4:15,19
**supposed**
56:25
**sure**
41:5,18
45:14 50:7
53:11 54:5
73:7 77:11
81:21 83:13,
14
**Sutton**
18:4,13 20:1
22:8 58:2
71:23
**swear**
4:23
**swivel**
9:16,24,25
10:2 11:9,
12,14,18
12:1,3 13:2
15:10 20:13,
14,17 21:10,
13,16 22:5
24:1 65:23
66:2,6,16
73:5,9,15
76:7,18
77:1,8,12,
18,21 78:3
**swivel-able**
67:3
**swivels**
73:17,22,24
74:4,6,12
78:8

Joseph Glonek
August 29, 2025

**sworn**
  5:11
**synonymous**
  36:17
**system**
  9:1 11:19
  28:4,10,12
  46:16 67:7

---

**T**

**T-SHIRT**
  25:13
**Taft**
  5:1
**take**
  4:3 26:17
  48:21 57:11
**taken**
  5:15,22
  57:16 62:5
**takes**
  64:3
**taking**
  30:8
**talk**
  6:7 18:15
  19:1 21:9
  59:14 72:22
  74:15 85:17,
  20
**talked**
  10:1 15:12
  58:1 59:10
  64:11 68:1
  76:5
**talking**
  38:23,24
  39:16 84:1,
  15
**tapped**
  76:17
**target**
  83:13
**team**
  63:4 69:18
  82:2

**teaser**
  40:24 41:4,
  19 44:17,18
  45:4,8,10,15
  68:19,22
  70:18 79:13,
  22 80:4,11,
  16
**teaser/dredge**
  79:11
**technology**
  69:5
**tell**
  10:14 19:5
  24:9,11 25:4
  32:25 33:18
  43:23 51:17
**temporary**
  53:19
**ten**
  69:2 83:24
**tension**
  27:21 43:12
**term**
  42:22,25
**testified**
  5:11,19
  30:22 51:4
**testify**
  7:11
**testimony**
  30:3,25 31:7
**text**
  17:2
**thing**
  33:21 44:4,9
  49:5 67:4
  73:13
**things**
  8:17 13:14
  18:22 19:19
  29:14,17,19
  35:11 38:24
  39:16 45:13
  56:21 61:13,
  16 66:9
  68:20 69:24

  70:18
**think**
  16:18 28:9
  71:5 83:22
**thinking**
  27:4 38:23
**third**
  47:1
**thought**
  85:24 86:1
**thread**
  10:24 78:6
**threads**
  9:23
**three**
  26:8 39:23
  40:1,3,5
  42:9 50:22
**throw**
  74:8,9
**tickets**
  25:13,14
**tilt**
  76:10
**time**
  4:21 15:12,
  17 16:23
  17:9,10
  48:5,8,9
  57:6,13,17
  74:25 75:17
  83:6 86:8
**times**
  5:25 32:15
**title**
  59:1
**today**
  7:10,11,14
  30:3,22 31:7
  82:24 85:18,
  21,24
**today's**
  5:21 17:22,
  25 18:3 20:2
  60:2
**told**
  14:24 62:3

  74:9,18
**tone**
  40:1
**top**
  16:19 19:13
  23:20,23
  35:17,22
  41:10,15
  42:9 49:8
  66:19 78:8,
  14 84:15,19
**total**
  81:2,3
**tough**
  7:9
**tournament**
  69:23 70:3,
  5,7,9
**tournaments**
  69:14,17
  70:2
**towers**
  5:9 22:19
  24:14 32:21,
  23 33:25
  34:3,8 36:4
  46:5,9,12,18
  47:13,16,25
  48:11,24
  52:18,21
  53:2,9 54:19
  55:25 56:18
  61:24 62:20,
  24 63:2,14,
  18 68:8
  74:24 75:8,
  15 80:22,23
  81:1,10,20,
  25 82:3,11,
  14,22 83:1,
  20
**trailer**
  55:18,21,22,
  23,24 56:2,
  6,12,18
**transcript**
  86:7

Joseph Glonek
August 29, 2025

transport
  55:14,16,25
  56:7
travelling
  39:13
triple
  38:14 39:3,
  20 40:12
  52:14
troubleshoot
  59:6
troubleshooti
ng
  59:12
truck
  55:18 56:4
trucks
  82:17
truthfully
  7:11 33:17
try
  6:10,11
trying
  7:8 17:14
  48:6 70:11,
  22
tube
  10:25 24:12
  25:7 48:22
  79:16
tubes
  11:5 77:5
turn
  23:16 41:12
two
  10:7 11:5
  18:23 40:18
  46:3 47:3
  75:5 77:13
  78:6 79:25
  84:14
type
  17:1 25:10
  36:11,15,22
  48:25 55:22
types
  36:4 57:1

typically
  32:14 41:24
  44:17 45:6
  49:18 59:4,
  12,16 62:13
  63:9 71:8
  74:2 76:1
  79:8

_____

          U

U.S.
  4:15,18
uh-huh's
  5:25
uhmm
  55:12
understand
  6:21,22 7:7,
  9,22 19:18,
  24 30:24
Understandabl
e
  32:4
understanding
  7:13 8:11
  14:3 15:25
  16:3 44:2
  56:13 64:24
  73:8 79:5
understood
  6:17 7:1
unit
  57:15,19
  59:5
United
  4:9 39:7,12,
  17
universal
  36:12
unpacking
  56:19

_____

          V

vague
  7:15,16

  52:20 60:23
Vaguely
  52:19
value
  28:6 29:20
various
  60:15 79:15
vary
  69:24
verify
  57:3
versus
  4:9 63:2
vertical
  84:14
video
  4:3
video-
recorded
  4:7
videographer
  4:1,15
  57:13,17
  86:8
videotaped
  86:9
view
  31:10 85:11,
  14
Viking
  4:11 5:9
  15:22 35:10
  46:1,4 53:9,
  20 61:24
  63:3,5 68:7,
  8,12 69:18,
  20 80:21
  81:21
Viking's
  69:4,7
visit
  75:8
visited
  75:11,14
voicemail
  75:25

_____

          W

walk
  35:8
walkaround
  28:25 35:1,
  3,12,15
  36:11,14,19,
  23
want
  32:17,22
  66:6 70:12,
  16 71:7
  73:7,18,19
  76:21
wanted
  11:24
water
  27:18 44:22
  45:2,11
  67:21 68:6
  70:13
way
  7:5 8:10
  11:19 25:8
  30:3,25
  31:7,10 40:4
  48:13 84:23
  85:1,12,15
ways
  50:22
website
  23:14
week
  17:3 18:14
  71:22,24
welder
  82:20 83:3,5
welding
  82:5,21
Wellcraft
  28:25
went
  9:17 10:18
  85:25

Joseph Glonek
August 29, 2025

**whispering**
  4:6
**white**
  23:17
**wiggle**
  65:24
**wins**
  69:22
**wiring**
  34:6
**witness**
  4:24 86:4,11
**word**
  5:23
**words**
  43:25
**work**
  17:14 29:15
  33:22,24
  34:2,10,13,
  14 59:16
  69:20 75:6
  81:10 82:8,
  11,13
**worked**
  13:16 24:13
  58:8,10
**worker**
  19:23
**working**
  35:12 48:3
  80:21 82:10
**works**
  11:15 48:1
**world**
  44:7
**worry**
  26:17
**wrong**
  30:12

_____

          **Y**

**Yacht**
  4:11 5:9
**Yachts**
  46:1,5

**yeah**
  7:21 10:5,8
  13:21 15:16
  19:10 50:2
  67:12 68:5
  76:2
**year**
  75:3
**years**
  9:6 10:7,9
  24:15 26:7,8
  37:22 49:8
  59:20 69:2
  75:5 83:21,
  24 85:4
**yesterday**
  33:7,22
  53:14

_____

          **Z**

**zip**
  42:10,20
  43:7