IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT

OF FLORIDA

\* \* \* \* \* \* \* \*

GEM PRODUCTS, LLC,                    \*

     Plaintiff                    \*   Case No.

     vs.                          \*   2:25-cv-14047-DMM

RUPP MARINE, INC.,                    \*

     Defendant                    \*

     \* \* \* \* \* \* \* \*

VIDEOTAPED DEPOSITION OF

CRAIG MERCIER

September 4, 2025



DEFENDANT'S
EXHIBIT

Any reproduction of this transcript is prohibited

without authorization by the certifying agency.

Craig Mercier
September 04, 2025

Page 2

```
01
02                   VIDEOTAPED DEPOSITION
03                          OF
04   CRAIG MERCIER, taken on behalf of the Plaintiff
05   herein, pursuant to the Rules of Civil Procedure,
06   taken before me, the undersigned, Erin Badstuebner, a
07   Court Reporter and Notary Public in and for the State
08   of Maryland, at Tydings & Rosenberg, LLP, One East
09   Pratt Street, Suite 901, Baltimore, Maryland, on
10   Thursday, September 4, 2025, beginning at 12:02 p.m.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
```

Page 4

```
01                    I N D E X
02
03   DISCUSSION AMONG PARTIES                    7 - 9
04   WITNESS: CRAIG MERCIER
05   EXAMINATION
06      By Attorney Broman                       9 - 66
07   EXAMINATION
08      By Attorney Lockton                     67 - 87
09   RE-EXAMINATION
10      By Attorney Broman                      88 - 89
11   CERTIFICATE                                    90
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
01                A P P E A R A N C E S
02
03   WILLIAM K. BROMAN, ESQUIRE
04   Taft Stettinius & Hollister, LLP
05   27777 Franklin Road, Suite 2500
06   Southfield, MI  48034
07        COUNSEL FOR PLAINTIFF
08
09   EDWARD F. MCHALE, ESQUIREE
10   ANDREW D. LOCKTON, ESQUIRE
11   McHale & Slavin, P.A.
12   2855 PGA Boulevard
13   Palm Beach Gardens, FL  33410-29010
14        COUNSEL FOR DEFENDANTS
15
16   ALSO PRESENT:
17   BRADLEY LOY, VIDEOGRAPHER
18
19
20
21
22
23
24
25
```

Page 5

```
01                    EXHIBIT PAGE
02
03                                            PAGE
04   NUMBER      DESCRIPTION              IDENTIFIED
05   Plaintiff's Exhibits:
06   Exhibit 301  Email (RUPP-002361)          16
07   Exhibit 302  Emails (RUPP-002355-23356)   24
08   Exhibit 303  Email (RUPP-002358)          28
09   Exhibit 304  Emails (RUPP-002287-2328)    30
10   Exhibit 305  Emails (RUPP-002329-2338)    32
11   Exhibit 306  Emails (RUPP-002363-2370)    41
12   Exhibit 307  Page 10 of Complaint         53
13   Exhibit 308  Exhibit A to Complaint       56
14
15   Defendant's Exhibits:
16   Exhibit 8    Emails (RUPP-002353-2354)    79
17   Exhibit 9    Emails (RUPP-002349-2350)    79
18
19
20
21
22
23
24
25                   CONFIDENTIAL EXHIBITS
```

Craig Mercier
September 04, 2025

Page 6

```
01                OBJECTION PAGE
02
03   ATTORNEY                        PAGE
04   Lockton      13, 14, 26, 26, 29, 31, 32, 35,
05                36, 37, 38, 38, 39, 40, 40, 45,
06                44, 45, 45, 46, 46, 47, 47, 48
07                47, 40, 40, 40, 49, 49, 49, 50
08                          51, 52, 54, 54, 54, 66
09
10   Broman       67, 69, 71, 72, 72, 72, 74, 74,
11                75, 75, 76, 77, 77, 81, 81, 83,
12                     84, 84, 85, 86, 86, 87
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7

```
01            S T I P U L A T I O N
02   ------------------------------------------------
03   (It is hereby stipulated and agreed by and between
04   counsel for the respective parties that reading,
05   signing, sealing, certification and filing are
06   waived.)
07   ------------------------------------------------
08            P R O C E E D I N G S
09   ------------------------------------------------
10   ON VIDEO
11   VIDEOGRAPHER:
12   We are on the record at 12:02 on
13   September 4th, 2025.  Audio and video recording will
14   continue to take place until all parties agree to go
15   off the record.  Please note that microphones are
16   sensitive and may pick up whispering and private
17   conversations.  This is the videorecorded proceeding
18   of Craig Mercier taken by Counsel for Plaintiff in
19   the matter of G-E-M Products, LLC v. Rupp Marine,
20   Inc., filed in the United States District Court for
21   the Southern District of Florida.
22   This proceeding is being held at
23   Tydings & Rosenberg, located at One Pratt Street,
24   Baltimore, Maryland.  My name is Bradley Loy.  I am
25   the videographer on behalf of U.S. Legal Support,
```

Page 8

```
01   located at 16825 North Chase Drive, Suite 900,
02   Houston, Texas 77060.  I am not related to any party
03   in this action, nor am I financially interested in
04   its outcome.
05   The Court Reporter is Erin Badstuebner
06   on behalf of U.S. Legal Support.  Counsel will state
07   their appearances for the record, after which the
08   Court Reporter will enter a statement for proceedings
09   and swear in the witness.
10   ATTORNEY BROMAN:
11   Will Broman on behalf of Plaintiff GEM
12   Products, LLC from Taft, Stettinius & Hollister, LLP.
13   ATTORNEY LOCKTON:
14   And on behalf of Rupp Marine, Inc.,
15   Andrew Lockton and Ed McHale from McHale & Slavin.
16   COURT REPORTER:
17   Okay.
18   And real quick, Counsel, would you like
19   copies of the transcript sent to the emails provided
20   off the record?
21   ATTORNEY BROMAN:
22   Yes.
23   ATTORNEY LOCKTON:
24   Yes.
25   COURT REPORTER:
```

Page 9

```
01   Okay.
02   And then, Mr. Mercier, if you could
03   please raise your right hand.
04              ---
05            CRAIG MERCIER,
06   CALLED AS A WITNESS IN THE FOLLOWING PROCEEDING, AND
07   HAVING FIRST BEEN DULY SWORN, TESTIFIED AND SAID AS
08   FOLLOWS:
09              ---
10            EXAMINATION
11              ---
12   BY ATTORNEY BROMAN:
13   Q.Good morning or good afternoon, Mr. Mercier.
14   Is that --- that's the correct pronunciation?
15   A.Correct.
16   Q.Okay.
17   Thank you for coming today.  We've spoken on the
18   phone.  I'm Will Broman.  I represent GEM Products.
19   Before the deposition started, you clarified that your
20   understanding was that you sold the patent to GEM
21   Products.  And I'm just reiterating on the record that
22   I am the attorney for GEM Products.
23   Have you had your deposition taken before?
24   A.Yes.
25   Q.And when did you have your deposition taken
```

Page 10

01 before?
02 A.Last year.
03 Q.And in what kind of case was that deposition
04 taken?
05 A.Civil.
06 Q.What was the type of claim that was involved?
07 A.Eviction.
08 Q.Were you doing the eviction or were you being
09 evicted?
10 A.I was doing the eviction.
11 Q.Did you have an attorney for that deposition?
12 A.Yes.
13 Q.So you may recall from that deposition that there
14 was a Court Reporter present?
15 A.Yes.
16 Q.There's a Court Reporter present today.  She's
17 taking down everything that we say, so it's important
18 that we don't speak over each other.  So I will try to
19 let you finish your answers to the best that I can,
20 and I would ask that you let me finish my questions
21 before you begin answering.
22 Is that fair?
23 A.Fair.
24 Q.Okay.
25 There may come a time when I don't ask a question

Page 11

01 properly.  It may not --- you may not understand it
02 for some other reason.  I may state it in a confusing
03 way.  If you don't understand a question that I ask,
04 please don't answer it.  Just ask me to ask the
05 question again or rephrase it.
06 Is that fair?
07 A.Fair.
08 Q.And if you do answer the question, then I will
09 assume that you understood my question the way I
10 intended it.
11 Is that fair?
12 A.Fair.
13 Q.Okay.
14 Because we do have a Court Reporter, she cannot
15 record things like head nods, hand gestures, nuh-huhs,
16 uh-huhs or anything else that's nonverbal.  So I may
17 ask you for a yes or a no from time to time if you
18 give an answer that the Court Reporter might not take
19 down correctly.
20 Is that fair?
21 A.That's fair.
22 Q.Is there any reason that you cannot testify
23 truthfully today?
24 A.No.
25 Q.Okay.

Page 12

01 Do you have any understanding of what this case is
02 about and why you are here today?
03 A.Yes.
04 Q.What is your understanding of why you're here
05 today?
06 A.That I sold a patent to GEM and GEM's trying to
07 make a product, and Rupp --- that Rupp started making
08 something similar.  That's as much as I figured out.
09 Q.Okay.
10 How did you figure that out?
11 A.Because when I got my patent, they were making
12 something similar.
13 Q.Do you know what product Rupp was making at the
14 time that you were issued your patent?
15 A.Outrigger pulleys.
16 Q.Do you remember anything specific about the
17 outrigger pulleys?
18 A.Not the one they were making.
19 Q.You don't remember anything about what the ---
20 what they were making?
21 A.It was an outrigger pulley.
22 Q.Do you recall any type of a part number associated
23 with that pulley?
24 A.No.
25 Q.Okay.

Page 13

01 Leading up to today, have you or I --- have you
02 and I had any conversation about the substance of this
03 litigation?
04 A.No.
05 Q.I have called you on occasion?
06 A.Yes.
07 Q.We have spoken by phone regarding the logistics of
08 this deposition?
09 A.Yes.
10 Q.Apart from the logistics of this deposition and
11 some personal issues that you mentioned, have we
12 spoken about anything else?
13 A.No.
14 Q.I believe you mentioned that you tried to sell
15 your patent or work with Rupp regarding your patent.
16 Is that correct?
17 ATTORNEY LOCKTON:
18 Object to form.
19 ATTORNEY BROMAN:
20 I'll --- I'll strike that.
21 BY ATTORNEY BROMAN:
22 Q.Did you ever approach Rupp Marine about Rupp
23 Marine purchasing or licensing your patent?
24 A.I don't remember if I tried to approach them.
25 Q.Do you recall having any type of correspondence

Craig Mercier
September 04, 2025

Page 14

01 with Rupp Marine about licensing your patent to Rupp
02 Marine?
03 A.Yes.
04 Q.And for clarity, you don't recall if you
05 approached them or they approached you?
06 A.I think we sent him off something similar to a
07 noncompete letter or something like that.
08 Q.Okay.
09 Do you recall why you sent that letter to Rupp
10 Marine?
11 A.Because their product, I believe they redesigned
12 it or I can't remember the specifics, but I had a
13 patent and they started to make a part similar to
14 mine.
15 Q.Do you recall how you became aware of Rupp's
16 product that was making --- that was --- the product
17 that was covered by your patent or would be covered by
18 your patent?
19 A.It was ---.
20 ATTORNEY LOCKTON:
21 Object to form.
22 BY ATTORNEY BROMAN:
23 Q.You can answer.
24 A.It was for sale on their website.
25 Q.Does the part number CA-0145 sound familiar?

Page 15

01 A.No.
02 Q.If I reference any part numbers, would that sound
03 familiar?
04 A.No.
05 Q.If I showed you a picture of the product, would
06 that refresh your recollection in any way?
07 A.Yes.
08 Q.Do you recall when you first approached Rupp about
09 your patent?
10 A.No.
11 Q.Do you recall any circumstances relating to your
12 patent?  I'm trying to understand a timeline of when
13 you first approached Rupp.
14 So my first question is, do you recall a specific
15 date?
16 A.No.
17 Q.Do you recall where in the patent process your
18 patent was, had it been granted yet, had it been
19 published yet, et cetera.
20 A.Well, I would think it would be safe to say the
21 patent would have been granted.
22 Q.Did you have any attorneys helping you with the
23 potential intertransaction between yourself and Rupp?
24 A.I did.
25 Q.What was that attorney's name?

Page 16

01 A.Mr. Rosenberg.
02 Q.Do you know how you spell that name?
03 A.I do not.  His first --- his first name is Mort.
04 Q.Mort?
05 A.M-O-R-T.  He's the owner.
06 Q.Okay.
07 Is that --- Mr. Rutenberg in the Maryland area?
08 A.Rosenberg.
09 Q.Rosenberg.
10 A.Yes.  He's in Columbia.
11 Q.And that's Columbia, Maryland?
12 A.Yes.  Rosenberg, Klein & Lee.
13 Q.Is that the name of the law firm?
14 A.Yes.
15 Q.Did you only work with Mr. Rosenberg or did you
16 work with other attorneys at the firm?
17 A.I believe it was only Mr. Rosenberg, but I can't
18 say for sure.  I have another attorney, but I don't
19 believe I consult with him.  I could be wrong.
20 Q.I'm going to mark, as Plaintiff's Exhibit 301, a
21 document Bates numbered (RUPP-002361).
22                          ---
23 (Whereupon, Plaintiff's Exhibit 301,
24 Email (RUPP-002361), was marked for
25 identification.)

Page 17

01                          ---
02 BY ATTORNEY BROMAN:
03 Q.I'm putting that document in front of you.  This
04 is an email Bates stamped (RUPP-002361) sent from
05 Craig Mercier.  Email address craig@merciers.com.  Is
06 --- that email address craig@merciers.com, has that
07 ever been your email address?
08 A.Yes.
09 Q.Is there any reason why an email sent from
10 craig@merciers.com would not have been sent by you?
11 A.No.
12 Q.Nobody else had access to that email account?
13 A.No.
14 Q.Nobody else would send out emails on your behalf
15 from that account?
16 A.No.
17 Q.Okay.
18 And the date on this email is Thursday,
19 January 30th, 2014, at 5:59 p.m.
20 Do you see that?
21 A.Yeah, I do.
22 Q.And it was sent to Ron Karpanty.
23 Who is Ron Karpanty?
24 A.I don't know.
25 Q.Does Ron Karpanty have any affiliation with Rupp?

Craig Mercier
September 04, 2025

Page 18

01  A.I don't know.
02  Q.You sent the message to Ron.  Hi, Ron.  Did you
03  get me patent info, question mark, question mark.
04  Do you recall back in January of 2014 why you were
05  approaching somebody named Ron Karpanty about patent
06  info?
07  A.Not specific to this email.
08  Q.Okay.
09  Does this email refresh your recollection as to
10  whether there was any communication in January of 2014
11  about your patents?
12  A.I would assume there was, yes.
13  Q.How many patents do you --- are you an inventor
14  of?  You can ballpark it.  That's fine.
15  A.Ten.
16  Q.And you sold at least some of those patents to GEM
17  Products?
18  A.No, we got one.
19  Q.Did you sell other patents to GEM Products?
20  A.No.
21  Q.Sometimes referred to as continuations.
22  A.Yes, I did.
23  Q.Okay.
24  So there were --- you sold the parent patent and
25  the entire patent family to Rupp --- or to GEM

Page 19

01  Products?
02  A.Yes.
03  Q.What are the other patents that you are an
04  inventor on relate to?
05  A.Well, I don't think that's anything to do with
06  this.
07  Q.I just --- generally speaking, what do they relate
08  to?
09  A.My industry.
10  Q.Which is.
11  A.Vegetation maintenance, fishing, railroad.
12  Q.So do you have other patents relating to fishing?
13  Are you an inventor of other patents relating to
14  fishing?
15  A.No.
16  Q.So the patents that were sold to GEM Products,
17  those were the only patents that you are the inventor
18  on that relate to fishing?
19  A.Yes.
20  Q.You are listed here --- your title is CEO and
21  President, and then the website is merciers.com.
22  What is --- what company were you CEO and
23  President of?
24  A.Merciers, Incorporated.
25  Q.And what did Merciers, Incorporated do?

Page 20

01  A.Right-of-way maintenance.
02  Q.What is right-of-way maintenance?
03  A.Environmental, to keep the water flowing down the
04  highways properly alongside the railroads, vegetation,
05  so it didn't hit the plane and train.  Keep the water
06  from flooding out of the pond on the interstate
07  highways.
08  Q.Did you sell --- is Mercier's, Inc. still active
09  today?
10  A.It's been sold.
11  Q.Who did you sell it to?
12  A.D'Angelo Brothers, Incorporated.
13  Q.Do you have any other companies presently?
14  A.I do.
15  Q.And what is --- what are those companies?
16  A.Backwoods, Incorporated.
17  Q.And what does Backwoods, Incorporated do?
18  A.I'd say multitude of services.
19  Q.In what?
20  A.Ranging from ice machines to asphalt, fishing,
21  charter boat.
22  Q.What does Backwoods, Incorporated do relative to
23  fishing?
24  A.A charter boat.
25  Q.Meaning you take people out fishing?

Page 21

01  A.Yes.
02  Q.And are you the captain on that boat?
03  A.Sometimes, yes.
04  Q.What kind of boat do you use to take people
05  fishing?
06  A.57 Carolina Sport Fish.
07  Q.Do you use outriggers on that boat?
08  A.Yes.
09  Q.What kind of outriggers do you use on that boat?
10  A.Rupp.
11  Q.Do those outriggers on your 57 Carolina Sport Fish
12  have pulleys?
13  A.Yes.
14  Q.What kind of pulleys are on --- who makes the
15  pulleys that are attached to those outriggers?
16  A.I just bought the boat.  I don't know what pulleys
17  are on it.
18  Q.How long ago did you buy the boat?
19  A.Five months.
20  Q.Did you have any other boats before the 57
21  Carolina Sport Fish?
22  A.Yes.
23  Q.What kind of boat did you have before the 57
24  Carolina Sport Fish?
25  A.36 Concord.

Craig Mercier
September 04, 2025

Page 22

01  Q.Is that also a fishing boat?
02  A.Yes.
03  Q.Did the 36 Concord have outriggers on it?
04  A.Yes.
05  Q.What kind of outriggers were on the 36 Concord?
06  A.I don't remember.
07  Q.Do you remember if those outriggers had pulleys
08  attached to them?
09  A.They had pulleys attached to them.
10  Q.Do you recall the manufacturer of the pulleys?
11  A.No, I don't.
12  Q.Did you attach the pulleys to the outriggers?
13  A.Yes.
14  Q.You also mentioned that Backwoods, Incorporated
15  does things related to ice machines and asphalt.
16  At a high level, what do you mean when you say
17  that Backwoods, Incorporated does ice machines and
18  asphalt?
19  A.We do driveway and parking lot seal coating.  And
20  we have an ice house in Ocean City, Maryland.
21  Q.By having an ice house, does that --- do I infer
22  correctly that you stock ice machines?  You deliver
23  the ice to the ice machine?
24  A.No, it makes its own.
25  Q.Okay.

Page 23

01  The ice machine makes its own ice?
02  A.Yes.
03  Q.And you sell the machine that makes its own ice?
04  A.No, we sell to the public.
05  Q.But Backwoods, Incorporated is the entity that
06  sells the ice machines?
07  A.No, we purchase it.
08  Q.Are you --- are you a reseller of the ice
09  machines?
10  A.No.
11  Q.Okay.
12  Help me under ---.
13  A.We are an ice --- ice vendor.
14  Q.You are an ice vendor?
15  A.Yes.
16  Q.Okay.
17  So I --- I'm not familiar with the ice industry.
18  I'm just looking for a high level here.
19  A.We purchased a machine that makes its own ice and
20  we set it up on a piece of property in Ocean City.
21  And the campers and the fishermen pull up to it and
22  they buy bags of ice from it.
23  Q.Okay.
24  I think I understand.
25  Apart from Backwoods, Incorporated, do you have

Page 24

01  any other companies?
02  A.No.
03  Q.We didn't mention this at the beginning of the
04  deposition, but I'm going to try to take a break about
05  every hour or so.
06  A.All right.
07  Q.We're going to mark as the next exhibit Exhibit
08  302.  And this is Bates Number (RUPP-002355).
09                         ---
10  (Whereupon, Plaintiff's Exhibit 302,
11  Emails, (RUPP-002355-2356), was marked
12  for identification.)
13                         ---
14  BY ATTORNEY BROMAN:
15  Q.I'll put in front of you Exhibit 302.
16  A.Oh, these are old emails.
17  Q.If you could review --- this is on --- this has a
18  front and backside to it.
19  A.Excuse me.
20  Q.There's a --- the document that I put in front of
21  you has a front and backside to it.
22  A.Okay.
23  Q.If you could just review this string of emails.
24                         ---
25  (WHEREUPON, WITNESS REVIEWS DOCUMENT.)

Page 25

01                         ---
02  THE WITNESS:
03  Okay.
04  BY ATTORNEY BROMAN:
05  Q.So if you look on the backside of Exhibit 302,
06  Bates (RUPP-002356), you'll see that at the bottom it
07  starts with that email from January 30th, 2014 to Ron
08  Karpanty.
09  And that same email is the email shown in Exhibit
10  301?
11  A.Correct.
12  Q.Okay.
13  And Ron replied to you on January 30th.  And in
14  Exhibit 302 we can now see that Ron's email is
15  ron@ruppmarine.com.
16  You see that?
17  A.Yes.
18  Q.Does that refresh your recollection as to whether
19  Ron Karpanty has any affiliation with Rupp Marine?
20  A.Yes.
21  Q.And is this email chain of Exhibit 302 the
22  beginnings of your efforts to sell or license your
23  patent relating to pulleys that attach to outriggers
24  to Rupp Marine?
25  ATTORNEY LOCKTON:

Page 26

01 Object to form.
02 THE WITNESS:
03 Seems to be that way.
04 BY ATTORNEY BROMAN:
05 Q.Do you recall if you provided the patents to Rupp
06 Marine?
07 ATTORNEY LOCKTON:
08 Object to form.
09 THE WITNESS:
10 I don't remember.
11 BY ATTORNEY BROMAN:
12 Q.Okay.
13 Ron responded to you on February 3rd, 2014, asking
14 what type of arrangement you are hoping for regarding
15 your patent, and you respond. And he asks about
16 whether he could get a better understanding of your
17 intentions to help us determine if we should proceed
18 with gathering the pertinent information regarding the
19 patent itself.
20 In the email that you responded to or that you
21 responded in same day, February 3rd, 2014, said, I've
22 never given intentions any thought as I was going to
23 manufacture.
24 Does this email relate to the patent that you
25 applied for, for pulleys on outriggers?

Page 27

01 A.Yes.
02 Q.And you mentioned that your intent was --- you
03 hadn't given your intentions any thought because you
04 were going to manufacture it.
05 Did you have the manufacturing capabilities at the
06 time to manufacture the pulleys?
07 A.Yes.
08 Q.That was --- would that have been part of
09 Mercier's, Inc.?
10 A.Yes.
11 Q.You go on and you say, at this time, my intent is
12 to shut out the other two or three producers of the
13 pulley. If you know any of them, I would appreciate
14 any leads.
15 Did you approach any other manufacturers or
16 companies about purchasing or licensing your patent
17 for the pulleys?
18 A.Yes.
19 Q.What companies did you approach, if you remember?
20 A.I can remember one was Marlin.
21 Q.And did you end up reaching any sort of agreement
22 with Marlin?
23 A.No.
24 Q.Do you recall why not?
25 A.No.

Page 28

01 Q.How did the conversations with Ron Karpanty
02 proceed from here?
03 A.I don't remember.
04 Q.I am marking as Exhibit 303 (RUPP 2357). I
05 apologize. It looks like this is a double-sided copy.
06 So I'm marking 2358. That's what we're going to talk
07 about.
08 ---
09 (Whereupon, Plaintiff's Exhibit 303,
10 Email (RUPP-002358), was marked for
11 identification.)
12 ---
13 ATTORNEY MCHALE:
14 What exhibit number is that?
15 ATTORNEY BROMAN:
16 303.
17 BY ATTORNEY BROMAN:
18 Q.It looks like the conversation about your patents,
19 based on Exhibit 303, continued into 2015.
20 Does that sound familiar?
21 A.Yes.
22 Q.And at this time you are talking to Scott Rupp?
23 A.Yes.
24 Q.Was there a reason that you were talking with
25 Scott Rupp instead of Ron Karpanty at this point?

Page 29

01 A.I would imagine the situation escalated.
02 Q.You write to Jun Lee @rklpatlaw.com.
03 Is that Rosenberg, Klein & Lee?
04 A.Yes.
05 Q.And was Jun Lee one of the other attorneys that
06 was working for you?
07 A.Yes.
08 Q.At the --- in your April 30th, 2015 email to Jun
09 Lee you copied Scott Rupp and Mike Sears.
10 Who is Mike Sears, if you recall?
11 A.He was one of my managers.
12 Q.He worked for you?
13 A.Yes.
14 Q.And in Exhibit 303 you write, I have agreed to let
15 Scott Rupp, who is cc'd on this, to work out an
16 agreement to use the pulley patent for the sum of
17 5,000 per year.
18 Do you recall working out that agreement, where
19 Scott Rupp and/or Rupp Marine would pay you $5,000 a
20 year while you're working out an agreement to use the
21 pulley patent?
22 A.I ---.
23 ATTORNEY LOCKTON:
24 Object to form.
25 THE WITNESS:

Page 30

01  I do not recall.
02  BY ATTORNEY BROMAN:
03  Q.Did you ever receive any payments from Scott Rupp
04  or Rupp Marine?
05  A.No.
06  Q.You didn't receive any payments from Scott Rupp or
07  Rupp Marine relating to the patents?
08  A.Correct.
09  Q.And you didn't receive any payments from Scott
10  Rupp or Rupp Marine relating to anything else?
11  A.No.
12  Q.You have never received any type of financial
13  compensation or nonfinancial compensation from Scott
14  Rupp or anybody at Rupp Marine.
15  Is that correct?
16  A.That's correct.
17  Q.As Exhibit 304 I'm going to mark (RUPP 2287).  And
18  this goes through (RUPP-2328).
19              ---
20  (Whereupon, Plaintiff's Exhibit 304,
21  Emails, (RUPP-002287-2328), was marked
22  for identification.)
23              ---
24  BY ATTORNEY BROMAN:
25  Q.And you've had a chance to look through Exhibit

Page 31

01  304?
02  A.Yes.
03  Q.We're going back in time just a little bit
04  relative to Exhibit 303, but this email is from you to
05  Ron Karpanty on January 30th, 2014.
06  You see that?
07  A.Yes.
08  Q.Do you agree that on January 30th, 2014 you sent a
09  copy of your patent application, as allowed, ---
10  A.Yes.
11  Q.--- to Ron Karpanty?
12  ATTORNEY LOCKTON:
13  Object to form.
14  THE WITNESS:
15  Yes.
16  BY ATTORNEY BROMAN:
17  Q.And if we look at the back of the first page, so
18  (RUPP-2288), you'll notice the bottom page numbers I'm
19  referencing are in bold in the lower right.
20  A.Yes.
21  Q.Okay.
22  So on (RUPP-2288), this --- up at the top the
23  title is Outrigger Line Management System.
24  You agree with that?
25  A.Yes.

Page 32

01  Q.And there is an application number 12-726,695.
02  Do you agree with that?
03  A.Yes.
04  Q.And so based on Exhibit 304, as of January 30th,
05  2014, this as-allowed application, patent application
06  was sent to Ron Karpanty by yourself?
07  ATTORNEY LOCKTON:
08  Object to form.
09  THE WITNESS:
10  Yes.
11  BY ATTORNEY BROMAN:
12  Q.I'm going to mark as Exhibit 305 (RUPP-2329)
13  through (RUPP-2338).
14              ---
15  (Whereupon, Plaintiff's Exhibit 305,
16  Emails (RUPP-002329-2338), was marked
17  for identification.)
18              ---
19  BY ATTORNEY BROMAN:
20  Q.Exhibit 305 contains two emails, one from yourself
21  to Scott Rupp and the other from Scott Rupp to Ron
22  Karpanty.
23  Do you see that?
24  A.Yes.
25  Q.And those emails are dated May 19th, 2015 and

Page 33

01  May 20th, 2015 respectively.
02  Correct?
03  A.Yes.
04  Q.And attached to the email that Scott Rupp sends to
05  Ron Karpanty is a document, Patent License Agreement
06  draft, May 13th, 2015 DOCX.
07  Do you see that?
08  A.Yes.
09  Q.Do you agree that the document that follows this
10  first page, so now we're on (RUPP-2330) through
11  (RUPP-2338), is this the draft License Agreement that
12  was sent to Scott Rupp in May of 2015?
13  A.Yes.
14  Q.And in Section 3 of this agreement, which is on
15  (RUPP 2331), there is ---.  So it's titled
16  compensation.  And the draft term says that, in
17  consideration for the license granted hereunder,
18  Licensee agrees to pay Licensor a fixed annual license
19  licensing fee of $5,000, parentheses, the annual fee,
20  closed parentheses.
21  Do you see that?
22  A.Yes.
23  Q.And based on your earlier testimony, Rupp did not
24  pay an annual licensing fee of $5,000.
25  Correct?

Page 34

```
01  A. Yes.
02  Q. How did you arrive at the annual licensing fee of
03     $5,000?
04  A. I don't know, but it sure was cheap.
05  Q. Did you set that amount or did they set that ---
06     did Rupp set that amount?
07  A. I don't recollect.
08  Q. You do a lot of --- you have a lot of business
09     ventures?
10  A. I did at that time.  I had 300 employees.
11  Q. 300 employees from Merciers?
12  A. Yes.
13  Q. So based on your habits back in 2015, ---?
14  A. I would have negotiated this.
15  Q. Would you have been the person to offer the $5,000
16     or would you normally let your --- the person you're
17     negotiating with provide the opening offer?
18  A. I would have been the one.
19  Q. So based on your general practice at the time,
20     it's likely that you would have made the opening offer
21     of $5,000 to give to Scott Rupp?
22  A. Yes.
23  Q. And then in Section C you have in the event an
24     annual fee becomes past due there's a five-percent
25     interest rate added per month.
```

Page 35

```
01     You see that?
02  A. Yes.
03  Q. Was there any type of ongoing royalty payment that
04     you considered as part of this License Agreement?
05  ATTORNEY LOCKTON:
06     Object to form.
07  THE WITNESS:
08     I don't remember.
09  BY ATTORNEY BROMAN:
10  Q. If you go to the last page, 2338, it's on the ---
11     it's a back page.
12     Are you there?
13  A. Yes.
14  Q. That says Schedule A to License Agreement between
15     Craig Mercier and Rupp Marine, Inc.
16     Correct?
17  A. Correct.
18  Q. And here the license patents identify United
19     States Patent Number 8656632, issued February 25th,
20     2014 for outrigger line management system.
21     You see that?
22  A. Yes.
23  Q. And included in this definition of license
24     patents, you've also included a divisional
25     continuation or reissue that are based on the 632
```

Page 36

```
01     patent.
02     Correct?
03  A. Correct.
04  Q. When we get to licensed products, there are no
05     Rupp part numbers listed.  You have the --- what looks
06     like placeholders for Rupp to fill in.
07  ATTORNEY LOCKTON:
08     Object to form.  Will, I also want to
09     object because this document doesn't appear to be the
10     original that we sent.  It's missing highlighting,
11     so ---.
12  ATTORNEY BROMAN:
13     This is filled in.  This is black and
14     white.  I can ---.
15  ATTORNEY LOCKTON:
16     I know.  But the document that --- the
17     genuine document has highlighting in that section.
18  ATTORNEY BROMAN:
19     Noted.
20  ATTORNEY LOCKTON:
21     Okay.
22  BY ATTORNEY BROMAN:
23  Q. This Exhibit 305 has been printed in black and
24     white, which is why the highlighting does not appear.
25     You have Rupp part number CA- and there's some blanks
```

Page 37

```
01     there to be filled in.
02     Do you agree with that?
03  A. Yes.
04  Q. At the time that this License Agreement was sent
05     to Rupp Marine, did you know what parts Ruppp sold
06     that were to be covered under this License Agreement?
07  ATTORNEY LOCKTON:
08     Object to form.
09  THE WITNESS:
10     Could you say that again, please?
11  BY ATTORNEY BROMAN:
12  Q. Were you leaving it up to Rupp Marine to decide
13     what products were covered by your Licensing Agreement
14     or had there been a discussion with Rupp Marine where
15     specific products were identified?
16  A. I would only have to assume I left it up to them.
17  Q. Why would you assume that?
18  A. I can't make up their part numbers.
19  Q. Not the --- I'll --- I'll rephrase the question.
20     So you were going to let Rupp fill in the part numbers
21     that corresponded to the products that were to be
22     covered by this License Agreement.
23     Correct?
24  A. I don't recall.
25  Q. At the time this License Agreement was negotiated,
```

Craig Mercier
September 04, 2025

Page 38

01 were there Rupp products identified that were to be
02 covered by the patent and by the License Agreement?
03 ATTORNEY LOCKTON:
04 Object to form.
05 THE WITNESS:
06 I don't recall.
07 BY ATTORNEY BROMAN:
08 Q.Had you ever talked with Rupp about a specific
09 product?
10 A.Yes.
11 Q.That would be covered by the license?
12 A.Correct.
13 Q.So there was a specific product identified between
14 yourself and Rupp Marine that was to be covered by the
15 patent?
16 A.Yes.
17 ATTORNEY LOCKTON:
18 Object to form.
19 BY ATTORNEY BROMAN:
20 Q.And sitting here today, you cannot recall which
21 specific product that was?
22 A.Yes, I know what it was.
23 Q.Okay.
24 What was it?
25 A.It was a line management system.

Page 39

01 Q.And can you describe that a little bit more for
02 me, what you remember about Rupp's line management
03 system?
04 A.Well, it was what I invented for my lines
05 management system.  There was a single pulley, a
06 double, a triple that rigidly attached to the
07 outrigger with a screw or any other means of rigidly
08 affixing to the pole.
09 Q.And at the time, Rupp had a part that was a
10 single, double, triple pulley that rigidly affixed to
11 the outrigger?
12 ATTORONEY LOCKTON:
13 Object to form.
14 THE WITNESS:
15 I don't remember, but I would have to
16 say no.
17 BY ATTORNEY BROMAN:
18 Q.They had not created a part at that time?
19 A.At that time, no.
20 Q.They were intending to create that part.
21 Is that your understanding?
22 A.I don't know.
23 Q.Do you know one way or another if they had a part
24 that was a single, double or triple pulley cluster?
25 ATTORNEY LOCKTON:

Page 40

01 Object to form.
02 BY ATTORNEY BROMAN:
03 Q.Meaning, do you know for certain that they did or
04 for certain that they did not have a --- the pulleys
05 that you were describing as the line management
06 system?
07 A.They did not.
08 Q.They did not.
09 You know that for certain?
10 A.Yes.
11 Q.Why was it that Rupp part numbers were available
12 for Rupp to fill in this draft License Agreement ---
13 ATTORNEY LOCKTON:
14 Object to form.
15 BY ATTORNEY BROMAN:
16 Q.--- if they didn't have any parts?
17 A.I don't --- I don't recall.
18 ATTORNEY BROMAN:
19 Let's take a five-minute break.  We'll
20 go offline --- off the record, and I'll prepare some
21 additional exhibits for the next hour.
22 VIDEOGRAPHER:
23 Stand by.  We are off the record at
24 12:49.
25 OFF VIDEO

Page 41

01              ---
02 (WHEREUPON, A SHORT BREAK WAS TAKEN.)
03              ---
04 (Whereupon, Plaintiff's Exhibit 306,
05 Emails (RUPP-002363-2370), was marked
06 for identification.)
07              ---
08 ON VIDEO
09 VIDEOGRAPHER:
10 We are on the record at 12:58.
11 BY ATTORNEY BROMAN:
12 Q.Mr. Mercier, I'm putting in front of you what's
13 been marked as Exhibit 306.  This is (RUPP-2363)
14 through (RUPP-2370).  If you could take a look at this
15 document and let me know when you're done.
16              ---
17 (WHEREUPON, WITNESS REVIEWS DOCUMENT.)
18              ---
19 THE WITNESS:
20 Okay.
21 BY ATTORNEY BROMAN:
22 Q.So at the time of August 11th, 2015, which is the
23 date of the email from Michael Slavin to Jun Lee on
24 (RUPP-2363) you were still negotiating a License
25 Agreement with Rupp.

Craig Mercier
September 04, 2025

Page 42

01  Is that correct?
02  A.Yes.
03  Q.And Mr. Lee was your attorney?
04  A.Yes.
05  Q.And did you understand that Mr. Slavin was Rupp's
06  attorney?
07  A.It does ring a bell, yeah.  Oh, yeah.  Palm Beach.
08  Yes.
09  Q.And you mentioned that you reached out to a
10  company called Marlin as another potential licensee of
11  your patent.  And in Exhibit 306, on the first page,
12  Mr. Slavin writes in the second paragraph, at --- on
13  the end of the line, your reply is that the prior art
14  referenced, open parentheses, Malin, M-A-L-I-N, closed
15  parenthesis, lacks structural features recited in the
16  claim.  And it goes on from there.
17  Perhaps I misheard you, or maybe you misspoke, is
18  the company that you reached out to --- did you reach
19  out to Malin?
20  A.Yes.
21  Q.Okay.
22  A.Not Marlin.
23  Q.Okay.
24  And you don't recall why Malin did not agree to
25  some sort of a Licensing Agreement with you?

Page 43

01  A.No, I do not.
02  Q.The --- if you go towards the back of this exhibit
03  on page 2369, ---
04  A.Yes.
05  Q.--- it's a letter from Michael Slavin to a
06  gentleman named Brian Gilchrist.
07  Do you recall the name Brian Gilchrist?  Does that
08  mean anything to you?
09  A.I recall the name.
10  Q.Was Allen, Dyer, Doppelt + Gilchrist another
11  attorney that you used at some point?
12  A.I'm --- I think I was told I had to be represented
13  in the State of Florida by Jun Lee, but I could ---
14  that just kind of rings a bell, that I needed local
15  representation.  That's what it was.  Yeah.
16  Q.So Mr. Gilchrist was your local representation
17  down in Florida?  Do I understand that correctly?
18  A.Yeah, that's correct.
19  Q.Have you --- did you ever see this letter from
20  Michael Slavin dated November 3rd, 2017?
21  A.Well, I would have to --- I would have to say I
22  did, if I'm paying an attorney to do my work for me.
23  Q.Sitting here today, do you just --- does this look
24  familiar to you?
25  A.Yeah, it looks familiar.

Page 44

01  Q.Okay.
02  In the first paragraph, third line from the bottom
03  of the first paragraph, it says Rupp follows the
04  teachings of Malin, and the housings used by Rupp are
05  displaceable relative to the outrigger structure.
06  You see that?
07  A.Yes.
08  Q.Do you know what parts or what products Mr. Slavin
09  is referring to in this letter?
10  A.Give me a minute to read this, please.
11                        ---
12  (WHEREUPON, WITNESS REVIEWS DOCUMENT.)
13                        ---
14  THE WITNESS:
15  It's referring to the pulley.
16  BY ATTORNEY BROMAN:
17  Q.And was that a pulley that Rupp manufactured as of
18  November 18th, 2017?
19  A.I can't say.
20  Q.How long ago --- I get that this interaction
21  between Rupp and yourself occurred several years ago,
22  but it also went on for several years.  We looked at
23  the first document, Exhibit 301.  That began in ---
24  you know, that email was from January of 2014.  This
25  letter is from November of 2017.

Page 45

01  Was this negotiation for a patent license an
02  ongoing issue for you over almost four years?
03  A.Yes.
04  Q.And in those four years, did you ever identify a
05  product that Rupp sold that you felt was covered by
06  your patent?
07  ATTORNEY LOCKTON:
08  Object to form.
09  THE WITNESS:
10  Could you rephrase that?
11  BY ATTORNEY BROMAN:
12  Q.You are trying to --- you've been --- you were
13  trying to license your patent for almost four years.
14  A.Right.
15  Q.Right?
16  During that four-year period, did you ever
17  identify a product that Rupp sold that you said, this
18  is covered by my patent?
19  ATTORNEY LOCKTON:
20  Object to form.
21  THE WITNESS:
22  No.
23  BY ATTORNEY BROMAN:
24  Q.So to the best of your knowledge, Rupp was never
25  selling their pulley clusters before November 3rd,

Craig Mercier
September 04, 2025

Page 46

01  2017?
02  A.That's correct.
03  ATTORNEY LOCKTON:
04  Object to form.
05  BY ATTORNEY BROMAN:
06  Q.And if your memory --- I apologize.  If your
07  memory was not --- let's say it's not accurate, that
08  Rupp, indeed, was selling pulley clusters prior to
09  November 3rd, 2017, would you have identified those
10  pulleys clusters to Rupp?  If you saw them in a
11  catalog, would you have pointed them out?
12  A.Yes.
13  Q.And so it's possible, then, that the housings used
14  by Rupp that are displaceable relative to the
15  outrigger structure, which is referenced in Mr.
16  Slavin's letter, actually refer to a specific Rupp
17  product that you pointed out to Rupp and said this
18  product --- your product that you're selling would
19  infringe my patents? That's possible?
20  ATTORNEY LOCKTON:
21  Object to form.
22  THE WITNESS:
23  Correct.
24  BY ATTORNEY BROMAN:
25  Q.I mean, it's probably likely, given how long this

Page 47

01  went on?
02  ATTORNEY LOCKTON:
03  Object to form.
04  THE WITNESS:
05  Yeah.
06  BY ATTORNEY BROMAN:
07  Q.Does that refresh your recollection at all as to
08  whether there was any statements made to Rupp about a
09  specific product that would infringe your patent and
10  why they needed a license to produce that product?
11  ATTORNEY LOCKTON:
12  Object to form.
13  THE WITNESS:
14  Yeah.  They started to make a pulley
15  that was real similar to mine, but didn't quite fit
16  the bill, as I think back, because at first they had
17  nothing.  And then as years went by, they started to
18  make something, but wasn't as good as mine, but it did
19  something different.
20  I think it was on a --- it rocked side
21  to side.  It was like mine, but it tilted side to
22  side.  So they started to make something similar to
23  mine, but wasn't the same.
24  BY ATTORNEY BROMAN:
25  Q.And you would have pointed out that product that

Page 48

01  rocked side to side to Rupp ---
02  A.Yeah.
03  Q.--- and said, ---
04  ATTORNEY LOCKTON:
05  Object to form.
06  BY ATTORNEY BROMAN:
07  Q.--- this --- this product that you're making would
08  infringe my patent, and that's why you need a license?
09  ATTORNEY LOCKTON:
10  Object to form.
11  THE WITNESS:
12  I don't remember.
13  BY ATTORNEY BROMAN:
14  Q.Okay.
15  But there was a reason that you kept pushing them
16  for a license and kept this negotiation going?
17  A.Yes.
18  ATTORNEY LOCKTON:
19  Object to form.
20  BY ATTORONEY BROMAN:
21  Q.And in your business experience, if you didn't
22  sell a product that was covered by somebody else's
23  patent, there'd be no reason to engage in negotiations
24  for a patent license.
25  ATTORNEY LOCKTON:

Page 49

01  Object.
02  BY ATTORNEY BROMAN:
03  Q.Is that correct?
04  ATTORNEY LOCKTON:
05  Object to form.
06  THE WITNESS:
07  That's correct.
08  BY ATTORNEY BROMAN:
09  Q.So although your memory of that time may have
10  faded a little bit, it's likely that Rupp knew exactly
11  what products you thought infringed your patent?
12  ATTORNEY LOCKTON:
13  Object to form.
14  THE WITNESS:
15  Yes.
16  BY ATTORNEY BROMAN:
17  Q.As of November 3rd, 2017?
18  A.Yes.
19  Q.You mentioned there was a difference between your
20  product and the product that you're recalling from
21  Rupp, this side-to-side action?
22  A.Uh-huh.
23  Q.Is there a benefit to your rigid pulley over a
24  pulley that moves from side to side?
25  ATTORNEY LOCKTON:

Craig Mercier
September 04, 2025

Page 50

01  Object to form.
02  THE WITNESS:
03  Well, there's no need for side to side.
04  And I think that's why I got mad, because instead of
05  going with a normal good deal, he tried to go around
06  me and make a pulley just like mine that rocked side
07  to side, that had no purpose, because I was the
08  fisherman at the time.  I still am.  And the ones he
09  sells now are what I patented.
10  BY ATTORNEY BROMAN:
11  Q.The rigid ones?
12  A.Yes.
13  Q.Have you seen the ones he sells now?
14  A.Yeah.  I purchased some.
15  Q.When did you purchase them?
16  A.Years ago, when we were going to manufacture them.
17  Q.And when you purchased those pulleys, they did not
18  rock side to side?
19  A.No.
20  Q.Did you ever try to force them to rock side to
21  side?
22  A.It wouldn't work.  They were a single bolt.
23  Q.Is there any disadvantage to the pulley rocking
24  side to side?
25  ATTORNEY LOCKTON:

Page 51

01  Object to form.
02  THE WITNESS:
03  I can't answer that question, but
04  there's no advantage to it.
05  BY ATTORNEY BROMAN:
06  Q.When you are referring to the pulley that Rupp
07  sold that attached to the outrigger with a single
08  bolt, how did that attach to the outrigger exactly, if
09  you can recall?
10  A.The bolt went through the outrigger, which already
11  had a hole in the outrigger because Rupp had a fixed
12  eye bolt in their outrigger, and people would clip
13  little pulleys onto them in all kind of fashions.  And
14  it used to get on my nerves for years, fishing, when
15  my rigger line would swing and --- on a boat.
16  So that's how I got the idea.  So they were
17  selling the rigger that already had a hole through it.
18  Then they started selling a pulley with a bolt,
19  single, double or triple.
20  Q.And that --- how did that pulley --- that pulley
21  would attach to the bolt?
22  A.Yes.
23  Q.And that bolt would be put through the outrigger?
24  A.Yes.
25  Q.Did that bolt connect to parts of the outrigger?

Page 52

01  A.Yes.
02  Q.And when the pulley was attached to the outrigger,
03  it didn't rock side to side?
04  A.No.  It was at the spreader point.
05  Q.Do you know if Rupp still sells the pulley that
06  rocks side to side?
07  A.I haven't looked in a couple years.
08  Q.Was --- the product that Rupp was selling, the
09  pulleys that didn't move side to side, were those the
10  products that you were talking to Rupp about relative
11  to the License Agreement?
12  A.Could you say that again?
13  Q.There was a product that Rupp was making that you
14  thought infringed on your pulley --- or your patent,
15  which is why there was a discussion about a License
16  Agreement.
17  Is that correct?
18  ATTORNEY LOCKTON:
19  Object to form.
20  BY ATTORNEY BROMAN:
21  Q.Yes?
22  A.Correct.  Correct.
23  Q.And so the product that you felt that was
24  infringing on your patent, did that rock side to side
25  or did it get attached directly to the outrigger?

Page 53

01  A.Well, I know it rocked side to side for a while,
02  and then I believe he just started making my patent
03  with a fixed bolt.
04  Q.And this was during the time of the license
05  negotiations?
06  A.I can't say.  It was at the end.
07  Q.I'm going to mark as Exhibit 307 page 10 of the
08  Complaint.
09                     ---
10  (Whereupon, Plaintiff's Exhibit 307,
11  Page 10 of Complaint, was marked for
12  identification.)
13                     ---
14  BY ATTORNEY BROMAN:
15  Q.And the reason I'm doing this is to point out in
16  the --- I'll represent to you that the image shown on
17  page ten of the Complaint is an image taken from
18  Rupp's catalog.  We've been talking a lot about these
19  pulleys.
20  Do --- the pulleys that are shown in Exhibit 307
21  in these pictures, are those --- there's three pulleys
22  on the right side.
23  Are those the pulleys that you were aware of
24  during the License Agreement?
25  A.Yes.

Page 54

01 Q. So during the time that you were negotiating the
02 patent license, from January 30th of 2014 through
03 November 3rd, 2017, the pulleys that are shown here on
04 page ten in Exhibit 307 are the pulleys that Rupp was
05 making that you felt would be subject to the License
06 Agreement?
07 A. Yes.
08 Q. And you notified Rupp that these would be subject
09 to the License Agreement?
10 ATTORNEY LOCKTON:
11 Object to form.
12 THE WITNESS:
13 Yes.
14 BY ATTORNEY BROMAN:
15 Q. And Rupp knew that these particular pulleys were
16 subject to the License Agreement?
17 ATTORNEY LOCKTON:
18 Object to form.
19 THE WITNESS:
20 Correct.
21 BY ATTORNEY BROMAN:
22 Q. And Rupp knew that at least before November 3rd,
23 2017?
24 ATTORNEY LOCKTON:
25 Object to form.

Page 55

01 THE WITNESS:
02 That's correct. You should have showed
03 me this when we first started. It jogged my memory.
04 BY ATTORNEY BROMAN:
05 Q. I apologize. That was ---.
06 A. Hard to go back eight years.
07 Q. So tell me about the invention story. Tell me
08 about how you came up with the invention that you got
09 a patent on. You've already alluded to it a little
10 bit.
11 A. I've been fish --- I had a charter boat when I was
12 28 'til 35 years old. And I did my own rigging, of
13 course. And so things I didn't like, I would always
14 make different. I didn't understand why people didn't
15 make them with the fixed pulley instead of the ones in
16 the picture, Exhibit 307. Everybody had these little
17 swinging pulleys on their outriggers and your line
18 would get tangled up in them all the time. They hung
19 way off the outrigger, about that far (indicating).
20 So that's when I got the idea to make that pulley.
21 Q. And what process did you go through when you were
22 first designing the pulley that you patented?
23 A. The regular patent process with Jun Lee. We did a
24 patent search. There was nothing out there, so we
25 filed for patent.

Page 56

01 Q. Did you make prototypes of those pulleys? Did you
02 use the pulleys of the invention in your own fishing?
03 You came up with the idea.
04 A. Right.
05 Q. And so obviously, you know, you disclosed that in
06 the patent, how to make ---
07 A. Right.
08 Q. --- and all of that?
09 A. Right.
10 Q. Did you ever make a prototype of it to try and use
11 it yourself?
12 A. I don't believe so.
13 Q. I'll next mark as Exhibit 308 ---. This is
14 Exhibit A to the Complaint and is a copy of the
15 outrigger line management patent, U.S. Patent Number
16 8656632, and includes the Ex Parte Re-Examination
17 Certificate.
18                           ---
19 (Whereupon, Plaintiff's Exhibit 308,
20 Exhibit A to Complaint, was marked for
21 identification.)
22                           ---
23 BY ATTORNEY BROMAN:
24 Q. Mr. Mercier, this is the patent that you were
25 working to license with or license to Rupp Marine.

Page 57

01 Is that correct?
02 A. That's correct.
03 Q. And at the back page, the last page, there's this
04 Re-Exam --- Ex Parte Re-Examination Certificate.
05 You see that?
06 A. I do.
07 Q. Did you have any involvement with --- were you
08 aware of the --- strike that.
09 Were you aware of the Ex Parte Re-Exam?
10 A. I was.
11 Q. So you're --- you're a fisherman and you use
12 outriggers that have pulleys on them, right, on your
13 57 Carolina?
14 A. Yes.
15 Q. Can you describe for me how the outrigger is
16 rigged up with the --- there's halyard lines, I'm
17 aware, or rigging lines, depending on ---
18 A. Yes.
19 Q. --- what term you use.
20 Can you walk me through how that outrigger is set
21 up on your 57 Carolina?
22 A. You have three lines on your --- on your
23 outrigger. And the first one, short rigger, medium
24 rigger, long rigger. And the first pulley has three
25 sets of pulleys. The second pulley has two sets of

Craig Mercier
September 04, 2025

Page 58

01  pulleys.  That's your second rigger.  And the top line
02  long rigger's got one pulley.
03  Q.How do --- so what's the purpose of an outrigger
04  when you're fishing?
05  A.To get your line to a bigger spread.
06  Q.When you're referring to lines, you're talking
07  about lines coming from the fishing pole?
08  A.Yes.
09  Q.Teaser lines?
10  A.Yes.
11  Q.How do the lines from the fishing pole or the
12  teaser lines spread out on the outrigger?  How are
13  they connected to the outrigger, if they're connected?
14  A.They go through the pulley.
15  Q.The fishing line goes through the pulley?
16  A.No, the --- your main line goes through the
17  pulley.  There's a small clip that you put your
18  fishing line on.  When a fish hits it, it snaps out of
19  the clip.
20  Q.Could you use a --- an outrigger and your rigger
21  line without that clip or some other type of device on
22  the halyard --- on the rigging line?
23  A.You would have to have some device.
24  Q.You have to have something to release the line and
25  hold the line while you're ---?

Page 59

01  A.A rubber band, a metal clip.  They sell a lot of
02  different things for that.
03  Q.Could you use a pulley?
04  A.No.
05  Q.You couldn't use it.
06  Could you attach a --- so for a teaser lane ---
07  you know what I'm talking about when I say teaser
08  line?
09  A.Yeah.
10  Q.Does --- a teaser line, is that used to catch
11  fish?
12  A.No.
13  Q.How is a teaser line mounted to the boat,
14  typically?
15  A.It goes from the fishing reel through the
16  outrigger through some kind of hardware that will hold
17  the weight.  It could be 50, 60 pounds of weight.  And
18  then it hangs off the side of the boat.
19  Q.And the part that --- when you say it goes through
20  the outrigger, is that --- the teaser line is attached
21  to a rigging line?
22  A.The teaser line goes off your fishing reel on the
23  bridge, out through the pulley and hangs in the water.
24  Q.Okay.
25  So in --- in your, what you're describing right

Page 60

01  now, a teaser line would go through the outrigger
02  pulley?
03  A.Yes.
04  Q.Okay.
05  We looked at emails in some of these exhibits
06  earlier relating to the License Agreement.
07  A.Correct.
08  Q.Did you communicate with Rupp in any other way
09  outside of emails?  Did you text them, phone calls,
10  carrier pigeon?
11  A.Probably not if it was a legal issue.
12  Q.Would have gone through email?
13  A.Yeah.
14  Q.If there was an email that said, based on our
15  prior discussion --- and I think there is one in here,
16  so I won't --- this isn't a guessing game.
17  A.I think that was 2014.  303?
18  Q.303, yeah.  So in Exhibit 303, May 4, 2015, Scott
19  Rupp writes to you, says Craig, in our last
20  conversation, you mentioned a document would be
21  prepared by your attorney.
22  Do you recall --- and I'm not seeing in your email
23  to Jun Lee on April 30th --- I guess I do.  We'll work
24  on an agreement to use the pulleys.
25  Were there any conversations with Scott Rupp by

Page 61

01  telephone?
02  A.I don't know if I ever talked with Scott
03  personally.  Maybe one time.
04  Q.Did you ever talk to Ron Karpanty?
05  A.I can't say.  It looks --- apparently I have on
06  May 4th.  I think when it first started out, I was
07  just trying to sell my idea.
08  Q.And there was --- throughout all of these
09  negotiations, there was never a payment made by Rupp
10  to you?
11  A.No.
12  Q.Or to any of your companies?
13  A.No.
14  Q.And then there came a time when you did sell the
15  rights to your patent to a company called GEM
16  Products?
17  A.Yes.
18  Q.Can you describe how that happened?
19  A.I received a phone call from GEM and we negotiated
20  a price.  I think I applied for one more contingent on
21  my patent, and then we squared up.
22  Q.And was there only that one payment from GEM to
23  you?
24  A.I do believe so.
25  Q.Is it possible there might have been others?

Craig Mercier
September 04, 2025

Page 62

01  A.It could have been two, because --- yeah, there
02  was two payments.  One was for the --- what I had
03  filed and one if I filed another --- I had to get a
04  contingent patent or something like that.  And it was
05  a second payment, yeah.
06  Q.In Exhibit 306, I believe it is --- it could be
07  307.  It's 2363 to 2370.  306.
08  A.3 what?
09  Q.306.  I think you're looking ---.
10  A.You want 307?
11  Q.306.  2363 to 2370.
12  Do you recall how or why Michael Slavin got
13  involved in your negotiations with Rupp?
14  A.I do not recall, unless I read through these
15  emails and refresh my memory.
16  Q.Appears that most of these emails are ---
17  A.Yeah.
18  Q.--- between your attorney, Jun Lee, and Mr.
19  Slavin.
20  A.Yeah, he was Rupp's attorney.
21  Q.Normally --- so when you did your --- your
22  deposition last year as part of the eviction case, did
23  they go over your background and more personal
24  information at the beginning of the deposition?
25  A.I don't recall.

Page 63

01  Q.A lot of times the attorneys will cover the
02  personal information upfront.  And we got into a
03  little bit about your companies, but I'm going to ask
04  you some questions about yourself, so that I can have
05  a better understanding.
06  What is the highest level of education that you've
07  completed?
08  A.High school.
09  Q.And your fishing experience?  How long have you
10  been fishing?
11  A.Fifty (50), 45 years.
12  Q.You owned your company, Mercier, Inc.?
13  A.Yes.
14  Q.How long was that in business?
15  A.Thirty (30) years.
16  Q.Prior to Mercier, Inc., did you --- what was your
17  job?  What'd you do for a living?
18  A.Entrepreneur.
19  Q.Were you mainly working for yourself?
20  A.Yes.
21  Q.And were you working in the fishing industry at
22  all before Mercier, Inc.?
23  A.For Merciers, Inc.?
24  Q.Before that?
25  A.I was a fisherman.

Page 64

01  Q.Was that --- did you fish as --- for employment,
02  for money?
03  A.Not full time.  I made it here and there on boats.
04  Q.Were you more of a --- when we're talking about
05  fishing, I understand that there might be a difference
06  between sport fishing and commercial fishing.
07  A.Uh-huh.
08  Q.Does that sound right?  There's a difference
09  between those two?
10  A.Yeah, there's a difference.
11  Q.So prior to Mercier, Inc., when you're talking
12  about you --- or you did some fishing here and there,
13  was that sport fishing or commercial fishing?
14  A.Well, it was a charter boat, so I guess you would
15  say it was a business, which would make it commercial.
16  I had to have my licenses, my captain's licenses, all
17  my permits.
18  Q.Let's take a short break, and then I might be able
19  to wrap this up before two o'clock.
20  VIDEOGRAPHER:
21  Stand by.
22  THE WITNESS:
23  And then do you go next?
24  ATTORNEY LOCKTON:
25  If there are --- if there's anything

Page 65

01  that we need to talk about ---.
02  VIDEOGRAPHER:
03  Stand by.  We are off the record at
04  13:34.
05  OFF VIDEO
06             ---
07  (WHEREUPON, A SHORT BREAK WAS TAKEN.)
08             ---
09  ON VIDEO
10  VIDEOGRAPHER:
11  We are on the record at 13:40.
12  BY ATTORNEY BROMAN:
13  Q.Mr. Mercier, I just want to make sure that one
14  thing in the record is clear.
15  Between January 30th, 2014 and November 3rd, 2017,
16  ---
17  A.Uh-huh.
18  Q.--- you had a patent that this --- 632 patent,
19  which I believe ---
20  A.I did.
21  Q.--- is in 30 --- Exhibit 308.
22  You made Rupp aware of this patent during that
23  time?
24  A.I did.
25  Q.And you identified specific products to Rupp that

Page 66

01  you felt would be infringing your patent and therefore
02  subject to a License Agreement?
03  A.I ---.
04  ATTORNEY LOCKTON:
05  Object to form.
06  THE WITNESS:
07  I did.
08  ATTORNEY BROMAN:
09  No further questions.
10  ATTORNEY LOCKTON:
11  Let's go off the record.  I'm going to
12  take a break.
13  VIDEOGRAPHER:
14  Stand by.  We are off the record at
15  13:41.
16  OFF VIDEO
17                     ---
18  (WHEREUPON, A SHORT BREAK WAS TAKEN.)
19                     ---
20  ON VIDEO
21  VIDEOGRAPHER:
22  Stand by.  We are on the record at
23  14:13.
24                     ---
25                  EXAMINATION

Page 67

01                     ---
02  BY ATTORNEY LOCKTON:
03  Q.Good afternoon, Mr. Mercier.  My name is Andrew
04  Lockton.  I represent Rupp Marine, Inc.  I wanted to
05  follow up with some of the testimony that you just
06  gave to Mr. Broman here that we were just covering.
07  You testified a little while ago that if you notified
08  Rupp regarding this matter, it would have been by
09  email.
10  Is that right?
11  A.Yes.
12  Q.Mr. Broman showed you a number of emails that we
13  looked at today.
14  Correct?
15  A.Correct.
16  Q.And none of those emails that we looked at today
17  identified a Rupp product.
18  Correct?
19  ATTORNEY BROMAN:
20  Objection of form.
21  THE WITNESS:
22  An actual product that they were making?
23  BY ATTORNEY LOCKTON:
24  Q.Correct.
25  A.I don't know.

Page 68

01  Q.You have the emails in front of you here.
02  A.Yeah.  I figured you'd go there.  Identify an
03  actual product that they were making that was similar
04  to mine.
05  Q.That Rupp was making that you were notifying them
06  about with regard to this patent.
07  Did Mr. Broman highlight any products for you in
08  those emails?
09  A.No, he did not.
10  Q.When you were reviewing them, as he put them in
11  front of you, did you notice them identify any Rupp
12  product?
13  A.No, I did not.
14  Q.Okay.
15  Now, correct me if I'm wrong.  I believe you were
16  also served with a subpoena for documents.
17  Is that right?
18  A.Yes.
19  Q.And I think documents were being requested
20  originally for August 15, and there was probably ---
21  my understanding is that there was some communication
22  and they requested them.  They gave you extra time, to
23  August 18th.
24  Is that right?
25  ATTORNEY BROMAN:

Page 69

01  Objection to form.
02  THE WITNESS:
03  I don't recall.
04  BY ATTORNEY LOCKTON:
05  Q.Do you remember that they were asking you to
06  produce documents last month in August?
07  A.Yes.
08  Q.Did you produce any documents?
09  A.I have no documents.
10  Q.Okay.
11  Go back to --- I think you have it in front of
12  you, Plaintiff's Exhibit 306.
13  A.Four, five, three.  Yeah, I got it.
14  Q.You got it?
15  A.Yep.
16  Q.All right.
17  Now, when we were looking at this document before
18  you made a reference to Rupp started to make a pulley
19  that was real similar to yours, but it didn't really
20  fit the bill.
21  Do you remember that testimony?
22  A.I do.
23  Q.And as I understood it, and please correct me if
24  I'm wrong, as I understood it, your comment that it
25  didn't really fit the bill was based on the product

Craig Mercier
September 04, 2025

Page 70

01 was able to rock side to side and tilt side to side.
02 Is that right?
03 A.Yes.
04 Q.And that's why it was similar, but it wasn't the
05 same as yours?
06 A.Correct.
07 Q.If we look at this first page on Plaintiff's
08 Exhibit 306, the bottom number is (RUPP-002363), if I
09 direct you to the second paragraph in this email from
10 Michael Slavin to Jun Lee, you see the paragraph that
11 starts with this inquiry was presented to you?
12 A.Right.
13 Q.And I guess, actually, let me back up one line.
14 The last line of the first paragraph, it says upon
15 presentation of a license, our client made a good
16 faith inquiry as to what the license covered, which
17 they understand is based upon an interpretation of the
18 claims.
19 Do you see that?
20 A.Yes.
21 Q.And then it goes into the paragraph starting this
22 inquiry was presented to you.
23 Do you see the third sentence in that paragraph?
24 It references your replies that the prior art
25 referenced, open parentheses, Malin, close

Page 71

01 parentheses, lacks structural features recited in the
02 claims with varying degrees of specificity, period.
03 And the next sentence is, the distinction illustrated
04 was that the Malin device simply hooks onto a, quote,
05 outrigger eye, end quote, and is free to turn and tilt
06 with the cords as they guide relative to the outrigger
07 structure.
08 Do you see those sentences?
09 A.I do.
10 Q.Now, when you made the comment about Rupp's
11 product that rocks side to side and tilted side to
12 side, was that a product that was free to turn and
13 tilt with the cords?
14 A.Would it do what?
15 Q.Was it a product that was free to turn and tilt
16 with the cords?
17 ATTORNEY BROMAN:
18 Objection to form.
19 BY ATTORNEY LOCKTON:
20 Q.The product that you remember seeing.
21 A.No, it was free-swinging.  It would go all the way
22 in a circle.  It didn't tip side to side.
23 Q.I'm not asking about the Malin reference.  I'm
24 asking about the Rupp product that you said was
25 similar but didn't fit the bill that rocked side to

Page 72

01 side.
02 A.Right.
03 ATTORNEY BROMAN:
04 Objection to form.
05 BY ATTORNEY LOCKTON:
06 Q.That product, --
07 A.Right.
08 Q.--- the one that --- is that free to turn and
09 tilt?
10 ATTORNEY BROMAN:
11 Objection to form.
12 THE WITNESS:
13 Is the Marlin?
14 BY ATTORNEY LOCKTON:
15 Q.No, the Rupp product.
16 A.The one they made similar to mine would rock side
17 to side.
18 Q.And the one that could rock side to side, was it
19 free to turn and tilt with cords?
20 ATTORNEY BROMAN:
21 Objection to form.
22 THE WITNESS:
23 Yes.
24 BY ATTORNEY LOCKTON:
25 Q.Okay.

Page 73

01 I want to go to the last two pages in this
02 exhibit.  It's --- in fact, it's the second to last
03 page.  At the bottom it's 2369.  So now we're looking
04 back at that November 3rd, 2017 letter that we talked
05 about before.
06 Do you remember discussing this?
07 A.I do.
08 Q.Now, I'm looking in this first paragraph, Rupp --
09 and it's ---.  Let me see, one, two, the third
10 sentence, the second to last sentence of the first ---
11 well, I guess technically the second paragraph, first
12 paragraph being the one sentence, the opener.
13 But do you see the sentence Rupp follows the
14 teachings of Malin and the housings used by Rupp are
15 displaceable relative to the outrigger structure?
16 A.I do.
17 Q.And then at the bottom of the page, the last
18 paragraph, the last sentence on that page, Rupp's
19 housing is not a fixed angular orientation.  Rupp's
20 housings pivot on a polyaxial connection.
21 Do you see that?
22 A.I do.
23 Q.Is the --- is what's --- based on your
24 understanding, is the --- is this also a reference or
25 would it be a reference or a description of the

Craig Mercier
September 04, 2025

Page 74

01 product that you said was similar but didn't fit the
02 bill that rocked side to side?
03 ATTORNEY BROMAN:
04 Objection to form.
05 THE WITNESS:
06 Will you say that again?
07 BY ATTORNEY LOCKTON:
08 Q.Based on your reading of this ---
09 A.Right.
10 Q.--- and your knowledge of the product that you saw
11 that rocked side to side and tilted side to side, does
12 this sound like it's describing that product?
13 ATTORNEY BROMAN:
14 Objection to form.
15 BY ATTORNEY LOCKTON:
16 Q.Does it read that way?
17 A.Yes.
18 Q.Okay.
19 And so this is both in August of --- the opening
20 par --- email that we looked at was August of 2015 and
21 this letter is November of 2017.  And so, those ---
22 those both seem to reference the product that tilts
23 and rocks side to side.  You made a comment about
24 there was a different version of it that you saw.
25 Do you remember that?

Page 75

01 A.Yeah, it was a side-to-side version.
02 Q.And there was a version that you described as
03 bolting straight to the outrigger?
04 A.The one they were selling now.
05 Q.The one that they're selling now?
06 A.Yeah.
07 Q.Is it possible that you're misremembering the
08 timeline of how the product developed?
09 ATTORNEY BROMAN:
10 Objection to form.
11 THE WITNESS:
12 I don't believe so.
13 BY ATTORNEY LOCKTON:
14 Q.So if I were to represent to you that since August
15 --- or since the end of 2015, Rupp's pulley products
16 have always had this polyaxial connection that is
17 being described in the November letter, you don't
18 believe that's correct?  Is that your statement?
19 ATTORNEY BROMAN:
20 Objection to form.
21 THE WITNESS:
22 Well, I purchased some online years ago
23 and they were just one through bolt and it did not
24 rock side to side.
25 BY ATTORNEY LOCKTON:

Page 76

01 Q.Okay.
02 Do you remember when that was?
03 A.Well, it would have had to have been when this was
04 going on, because we purchased them and we bought them
05 from Rupp.
06 Q.Okay.
07 A.And they did not jump side to side.  We had a box
08 of them.
09 Q.So when you say this is going on, I noticed you're
10 tapping with your glasses on the email on the cover of
11 that exhibit.
12 Are you referencing the 2014, 2015 period of
13 time?
14 ATTORNEY BROMAN:
15 Objection to form.
16 THE WITNESS:
17 I'm not sure if it was '14 or '15 or
18 '17.
19 BY ATTORNEY LOCKTON:
20 Q.Okay.
21 So at one point along that period of time you
22 purchased the product and it just had a through bolt
23 that went through?
24 A.Yes.
25 Q.And at one point in time you saw the product that

Page 77

01 was able to rock side to side?
02 A.I never --- I saw it online.  But when I ordered
03 them from Rupp, they sent me the one that was
04 through-bolted.
05 Q.Okay.
06 But you're not --- but that you're not sure if it
07 was '14, '15, '16 or '17 when that happened?
08 A.Well, it was during litigation or during the
09 battle, so I would have to say it was '17.  It was
10 towards the end of this mess.
11 Q.Okay.
12 Now --- and you're --- am I correct that your
13 feeling is that the version of it that had a bolt that
14 goes straight into the pulley, that's what was covered
15 by your patent?
16 ATTORNEY BROMAN:
17 Objection to form.
18 THE WITNESS:
19 Yes.
20 BY ATTORNEY LOCKTON:
21 Q.And the version that would rock side to side
22 wasn't?
23 ATTORNEY BROMAN:
24 Objection to form.
25 THE WITNESS:

Craig Mercier
September 04, 2025

Page 78

01   It did have a single bolt through the
02   back of the outrigger.
03   BY ATTORNEY LOCKTON:
04   Q.And then it had a part that made it rock side to
05   side or tilt side to side?
06   A.Yeah, some kind of nut you tighten up on or
07   something.  I'm going back to '17 or --- '17 ---
08   2017, ---
09   Q.Uh-huh.
10   A.--- but I remember it had a through bolt and you
11   could tighten up on a nut on the front that would keep
12   it fixed.
13   Q.Oh, okay.
14   So it was something that it had a part, but you
15   had the ability to tighten something?
16   A.I do believe so, yeah.
17   Q.Okay.
18   I'm going to show you a couple other exhibits.
19   And if you bear with me, I'm going to get them out.
20   And we're going to mark these Defendant's Exhibit 8
21   and 9.
22   ATTORNEY LOCKTON:
23   Can you mark this Defendant's Exhibit 8,
24   please?
25                           ---

Page 79

01   Whereupon, Defendant's Exhibit 8, Emails
02   (RUPP-002353-2354), was marked for
03   identification.)
04                           ---
05   BY ATTORNEY LOCKTON:
06   Q.And then I'm going to give you one more, because
07   they are both related.
08   ATTORNEY LOCKTON:
09   Can we mark this one Defendant's Exhibit
10   9?
11                           ---
12   (Whereupon, Defendant's Exhibit 9,
13   Emails (RUPP-002349-2350), was marked
14   for identification.)
15                           ---
16   BY ATTORNEY LOCKTON:
17   Q.And Mr. Mercier, you have in front of you what's
18   been marked Defendant's Exhibit 8, which is an email
19   string.  And the Bates numbers on the bottom should
20   read (RUPP-002353) and the second page should read
21   (RUPP-002354).
22   Do you see that?
23   A.I do.
24   Q.And you should also have in front of you
25   Defendant's Exhibit 9, which is an email string.  And

Page 80

01   the first page should read (RUPP-002349) and the
02   second page (RUPP-002350).
03   Do you have that in front of you?
04   A.I do.
05   Q.All right.
06   At the beginning of the deposition, you made a
07   comment about you had communications with some other
08   companies.  We referred to one of them originally as
09   Marlin, then later on we referenced them and corrected
10   it as Malin.
11   Do you remember that?
12   A.I do.
13   Q.Now, when we look at these, if you can look at ---
14   this is Exhibit 8.  Halfway down the page there is ---
15   well, actually, it's the bottom of the page, there's
16   an email from you to Ron copying --- Ron Karpanty
17   copying Scott Rupp.  And it makes a statement in the
18   second sentence, at this time, my intent is to shut
19   out the two or three producers of the pulley.  If you
20   know any of them, I would appreciate any leads.
21   Do you see that?
22   A.I do.
23   Q.Are those the companies that you ended up in
24   discussions with that you referenced or are those
25   other companies?

Page 81

01   ATTORNEY BROMAN:
02   Objection to form.
03   THE WITNESS:
04   I don't remember.  All's I remember is
05   the one that I said was Marlin.  That was Mainline or
06   something.
07   BY ATTORNEY LOCKTON:
08   Q.Malin.
09   A.Malin.
10   Q.I believe --- well, I believe your testimony was
11   Malin.
12   A.Yeah.
13   Q.I don't know whether or not you believe that.
14   A.Right.
15   ATTORNEY BROMAN:
16   Objection to form.
17   BY ATTORNEY LOCKTON:
18   Q.Okay.
19   Do you remember communicating with these two or
20   three other producers?
21   A.I remember Malin.
22   Q.Remember Malin?
23   A.Yeah.
24   Q.Do you remember any of the other companies?
25   A.Harken.

Craig Mercier
September 04, 2025

Page 82

01  Q.Harken?
02  A.Yeah.
03  Q.Do you remember any of your communications with
04  Harken?
05  A.I don't.  I would just get on the phone and call
06  around.
07  Q.Okay.
08  If I direct you to Defendant's Exhibit 9, if we
09  look at the first page, (RUPP-002349), and we look at
10  this email from you, it's two-thirds of the way down.
11  It's dated April 18th of 2014.  It's to Scott Rupp.
12  Do you see that?
13  A.I do.
14  Q.If we look at --- well, first, can you read that
15  email to yourself just to refamiliarize yourself with
16  it?
17  A.Oh, yeah.
18                        ---
19  (WHEREUPON, WITNESS REVIEWS DOCUMENT.)
20                        ---
21  THE WITNESS:
22  Okay.
23  BY ATTORNEY LOCKTON:
24  Q.Do --- do you remember sending this email?
25  A.Yeah, I remember talking to Pipewelders Tower ---

Page 83

01  Q.Okay.
02  A.--- out of New Jersey.
03  Q.Pipewelders Tower out of New Jersey?
04  A.I think that's where they're from, New Jersey.
05  Q.I'm aware of a Pipewelders Marine in Fort
06  Lauderdale, Florida.
07  Could that be the same company?
08  A.I could be wrong.
09  Q.Okay.
10  A.I thought they were out of New Jersey.
11  Q.Okay.
12  Do you remember their product?
13  A.I do not.  I don't think they had a product.
14  Q.Oh.  Now, the sentence that I'm looking here at,
15  one, two, three --- the fourth sentence, the only
16  other manufacturer I know of is Pipewelder Tower.
17  A.I see that.
18  Q.Does this --- this seems to indicate that you
19  thought they were manufacturing at the time.
20  Am I misreading that?
21  ATTORNEY BROMAN:
22  Objection to form.
23  THE WITNESS:
24  Say that again, please.
25  BY ATTORNEY LOCKTON:

Page 84

01  Q.This --- the sentence and the preceding sentence,
02  in fact, seem to indicate that you believed that they
03  were manufacturing something, but they needed to stop
04  making ---.
05  ATTORNEY BROMAN:
06  Objection to form.
07  THE WITNESS:
08  By the look of the email, I would say
09  they had something, yeah.
10  BY ATTORNEY LOCKTON:
11  Q.Okay.
12  Do you remember ever seeing a --- an outrigger
13  pulley unit that bolted directly onto an outrigger
14  that was kind of stacked going away from the
15  outrigger?
16  ATTORNEY BROMAN:
17  Objection to form.
18  THE WITNESS:
19  I do not.
20  BY ATTORNEY LOCKTON:
21  Q.Now, after the statement about Pipewelders, the
22  next sentence is my pulley is a fixed pulley.  That's
23  what makes it different.
24  Do you see that?
25  A.I do.

Page 85

01  Q.And that's the difference that we were just
02  discussing a moment ago as to why the bolt-on is what
03  you --- when it has a bolt directly through it and
04  it's fixed, that's when it was practicing what you ---
05  what was in your patent?
06  A.Yes.
07  ATTORNEY BROMAN:
08  Objection to form.
09  BY ATTORNEY LOCKTON:
10  Q.And when it wasn't fixed, then it wasn't
11  practicing what was in your patent?
12  ATTORNEY BROMAN:
13  Objection to form.
14  THE WITNESS:
15  True.
16  BY ATTORNEY LOCKTON:
17  Q.Okay.
18  The last thing I just wanted touch on with you,
19  Mr. Mercier, if you look back at Plaintiff's Exhibit
20  308, it should be this one right here.  It's Exhibit A
21  to the First Amended Complaint in this action.  Now, I
22  recall there was some --- there was some testimony
23  that you gave Mr. Broman a little while ago.  You were
24  talking about emails from January 2014.
25  Do you remember that?

Craig Mercier
September 04, 2025

Page 86

01  A.I do.
02  Q.And I just want to --- if you look at the first
03  page of the patent, do you see at the top there's a
04  date of patent?
05  A.February 25th, 2014.
06  Q.And I just --- because it seemed like there was
07  some testimony that there was a patent in January of
08  2014. I just want to clarify, this patent issued in
09  February 2014.
10  Was --- is your ref --- is your comment in ---
11  about January of 2014 still a reference to this
12  patent, ---
13  ATTORNEY BROMAN:
14  Objection.
15  BY ATTORNEY LOCKTON:
16  Q.--- even though it wasn't issued at the time?
17  ATTORNEY BROMAN:
18  Objection to form.
19  THE WITNESS:
20  I can't recall.
21  BY ATTORNEY LOCKTON:
22  Q.Okay.
23  And if you look, it's kind of the second to last
24  page in this exhibit. Turn to the back. Because
25  they're double --- they're double-sided. It's

Page 87

01  actually the last piece of paper. We see that the
02  Re-Examination Certificate --- do you see when that
03  was issued, at the top?
04  A.'16.
05  Q.August 23rd of 2016?
06  A.Yes.
07  Q.Okay.
08  So these claims that are issued were in
09  August 23rd of 2016 based on the issuance of the
10  Re-Examination Certificate?
11  Correct?
12  A.Right.
13  ATTORNEY BROMAN:
14  Objection to form.
15  ATTORNEY LOCKTON:
16  If we could take just a moment break.
17  VIDEOGRAPHER:
18  Stand by.
19  THE WITNESS:
20  Just one minute.
21  VIDEOGRAPHER:
22  We are off the record at 14:36.
23  OFF VIDEO
24              ---
25  (WHEREUPON, A SHORT BREAK WAS TAKEN.)

Page 88

01              ---
02  ON VIDEO
03  VIDEOGRAPHER:
04  We are on the record at 14:38.
05  ATTORNEY LOCKTON:
06  Thank you, Mr. Mercier. I have nothing
07  further.
08  THE WITNESS:
09  Thank you.
10              ---
11          RE-EXAMINATION
12              ---
13  BY ATTORNEY BROMAN:
14  Q.I have --- I have just two follow-up questions.
15  Number one, are --- the emails that we looked at
16  today, are those all of the emails between yourself or
17  Mr. Lee and Rupp or Mr. Slavin?
18  A.I don't know.
19  Q.There could be more emails?
20  A.There could be.
21  Q.And you referenced that you thought Pipewelders
22  Tower was based in New Jersey.
23  Do you recall that?
24  A.Yeah.
25  Q.Is it possible that you were referring to Palm

Page 89

01  Beach Tower in New Jersey?
02  A.I don't know. It was 15 years ago.
03  ATTORNEY BROMAN:
04  No further questions.
05  ATTORNEY LOCKTON:
06  And nothing further from us.
07  VIDEOGRAPHER:
08  Stand by.
09  THE WITNESS:
10  All right.
11  VIDEOGRAPHER:
12  We are off the record at 14:39.
13              * * * * * * * *
14      VIDEOTAPED DEPOSITION CONCLUDED AT 2:39 P.M.
15              * * * * * * * *
16
17
18
19
20
21
22
23
24
25

Craig Mercier
September 04, 2025

01  STATE OF MARYLAND        )

02  COUNTY OF WASHINGTON     )

03

04                    CERTIFICATE

05  I, Erin Badstuebner, a Notary Public in and

06  for the State of Maryland, do hereby certify:

07  That the witness whose testimony appears in

08  the foregoing deposition, was duly sworn by me on said

09  date and that the transcribed deposition of said

10  witness is a true record of the testimony given by

11  said witness;

12  That the proceeding is herein recorded fully

13  and accurately;

14  That I am neither attorney nor counsel for,

15  nor related to any of the parties to the action in

16  which these depositions were taken, and further that I

17  am not a relative of any attorney or counsel employed

18  by the parties hereto, or financially interested in

19  this action.

20

21    Erin Badstuebner,

22                    Court Reporter

23

24

25

### Exhibits

EX 0008 Craig
 Mercier DEFT
 090425
  5:16 78:20,
  23 79:1,18
  80:14
EX 0009 Craig
 Mercier DEFT
 090425
  5:17 79:9,
  10,12,25
  82:8
EX 0301 Craig
 Mercier PLTF
 090425
  5:6 16:20,23
  25:9,10
  44:23
EX 0302 Craig
 Mercier PLTF
 090425
  5:7 24:7,8,
  10,15 25:5,
  14,21
EX 0303 Craig
 Mercier PLTF
 090425
  5:8 28:4,9,
  19 29:14
  31:4 60:18
EX 0304 Craig
 Mercier PLTF
 090425
  5:9 30:17,
  20,25 31:1
  32:4
EX 0305 Craig
 Mercier PLTF
 090425
  5:10 32:12,
  15,20 36:23
EX 0306 Craig
 Mercier PLTF
 090425
  5:11 41:4,13

42:11 62:6
69:12 70:8
EX 0307 Craig
 Mercier PLTF
 090425
  5:12 53:7,
  10,20 54:4
  55:16
EX 0308 Craig
 Mercier PLTF
 090425
  5:13 56:13,
  19 65:21
  85:19,20

---

### $

$5,000
  29:19 33:19,
  24 34:3,15,
  21

---

### (

(30)
  63:15
(50)
  63:11

---

### 1

10
  53:7,11
11th
  41:22
12-726,695
  32:1
12:02
  7:12
12:49
  40:24
12:58
  41:10
13:34
  65:4

13:40
  65:11
13:41
  66:15
13th
  33:6
14
  76:17 77:7
14:13
  66:23
14:36
  87:22
14:38
  88:4
14:39
  89:12
15
  68:20 76:17
  77:7 89:2
16
  77:7
16825
  8:1
17
  76:18 77:7,9
  78:7
18th
  68:23 82:11
19th
  32:25

---

### 2

2014
  17:19 18:4,
  10 25:7
  26:13,21
  31:5,8 32:5
  35:20 44:24
  54:2 60:17
  65:15 76:12
  82:11 85:24
  86:5,8,9,11
2015
  28:19 29:8
  32:25 33:1,
  6,12 34:13

41:22 60:18
74:20 75:15
76:12
2016
  87:5,9
2017
  43:20 44:18,
  25 46:1,9
  49:17 54:3,
  23 65:15
  73:4 74:21
  78:8
2025
  7:13
20th
  33:1
2287
  30:17
2331
  33:15
2338
  35:10
2357
  28:4
2358
  28:6
2363
  62:7,11
2369
  43:3 73:3
2370
  62:7,11
23rd
  87:5,9
25th
  35:19 86:5
28
  55:12
2:39
  89:14

---

### 3

3
  33:14
30

---

Craig Mercier
September 04, 2025

**300**
  65:21
  34:10
**301**
  16:20,23
  25:10 44:23
**302**
  24:8,10,15
  25:5,14,21
**303**
  28:4,9,16,19
  29:14 31:4
  60:17,18
**304**
  30:17,20
  31:1 32:4
**305**
  32:12,15,20
  36:23
**306**
  41:4,13
  42:11 62:6,7
  69:12 70:8
**307**
  53:7,10,20
  54:4 55:16
  62:7,10
**308**
  56:13,19
  65:21 85:20
**30th**
  17:19 25:7,
  13 29:8
  31:5,8 32:4
  54:2 60:23
  65:15
**35**
  55:12
**36**
  22:3,5
**3rd**
  26:13,21
  43:20 44:18
  45:25 46:9
  49:17 54:3,
  22 65:15
  73:4

**4**
**4**
  60:18
**45**
  63:11
**4th**
  7:13 61:6

**5**
**5,000**
  29:17
**50**
  59:17
**57**
  21:11,20,23
  57:13,21
**5:59**
  17:19

**6**
**60**
  59:17
**632**
  35:25 65:18

**7**
**77060**
  8:2

**8**
**8**
  78:20,23
  79:1,18
  80:14
**8656632**
  35:19 56:16

**9**
**9**
  78:21 79:10,
  12,25 82:8
**900**
  8:1

**@**
**@rklpatlaw.
com**
  29:2

**A**
**A.'16.**
  87:4
**A.---**
  78:10 83:2
**A.3**
  62:8
**A.36**
  21:25
**A.57**
  21:6
**A.a**
  20:24 59:1
**A.all**
  24:6
**A.and**
  76:7
**A.at**
  39:19
**A.backwoods**
  20:16
**A.because**
  12:11 14:11
**A.civil.**
  10:5
**A.correct.**
  9:15 25:11
  30:8 35:17
  36:3 38:12
  52:22 60:7

  67:15 70:6
**A.could**
  52:12
**A.d'angelo**
  20:12
**A.
entrepreneur.**
  63:18
**A.
environmental**
  20:3
**A.eviction.**
  10:7
**A.excuse**
  24:19
**A.fair.**
  10:23 11:7,
  12
**A.february**
  86:5
**A.fifty**
  63:11
**A.five**
  21:19
**A.for**
  63:23
**A.four**
  69:13
**A.give**
  44:10
**A.hard**
  55:6
**A.harken.**
  81:25
**A.he**
  29:11
**A.high**
  63:8
**A.i**
  10:10 13:24
  14:6 15:24
  16:3,17
  17:24 18:1,
  12 20:14
  21:16 22:6
  27:20 28:3
  29:1,22

34:4,7,10,
14,18 37:16,
18,24 39:22
40:17 43:9
44:19 52:7
53:6 56:12
57:6,10
60:17 61:2,
5,19,24
62:14,25
63:25 65:20,
24 66:3
67:25 69:9,
22 71:9
73:7,16,22
77:2 78:16
79:23 80:4,
12,22 81:21
82:5,13
83:4,8,10,
13,17 84:25
86:1 88:18
89:2
**A.i'd**
20:18
**A.i'm**
43:12
**A.i've**
55:11
**A.it**
12:21 14:19,
24 38:25
42:7 50:22
59:15 62:1
**A.it's**
20:10
**A.last**
10:2
**A.M-O-R-T.**
16:5
**A.malin.**
81:9
**A.merciers**
19:24
**A.mr.**
16:1
**A.my**

19:9
**A.no**
18:18 22:11,
24 23:4,7
43:1 58:16
68:9,13
71:21
**A.no.**
11:24 12:24
13:4,13
15:1,4,10,16
17:11,13,16
18:20 19:15
23:10 24:2
27:23,25
30:5,11
50:19 52:4
59:4,12
61:11,13
**A.not**
12:18 18:7
42:22 64:3
**A.oh**
24:16 82:17
**A.okay.**
24:22
**A.outrigger**
12:15
**A.probably**
60:11
**A.ranging**
20:20
**A.right-of-
way**
20:1
**A.right.**
45:14 56:4,
7,9 70:12
72:2,7 74:9
81:14 87:12
**A.rosenberg.**
16:8
**A.rupp.**
21:10
**A.sometimes**
21:3

**A.ten.**
18:15
**A.that**
12:6
**A.that's**
11:21 30:16
46:2 57:2
**A.the**
51:10 55:23
59:22 72:16
75:4
**A.there**
88:20
**A.they**
22:9 40:7
58:14
**A.thirty**
63:15
**A.to**
58:5
**A.uh-huh.**
49:22 64:7
65:17
**A.vegetation**
19:11
**A.we**
22:19 23:13,
19
**A.well**
15:20 19:5
39:4 43:21
53:1 64:14
76:3 77:8
**A.would**
71:14
**A.yeah**
17:21 43:18,
25 62:20
64:10 75:1
78:6 82:25
**A.yeah.**
48:2 50:14
59:9 60:13
62:17 68:2
75:6 81:12,
23 82:2
88:24

**A.years**
50:16
**A.yep.**
69:15
**A.yes**
18:22 38:22
**A.yes.**
9:24 10:12,
15 12:3
13:6,9 14:3
15:7 16:10,
12,14 17:8
19:2,19
21:1,8,13,22
22:2,4,13
23:2,15
25:17,20
27:1,7,10,18
28:21,23
29:4,7,13
31:2,7,10,
20,25 32:3,
24 33:3,8,
13,22 34:1,
12,22 35:2,
13,22 37:3
38:10,16
40:10 42:2,
4,20 43:4
44:7 45:3
46:12 48:17
49:18 50:12
51:22,24
52:1 53:25
54:7 57:14,
18 58:8,10
60:3 61:17
63:13,20
67:11 68:18
69:7 70:3,20
74:17 76:24
85:6 87:6
**A.you**
57:22 58:23
62:10
**ability**
78:15

Craig Mercier
September 04, 2025

able
  64:18 70:1
  77:1
access
  17:12
account
  17:12,15
accurate
  46:7
action
  8:3 49:21
  85:21
active
  20:8
actual
  67:22 68:3
added
  34:25
additional
  40:21
address
  17:5,6,7
advantage
  51:4
affiliation
  17:25 25:19
affixed
  39:10
affixing
  39:8
afternoon
  9:13 67:3
ago
  21:18 44:20,
  21 50:16
  67:7 75:22
  85:2,23 89:2
agree
  7:14 31:8,24
  32:2 33:9
  37:2 42:24
agreed
  7:3 29:14
agreement
  27:21 29:16,
  18,20 33:5,
  11,14 35:4,

14 37:4,6,
13,22,25
38:2 40:12
41:25 42:25
52:11,16
53:24 54:6,
9,16 60:6,24
66:2
agrees
  33:18
All's
  81:4
Allen
  43:10
allowed
  31:9
alluded
  55:9
alongside
  20:4
Amended
  85:21
amount
  34:5,6
and/or
  29:19
Andrew
  8:15 67:3
angular
  73:19
annual
  33:18,19,24
  34:2,24
answer
  11:4,8,18
  14:23 51:3
answering
  10:21
answers
  10:19
anybody
  30:14
Apart
  23:25
apologize
  28:5 46:6
  55:5

apparently
  61:5
appearances
  8:7
application
  31:9 32:1,5
applied
  26:25 61:20
appreciate
  27:13 80:20
approach
  13:22,24
  27:15,19
approached
  14:5 15:8,13
approaching
  18:5
April
  29:8 60:23
  82:11
area
  16:7
around
  50:5 82:6
arrangement
  26:14
arrive
  34:2
art
  42:13 70:24
as-allowed
  32:5
asking
  26:13 69:5
  71:23,24
asks
  26:15
asphalt
  20:20 22:15,
  18
associated
  12:22
assume
  11:9 18:12
  37:16,17
attach
  22:12 25:23

51:8,21 59:6
attached
  21:15 22:8,9
  33:4 39:6
  51:7 52:2,25
  59:20
attorney
  8:10,13,21,
  23 9:12,22
  10:11 13:17,
  19,21 14:20,
  22 16:18
  17:2 24:14
  25:4,25
  26:4,7,11
  28:13,15,17
  29:23 30:2,
  24 31:12,16
  32:7,11,19
  35:5,9 36:7,
  12,15,18,20,
  22 37:7,11
  38:3,7,17,19
  39:17,25
  40:2,13,15,
  18 41:11,21
  42:3,6
  43:11,22
  44:16 45:7,
  11,19,23
  46:3,5,20,24
  47:2,6,11,24
  48:4,6,9,13,
  18,25 49:2,
  4,8,12,16,25
  50:10,25
  51:5 52:18,
  20 53:14
  54:10,14,17,
  21,24 55:4
  56:23 60:21
  62:18,20
  64:24 65:12
  66:4,8,10
  67:2,19,23
  68:25 69:4
  71:17,19
  72:3,5,10,

Craig Mercier
September 04, 2025

```
14,20,24                background         14 17:14           10,12,18,21,
74:3,7,13,15             62:23             believe            23,25 53:3
75:9,13,19,            backside             13:14 14:11       75:23 76:22
25 76:14,19             24:18,21            16:17,19          77:13 78:1,
77:16,20,23             25:5               53:2 56:12         10 85:3
78:3,22               Backwoods            61:24 62:6        bolt-on
79:5,8,16               20:17,22           65:19 68:15        85:2
81:1,7,15,17            22:14,17           75:12,18          bolted
82:23 83:21,            23:5,25           78:16 81:10,        84:13
25 84:5,10,          Badstuebner           13               bolting
16,20 85:7,            8:5                believed            75:3
9,12,16              bags                  84:2              bottom
86:13,15,17,           23:22              bell                25:6 31:18
21 87:13,15          ballpark              42:7 43:14         44:2 70:8
88:5,13               18:14               benefit             73:3,17
89:3,5               Baltimore             49:23              79:19 80:15
attorney's             7:24               best               bought
15:25                band                 10:19 45:24        21:16 76:4
attorneys              59:1               better             box
15:22 16:16          based                 26:16 63:5         76:7
29:5 63:1              28:19 32:4         bigger             Bradley
ATTORONEY              33:23 34:13,        58:5               7:24
39:12 48:20           19 35:25           bill               break
Audio                 60:14 69:25          47:16 69:20,       24:4 40:19
7:13                  70:17 73:23         25 71:25            41:2 64:18
August                87:9 88:22          74:2               65:7 66:12,
41:22 68:20,         Bates                bit                18 87:16,25
23 69:6               16:21 17:4           31:3 39:1         Brian
74:19,20              24:8 25:6           49:10 55:10         43:6,7
75:14 87:9            79:19               63:3               bridge
available            battle               black               59:23
40:11                 77:9                 36:13,23          Broman
aware                Beach                blanks              8:10,11,21
14:15 53:23           42:7 89:1            36:25              9:12,18
57:8,9,17            bear                 boat                13:19,21
65:22 83:5            78:19                20:21,24           14:22 17:2
                     began                 21:2,4,7,9,        24:14 25:4
                      44:23                16,18,23           26:4,11
         B           begin                 22:1 51:15         28:15,17
                      10:21                55:11 59:13,       30:2,24
back                 beginning             18 64:14           31:16 32:11,
18:4 31:3,17          24:3 62:24          boats               19 35:9
34:13 35:11           80:6                 21:20 64:3         36:12,18,22
43:2 47:16           beginnings           bold                37:11 38:7,
55:6 57:3             25:22                31:19              19 39:17
69:11 70:13          behalf               bolt                40:2,15,18
73:4 78:2,7           7:25 8:6,11,         50:22 51:8,        41:11,21
85:19 86:24
```

44:16 45:11,
23 46:5,24
47:6,24
48:6,13,20
49:2,8,16
50:10 51:5
52:20 53:14
54:14,21
55:4 56:23
65:12 66:8
67:6,12,19
68:7,25
71:17 72:3,
10,20 74:3,
13 75:9,19
76:14 77:16,
23 81:1,15
83:21 84:5,
16 85:7,12,
23 86:13,17
87:13 88:13
89:3
**Brothers**
20:12
**business**
34:8 48:21
63:14 64:15
**buy**
21:18 23:22

---

**C**

**CA-**
36:25
**CA-0145**
14:25
**call**
61:19 82:5
**called**
9:6 13:5
42:10 61:15
**calls**
60:9
**campers**
23:21
**capabilities**
27:5

**captain**
21:2
**captain's**
64:16
**Carolina**
21:6,11,21,
24 57:13,21
**carrier**
60:10
**case**
10:3 12:1
62:22
**catalog**
46:11 53:18
**catch**
59:10
**cc'd**
29:15
**CEO**
19:20,22
**certain**
40:3,4,9
**Certificate**
56:17 57:4
87:2,10
**certification**
7:5
**cetera**
15:19
**chain**
25:21
**chance**
30:25
**charter**
20:21,24
55:11 64:14
**Chase**
8:1
**cheap**
34:4
**circle**
71:22
**circumstances**
15:11
**City**
22:20 23:20

**claim**
10:6 42:16
**claims**
70:18 71:2
87:8
**clarified**
9:19
**clarify**
86:8
**clarity**
14:4
**clear**
65:14
**client**
70:15
**clip**
51:12 58:17,
19,21 59:1
**close**
70:25
**closed**
33:20 42:14
**cluster**
39:24
**clusters**
45:25 46:8,
10
**coating**
22:19
**Columbia**
16:10,11
**come**
10:25
**comment**
69:24 71:10
74:23 80:7
86:10
**commercial**
64:6,13,15
**communicate**
60:8
**communicating**
81:19
**communication**
18:10 68:21

**communications**
80:7 82:3
**companies**
20:13,15
24:1 27:16,
19 61:12
63:3 80:8,
23,25 81:24
**company**
19:22 42:10,
18 61:15
63:12 83:7
**compensation**
30:13 33:16
**Complaint**
53:8,11,17
56:14,20
85:21
**completed**
63:7
**CONCLUDED**
89:14
**Concord**
21:25 22:3,5
**confusing**
11:2
**connect**
51:25
**connected**
58:13
**connection**
73:20 75:16
**consideration**
33:17
**considered**
35:4
**consult**
16:19
**contains**
32:20
**contingent**
61:20 62:4
**continuation**
35:25
**continuations**
18:21

Craig Mercier
September 04, 2025

continue
  7:14
continued
  28:19
conversation
  13:2 28:18
  60:20
conversations
  7:17 28:1
  60:25
copied
  29:9
copies
  8:19
copy
  28:5 31:9
  56:14
copying
  80:16,17
cords
  71:6,13,16
  72:19
correct
  9:14 13:16
  30:15,16
  33:2,25
  35:16 36:2
  37:23 42:1
  43:18 46:2,
  23 49:3,7
  52:17,22
  54:20 55:2
  57:1,2
  67:14,18
  68:15 69:23
  75:18 77:12
  87:11
corrected
  80:9
correctly
  11:19 22:22
  43:17
corresponded
  37:21
correspondenc
e
  13:25

counsel
  7:4,18 8:6,
  18
couple
  52:7 78:18
course
  55:13
Court
  7:20 8:5,8,
  16,25 10:14,
  16 11:14,18
cover
  63:1 76:10
covered
  14:17 37:6,
  13,22 38:2,
  11,14 45:5,
  18 48:22
  70:16 77:14
covering
  67:6
Craig
  7:18 9:5
  17:5 35:15
  60:19
craig@
merciers.com
  17:6,10
craig@
merciers.com.
  17:5
create
  39:20
created
  39:18

_____

            D

date
  15:15 17:18
  41:23 86:4
dated
  32:25 43:20
  82:11
day
  26:21

deal
  50:5
decide
  37:12
Defendant's
  78:20,23
  79:1,9,12,
  18,25 82:8
definition
  35:23
degrees
  71:2
deliver
  22:22
depending
  57:17
deposition
  9:19,23,25
  10:3,11,13
  13:8,10 24:4
  62:22,24
  80:6 89:14
describe
  39:1 57:15
  61:18
described
  75:2,17
describing
  40:5 59:25
  74:12
description
  73:25
designing
  55:22
determine
  26:17
developed
  75:8
device
  58:21,23
  71:4
difference
  49:19 64:5,
  8,10 85:1
different
  47:19 55:14
  59:2 74:24

  84:23
direct
  70:9 82:8
directly
  52:25 84:13
  85:3
disadvantage
  50:23
disclosed
  56:5
discussing
  73:6 85:2
discussion
  37:14 52:15
  60:15
discussions
  80:24
displaceable
  44:5 46:14
  73:15
distinction
  71:3
District
  7:20,21
divisional
  35:24
document
  16:21 17:3
  24:20,25
  33:5,9 36:9,
  16,17 41:15,
  17 44:12,23
  60:20 69:17
  82:19
documents
  68:16,19
  69:6,8,9
DOCX
  33:6
doing
  10:8,10
  53:15
Doppelt
  43:10
double
  39:6,10,24
  51:19 86:25

double-sided
28:5 86:25
draft
33:6,11,16
40:12
Drive
8:1
driveway
22:19
due
34:24
DULY
9:7
Dyer
43:10

**E**

earlier
33:23 60:6
Ed
8:15
education
63:6
efforts
25:22
eight
55:6
else's
48:22
email
16:24 17:4,
5,6,7,9,12,
18 18:7,9
25:7,9,14,21
26:20,24
28:10 29:8
31:4 33:4
41:23 44:24
60:12,14,22
67:9 70:9
74:20 76:10
79:18,25
80:16 82:10,
15,24 84:8
emails
8:19 17:14

24:11,16,23
30:21 32:16,
20,25 41:5
60:5,9
62:15,16
67:12,16
68:1,8 79:1,
13 85:24
88:15,16,19
employees
34:10,11
employment
64:1
end
27:21 42:13
53:6 71:5
75:15 77:10
ended
80:23
engage
48:23
enter
8:8
entire
18:25
entity
23:5
Erin
8:5
escalated
29:1
et
15:19
event
34:23
Everybody
55:16
evicted
10:9
eviction
10:8,10
62:22
Ex
56:16 57:4,9
exactly
49:10 51:8

**EXAMINATION**
9:10 66:25
exhibit
16:20,23
24:7,10,15
25:5,9,14,21
28:4,9,14,19
29:14 30:17,
20,25 31:4
32:4,12,15
36:23 41:4,
13 42:11
43:2 44:23
53:7,10,20
54:4 55:16
56:13,14,19,
20 60:18
62:6 65:21
69:12 70:8
73:2 76:11
78:20,23
79:1,9,12,
18,25 80:14
82:8 85:19,
20 86:24
exhibits
40:21 60:5
78:18
experience
48:21 63:9
extra
68:22
eye
51:12 71:5

**F**

fact
73:2 84:2
faded
49:10
fair
10:22 11:6,
11,20,21
faith
70:16

familiar
14:25 15:3
23:17 28:20
43:24,25
family
18:25
far
55:19
fashions
51:13
features
42:15 71:1
February
26:13,21
35:19 86:9
fee
33:19,24
34:2,24
feeling
77:13
felt
45:5 52:23
54:5 66:1
figure
12:10
figured
12:8 68:2
filed
7:20 55:25
62:3
filing
7:5
fill
36:6 37:20
40:12
filled
36:13 37:1
financial
30:12
financially
8:3
fine
18:14
finish
10:19,20
firm
16:13,16

**first**
9:7 15:8,13,
14 16:3
31:17 33:10
42:11 44:2,
3,23 47:16
55:3,22
57:23,24
61:6 70:7,14
73:8,10,11
80:1 82:9,14
85:21 86:2
**fish**
21:6,11,21,
24 55:11
58:18 59:11
64:1
**fisherman**
50:8 57:11
63:25
**fishermen**
23:21
**fishing**
19:11,12,14,
18 20:20,23,
25 21:5 22:1
51:14 56:2
58:4,7,11,
15,18 59:15,
22 63:9,10,
21 64:5,6,
12,13
**fit**
47:15 69:20,
25 71:25
74:1
**five**
69:13
**five-minute**
40:19
**five-percent**
34:24
**fixed**
33:18 51:11
53:3 55:15
73:19 78:12
84:22 85:4,
10

**flooding**
20:6
**Florida**
7:21 43:13,
17 83:6
**flowing**
20:3
**follow**
67:5
**follow-up**
88:14
**FOLLOWING**
9:6
**follows**
9:8 33:9
44:3 73:13
**force**
50:20
**form**
13:18 14:21
26:1,8 29:24
31:13 32:8
35:6 36:8
37:8 38:4,18
39:13 40:1,
14 45:8,20
46:4,21
47:3,12
48:5,10,19
49:5,13 50:1
51:1 52:19
54:11,18,25
66:5 67:20
69:1 71:18
72:4,11,21
74:4,14
75:10,20
76:15 77:17,
24 81:2,16
83:22 84:6,
17 85:8,13
86:18 87:14
**Fort**
83:5
**four**
45:2,4,13
**four-year**

45:16
**fourth**
83:15
**free**
71:5,12,15
72:8,19
**free-swinging**
71:21
**front**
17:3 24:15,
18,20,21
41:12 68:1,
11 69:11
78:11 79:17,
24 80:3
**full**
64:3

### G

**G-E-M**
7:19
**game**
60:16
**gathering**
26:18
**gave**
67:6 68:22
85:23
**GEM**
8:11 9:18,
20,22 12:6
18:16,19,25
19:16 61:15,
19,22
**GEM's**
12:6
**general**
34:19
**generally**
19:7
**gentleman**
43:6
**genuine**
36:17
**gestures**
11:15

**Gilchrist**
43:6,7,10,16
**give**
11:18 34:21
79:6
**given**
26:22 27:3
46:25
**glasses**
76:10
**goes**
30:18 42:16
58:15,16
59:15,19,22
70:21 77:14
**going**
16:20 24:4,7
26:22 27:4
28:6 30:17
31:3 32:12
37:20 48:16
50:5,16 53:7
63:3 66:11
76:4,9 78:7,
18,19,20
79:6 84:14
**good**
9:13 47:18
50:5 70:15
**granted**
15:18,21
33:17
**guess**
60:23 64:14
70:13 73:11
**guessing**
60:16
**guide**
71:6

### H

**habits**
34:13
**Halfway**
80:14

Craig Mercier
September 04, 2025

halyard
  57:16  58:22
hand
  9:3  11:15
hangs
  59:18,23
happened
  61:18  77:7
hardware
  59:16
Harken
  82:4
head
  11:15
held
  7:22
help
  23:12  26:17
helping
  15:22
hereunder
  33:17
high
  22:16  23:18
highest
  63:6
highlight
  68:7
highlighting
  36:10,17,24
highways
  20:4,7
hit
  20:5
hits
  58:18
hold
  58:25  59:16
hole
  51:11,17
Hollister
  8:12
hooks
  71:4
hoping
  26:14

hour
  24:5  40:21
house
  22:20,21
housing
  73:19
housings
  44:4  46:13
  73:14,20
Houston
  8:2
hung
  55:18

I

ice
  20:20  22:15,
  17,20,21,22,
  23  23:1,3,6,
  8,13,14,17,
  19,22
idea
  51:16  55:20
  56:3  61:7
identificatio
n
  16:25  24:12
  28:11  30:22
  32:17  41:6
  53:12  56:21
  79:3,14
identified
  37:15  38:1,
  13  46:9
  65:25  67:17
identify
  35:18  45:4,
  17  68:2,11
illustrated
  71:3
image
  53:16,17
imagine
  29:1
important
  10:17

included
  35:23,24
includes
  56:16
Incorporated
  19:24,25
  20:12,16,17,
  22  22:14,17
  23:5,25
indeed
  46:8
indicate
  83:18  84:2
indicating
  55:19
industry
  19:9  23:17
  63:21
infer
  22:21
info
  18:3,6
information
  26:18  62:24
  63:2
infringe
  46:19  47:9
  48:8
infringed
  49:11  52:14
infringing
  52:24  66:1
inquiry
  70:11,16,22
intended
  11:10
intending
  39:20
intent
  27:2,11
  80:18
intentions
  26:17,22
  27:3
interaction
  44:20

interest
  34:25
interested
  8:3
interpretatio
n
  70:17
interstate
  20:6
intertransact
ion
  15:23
invented
  39:4
invention
  55:7,8  56:2
inventor
  18:13  19:4,
  13,17
involved
  10:6  62:13
involvement
  57:7
issuance
  87:9
issue
  45:2  60:11
issued
  12:14  35:19
  86:8,16
  87:3,8
issues
  13:11

J

January
  17:19  18:4,
  10  25:7,13
  31:5,8  32:4
  44:24  54:2
  65:15  85:24
  86:7,11
Jersey
  83:2,3,4,10
  88:22  89:1

Craig Mercier
September 04, 2025

job
  63:17
jogged
  55:3
jump
  76:7
Jun
  29:2,5,8
  41:23 43:13
  55:23 60:23
  62:18 70:10

**K**

Karpanty
  17:22,23,25
  18:5 25:8,19
  28:1,25
  31:5,11
  32:6,22 33:5
  61:4 80:16
keep
  20:3,5 78:11
kept
  48:15,16
kind
  10:3 21:4,9,
  14,23 22:5
  43:14 51:13
  59:16 78:6
  84:14 86:23
Klein
  16:12 29:3
knew
  49:10 54:15,
  22
know
  12:13 16:2
  17:24 18:1
  21:16 27:13
  34:4 36:16
  37:5 38:22
  39:22,23
  40:3,9 41:15
  44:8,24 52:5
  53:1 56:5
  59:7 61:2

67:25 80:20
81:13 83:16
88:18 89:2
knowledge
  45:24 74:10

**L**

lacks
  42:15 71:1
lane
  59:6
Lauderdale
  83:6
law
  16:13
Leading
  13:1
leads
  27:14 80:20
leaving
  37:12
Lee
  16:12 29:2,
  3,5,9 41:23
  42:3 43:13
  55:23 60:23
  62:18 70:10
  88:17
left
  37:16
legal
  7:25 8:6
  60:11
letter
  14:7,9 43:5,
  19 44:9,25
  46:16 73:4
  74:21 75:17
level
  22:16 23:18
  63:6
license
  25:22 33:5,
  11,17,18
  35:4,14,18,
  23 37:4,6,

22,25 38:2,
11 40:12
41:24 45:1,
13 47:10
48:8,16,24
52:11,15
53:4,24
54:2,5,9,16
56:25 60:6
66:2 70:15,
16
licensed
  36:4
licensee
  33:18 42:10
licenses
  64:16
licensing
  13:23 14:1
  27:16 33:19,
  24 34:2
  37:13 42:25
Licensor
  33:18
line
  31:23 35:20
  38:25 39:2
  40:5 42:13
  44:2 51:15
  55:17 56:15
  58:1,5,15,
  16,18,21,22,
  24,25 59:8,
  10,13,20,21,
  22 60:1
  70:13,14
lines
  39:4 57:16,
  17,22 58:6,
  7,9,11,12
listed
  19:20 36:5
litigation
  13:3 77:8
little
  31:3 39:1
  49:10 51:13
  55:9,16 63:3

67:7 85:23
living
  63:17
LLC
  7:19 8:12
LLP
  8:12
local
  43:14,16
located
  7:23 8:1
Lockton
  8:13,15,23
  13:17 14:20
  25:25 26:7
  29:23 31:12
  32:7 35:5
  36:7,15,20
  37:7 38:3,17
  39:12,25
  40:13 45:7,
  19 46:3,20
  47:2,11
  48:4,9,18,25
  49:4,12,25
  50:25 52:18
  54:10,17,24
  64:24 66:4,
  10 67:2,4,23
  69:4 71:19
  72:5,14,24
  74:7,15
  75:13,25
  76:19 77:20
  78:3,22
  79:5,8,16
  81:7,17
  82:23 83:25
  84:10,20
  85:9,16
  86:15,21
  87:15 88:5
  89:5
logistics
  13:7,10
long
  21:18 44:20
  46:25 57:24

| | | | |
|---|---|---|---|
| 58:2 63:9,14 | 72:16 74:23 | **manufacturers** | 39:7 |
| **look** | 78:4 80:6 | 27:15 | **medium** |
| 25:5 30:25 | **main** | **manufacturing** | 57:23 |
| 31:17 41:14 | 58:16 | 27:5 83:19 | **memory** |
| 43:23 70:7 | **Mainline** | 84:3 | 46:6,7 49:9 |
| 80:13 82:9, | 81:5 | **Marine** | 55:3 62:15 |
| 14 84:8 | **maintenance** | 7:19 8:14 | **mention** |
| 85:19 86:2, | 19:11 20:1,2 | 13:22,23 | 24:3 |
| 23 | **make** | 14:1,2,10 | **mentioned** |
| **looked** | 12:7 14:13 | 25:19,24 | 13:11,14 |
| 44:22 52:7 | 37:18 47:14, | 26:6 29:19 | 22:14 27:2 |
| 60:5 67:13, | 18,22 50:6 | 30:4,7,10,14 | 42:9 49:19 |
| 16 74:20 | 55:14,15,20 | 35:15 37:5, | 60:20 |
| 88:15 | 56:1,6,10 | 12,14 38:14 | **Mercier** |
| **looking** | 64:15 65:13 | 56:25 67:4 | 7:18 9:2,5, |
| 23:18 62:9 | 69:18 | 83:5 | 13 17:5 |
| 69:17 73:3,8 | **makes** | **mark** | 35:15 41:12 |
| 83:14 | 21:14 22:24 | 16:20 18:3 | 56:24 63:12, |
| **looks** | 23:1,3,19 | 24:7 30:17 | 16,22 64:11 |
| 28:5,18 36:5 | 80:17 84:23 | 32:12 53:7 | 65:13 67:3 |
| 43:25 61:5 | **making** | 56:13 78:20, | 79:17 85:19 |
| **lot** | 12:7,11,13, | 23 79:9 | 88:6 |
| 22:19 34:8 | 18,20 14:16 | **marked** | **Mercier's** |
| 53:18 59:1 | 48:7 52:13 | 16:24 24:11 | 20:8 27:9 |
| 63:1 | 53:2 54:5 | 28:10 30:21 | **Merciers** |
| **lower** | 67:22 68:3,5 | 32:16 41:5, | 19:25 34:11 |
| 31:19 | 84:4 | 13 53:11 | 63:23 |
| **Loy** | **Malin** | 56:20 79:2, | **merciers.com.** |
| 7:24 | 42:14,19,24 | 13,18 | 19:21 |
| | 44:4 70:25 | **marking** | **mess** |
| | 71:4,23 | 28:4,6 | 77:10 |
| **M** | 73:14 80:10 | **Marlin** | **message** |
| | 81:11,21,22 | 27:20,22 | 18:2 |
| **M-A-L-I-N** | **management** | 42:10,22 | **metal** |
| 42:14 | 31:23 35:20 | 72:13 80:9 | 59:1 |
| **machine** | 38:25 39:2,5 | 81:5 | **Michael** |
| 22:23 23:1, | 40:5 56:15 | **Maryland** | 41:23 43:5, |
| 3,19 | **managers** | 7:24 16:7,11 | 20 62:12 |
| **machines** | 29:11 | 22:20 | 70:10 |
| 20:20 22:15, | **manufacture** | **matter** | **microphones** |
| 17,22 23:6,9 | 26:23 27:4,6 | 7:19 67:8 | 7:15 |
| **mad** | 50:16 | **Mchale** | **Mike** |
| 50:4 | **manufactured** | 8:15 28:13 | 29:9,10 |
| **made** | 44:17 | **mean** | **mine** |
| 34:20 47:8 | **manufacturer** | 22:16 43:8 | 14:14 47:15, |
| 61:9 64:3 | 22:10 83:16 | 46:25 | 18,21,23 |
| 65:22 69:18 | | **means** | 50:6 68:4 |
| 70:15 71:10 | | | |

72:16
**minute**
  44:10 87:20
**misheard**
  42:17
**misreading**
  83:20
**misrememberin
g**
  75:7
**missing**
  36:10
**misspoke**
  42:17
**moment**
  85:2 87:16
**money**
  64:2
**month**
  34:25 69:6
**months**
  21:19
**morning**
  9:13
**Mort**
  16:3
**mounted**
  59:13
**move**
  52:9
**moves**
  49:24
**multitude**
  20:18

---

**N**

**name**
  7:24 15:25
  16:2,3,13
  43:7,9 67:3
**named**
  18:5 43:6
**need**
  48:8 50:3
  65:1

**needed**
  43:14 47:10
  84:3
**negotiated**
  34:14 37:25
  61:19
**negotiating**
  34:17 41:24
  54:1
**negotiation**
  45:1 48:16
**negotiations**
  48:23 53:5
  61:9 62:13
**nerves**
  51:14
**never**
  26:22 30:12
  45:24 61:9
  77:2
**nods**
  11:15
**noncompete**
  14:7
**nonfinancial**
  30:13
**nonverbal**
  11:16
**normal**
  50:5
**North**
  8:1
**note**
  7:15
**Noted**
  36:19
**notice**
  31:18 68:11
**noticed**
  76:9
**notified**
  54:8 67:7
**notifying**
  68:5
**November**
  43:20 44:18,
  25 45:25

46:9 49:17
54:3,22
65:15 73:4
74:21 75:17
**nuh-huhs**
  11:15
**number**
  12:22 14:25
  24:8 28:14
  32:1 35:19
  36:25 56:15
  67:12 70:8
  88:15
**numbered**
  16:21
**numbers**
  15:2 31:18
  36:5 37:18,
  20 40:11
  79:19
**nut**
  78:6,11

---

**O**

**object**
  13:18 14:21
  26:1,8 29:24
  31:13 32:8
  35:6 36:8,9
  37:8 38:4,18
  39:13 40:1,
  14 45:8,20
  46:4,21
  47:3,12
  48:5,10,19
  49:1,5,13
  50:1 51:1
  52:19 54:11,
  18,25 66:5
**Objection**
  67:20 69:1
  71:18 72:4,
  11,21 74:4,
  14 75:10,20
  76:15 77:17,
  24 81:2,16
  83:22 84:6,

17 85:8,13
86:14,18
87:14
**obviously**
  56:5
**occasion**
  13:5
**occurred**
  44:21
**Ocean**
  22:20 23:20
**offer**
  34:15,17,20
**offline**
  40:20
**okay**
  8:17 9:1
  25:3 36:21
  41:20 78:13
  82:22
**one**
  7:23 12:18
  18:18 27:20
  29:5,11
  32:20 34:18
  39:23 57:23
  58:2 60:15
  61:3,20,22
  62:2,3 65:13
  70:13 72:8,
  16,18 73:9,
  12 75:4,5,23
  76:21,25
  77:3 79:6,9
  80:8 81:5
  83:15 85:20
  87:20 88:15
**ones**
  50:8,11,13
  55:15
**ongoing**
  35:3 45:2
**online**
  75:22 77:2
**open**
  42:14 70:25

opener
  73:12
opening
  34:17,20
  74:19
ordered
  77:2
orientation
  73:19
original
  36:10
originally
  68:20 80:8
outcome
  8:4
outrigger
  12:17,21
  31:23 35:20
  39:7,11 44:5
  46:15 51:7,
  8,10,11,12,
  23,25 52:2,
  25 55:19
  56:15 57:15,
  20,23 58:3,
  12,13,20
  59:16,20
  60:1 71:5,6
  73:15 75:3
  78:2 84:12,
  13,15
outriggers
  21:7,9,11,15
  22:3,5,7,12
  25:23 26:25
  55:17 57:12
outside
  60:9
owned
  63:12
owner
  16:5

_____
        P
_____

p.m.
  17:19 89:14

page
  31:17,18
  33:10 35:10,
  11 42:11
  43:3 53:7,
  11,17 54:4
  57:3 70:7
  73:3,17,18
  79:20 80:1,
  2,14,15 82:9
  86:3,24
pages
  73:1
Palm
  42:7 88:25
paper
  87:1
par
  74:20
paragraph
  42:12 44:2,3
  70:9,10,14,
  21,23 73:8,
  11,12,18
parent
  18:24
parentheses
  33:19,20
  42:14 70:25
  71:1
parenthesis
  42:15
parking
  22:19
part
  12:22 14:13,
  25 15:2 27:8
  35:4 36:5,25
  37:18,20
  39:9,18,20,
  23 40:11
  59:19 62:22
  78:4,14
Parte
  56:16 57:4,9
particular
  54:15

parties
  7:4,14
parts
  37:5 40:16
  44:8 51:25
party
  8:2
past
  34:24
patent
  9:20 12:6,
  11,14 13:15,
  23 14:1,13,
  17,18 15:9,
  12,17,18,21
  18:3,5,24,25
  25:23 26:15,
  19,24 27:16
  29:16,21
  31:9 32:5
  33:5 35:19
  36:1 38:2,15
  42:11 45:1,
  6,13,18 47:9
  48:8,23,24
  49:11 52:14,
  24 53:2 54:2
  55:9,23,24,
  25 56:6,15,
  24 61:15,21
  62:4 65:18,
  22 66:1 68:6
  77:15 85:5,
  11 86:3,4,7,
  8,12
patented
  50:9 55:22
patents
  18:11,13,16,
  19 19:3,12,
  13,16,17
  26:5 28:18
  30:7 35:18,
  24 46:19
pay
  29:19 33:18,
  24

paying
  43:22
payment
  35:3 61:9,22
  62:5
payments
  30:3,6,9
  62:2
people
  20:25 21:4
  51:12 55:14
period
  45:16 71:2
  76:12,21
permits
  64:17
person
  34:15,16
personal
  13:11 62:23
  63:2
personally
  61:3
pertinent
  26:18
phone
  9:18 13:7
  60:9 61:19
  82:5
pick
  7:16
picture
  15:5 55:16
pictures
  53:21
piece
  23:20 87:1
pigeon
  60:10
Pipewelder
  83:16
Pipewelders
  82:25 83:5
  84:21 88:21
pivot
  73:20

Craig Mercier
September 04, 2025

place
  7:14
placeholders
  36:6
Plaintiff
  7:18 8:11
Plaintiff's
  16:20,23
  24:10 28:9
  30:20 32:15
  41:4 53:10
  56:19 69:12
  70:7 85:19
plane
  20:5
please
  7:15 9:3
  11:4 37:10
  44:10 69:23
  78:24 83:24
point
  28:25 43:11
  52:4 53:15
  76:21,25
pointed
  46:11,17
  47:25
pole
  39:8 58:7,11
polyaxial
  73:20 75:16
pond
  20:6
possible
  46:13,19
  61:25 75:7
  88:25
potential
  15:23 42:10
pounds
  59:17
practice
  34:19
practicing
  85:4,11
Pratt
  7:23

preceding
  84:1
prepare
  40:20
prepared
  60:21
present
  10:14,16
presentation
  70:15
presented
  70:11,23
presently
  20:13
President
  19:21,23
price
  61:20
printed
  36:23
prior
  42:13 46:8
  60:15 64:11
  70:24
private
  7:16
probably
  46:25 68:20
proceed
  26:17 28:2
proceeding
  7:17,22 9:6
proceedings
  8:8
process
  15:17 55:21,
  23
produce
  47:10 69:6,8
producers
  27:12 80:19
  81:20
product
  12:7,13
  14:11,16
  15:5 38:9,
  13,21 45:5,

17 46:17,18
47:9,10,25
48:7,22
49:20 52:8,
13,23 67:17,
22 68:3,12
69:25 71:11,
12,15,20,24
72:6,15
74:1,10,12,
22 75:8
76:22,25
83:12,13
products
  7:19 8:12
  9:18,21,22
  18:17,19
  19:1,16 36:4
  37:13,15,21
  38:1 44:8
  49:11 52:10
  61:16 65:25
  68:7 75:15
pronunciation
  9:14
properly
  11:1 20:4
property
  23:20
prototype
  56:10
prototypes
  56:1
provide
  34:17
provided
  8:19 26:5
public
  23:4
published
  15:19
pull
  23:21
pulley
  12:21,23
  27:13 29:16,
  21 39:5,10,

24 44:15,17
45:25 46:8
47:14 49:23,
24 50:6,23
51:6,18,20
52:2,5,14
55:15,20,22
57:24,25
58:2,14,15,
17 59:3,23
60:2 69:18
75:15 77:14
80:19 84:13,
22
pulleys
  12:15,17
  21:12,14,15,
  16 22:7,9,
  10,12 25:23
  26:25 27:6,
  17 40:4
  46:10 50:17
  51:13 52:9
  53:19,20,21,
  23 54:3,4,15
  55:17 56:1,2
  57:12,25
  58:1 60:24
purchase
  23:7 50:15
purchased
  23:19 50:14,
  17 75:22
  76:4,22
purchasing
  13:23 27:16
purpose
  50:7 58:3
pushing
  48:15
put
  24:15,20
  51:23 58:17
  68:10
putting
  17:3 41:12

Craig Mercier
September 04, 2025

**Q**

Q.---
  31:11 40:16
  43:5 48:3,7
  56:8 57:19
  62:18 65:18,
  21 72:8
  74:10 86:16
Q.300
  34:11
Q.303
  60:18
Q.306.
  62:9,11
Q.a
  63:1
Q.all
  69:16 80:5
Q.and
  9:25 10:3
  11:8 14:4
  16:11 17:22
  18:16 19:25
  20:15,17
  21:2 23:3
  25:21 27:2,
  21 28:22
  29:5,14
  30:9,25
  31:17 32:1,
  4,25 33:4,
  14,23 34:23
  35:18,23
  38:20 39:1,9
  42:3,5,9
  44:17 45:4
  46:6,13
  47:25 48:21
  50:17 51:20,
  23 52:2,23
  53:4,15
  54:8,15,22
  55:21 56:5
  57:3 59:19
  61:8,14,22
  63:9,21

  65:25 67:16
  68:19 69:23
  70:4,13,21
  72:18 73:17
  75:2 76:25
  77:21 78:4
  79:6,17,24
  85:1,10
  86:2,6 88:21
Q.apart
  13:10
Q.appears
  62:16
Q.are
  23:8 80:23
Q.as
  30:17 49:17
Q.at
  29:8 37:4,25
Q.august
  87:5
Q.based
  74:8
Q.before
  63:24
Q.but
  23:5
Q.by
  22:21
Q.can
  57:15 61:18
Q.correct.
  67:24
Q.could
  58:20 59:3
Q.did
  10:11 13:22
  15:22 16:15
  18:19 20:8
  21:20 22:3,
  12 30:3 34:5
  50:20 51:25
  56:1,10 57:7
  60:8 61:4
  69:8
Q.do
  12:13,16,22

  13:25 14:15
  15:8,11,17
  16:2 20:13
  21:7,11
  22:7,10 26:5
  27:24 31:8
  33:9 39:23
  44:8 52:5
  69:5 81:24
  82:3,24
Q.does
  14:25 17:25
  25:18 47:7
  59:10 64:8
  74:16 83:18
Q.exhibit
  32:20
Q.good
  9:13 67:3
Q.had
  38:8
Q.harken
  82:1
Q.have
  43:19 50:13
Q.he
  29:12
Q.how
  18:13 21:18
  28:1 34:2
  44:20 58:3,
  11 59:13
  63:14
Q.i
  13:5,14 19:7
  28:4 46:25
  55:5 81:10,
  13 88:14
Q.i'll
  24:15 56:13
Q.i'm
  16:20 17:3
  32:12 53:7
  71:23 83:5
Q.if
  15:2,5
  24:17,23

  35:10 60:14
  70:7 82:14
Q.in
  20:19 62:6
Q.is
  11:22 16:13
  17:9 22:1
  49:3,23
  50:23 61:25
  73:23 75:7
  88:25
Q.it
  28:18
Q.let's
  64:18
Q.malin.
  81:8
Q.meaning
  20:25 40:3
Q.mort
  16:4
Q.mr.
  41:12 56:24
  65:13 67:12
Q.no
  72:15
Q.nobody
  17:12,14
Q.normally
  62:21
Q.not
  37:19
Q.now
  71:10 73:8
  80:13 84:21
Q.oh
  78:13
Q.oh.
  83:14
Q.okay.
  9:16 10:24
  11:13,25
  12:9,25 14:8
  16:6 17:17
  18:8,23
  22:25 23:11,
  16,23 25:12

Craig Mercier
September 04, 2025

26:12 31:21
38:23 42:21,
23 44:1
48:14 59:24
60:4 68:14
69:10 72:25
74:18 76:1,
6,20 77:5,11
78:17 81:18
82:7 83:1,9,
11 84:11
85:17 86:22
87:7
Q.or
   61:12
Q.pipewelders
   83:3
Q.prior
   63:16
Q.remember
   81:22
Q.right
   45:15
Q.rosenberg.
   16:9
Q.sitting
   43:23
Q.so
   10:13 19:12,
   16 25:5
   34:13,19
   38:13 41:22
   43:16 45:24
   49:9 54:1
   55:7 57:11
   64:11 75:14
   76:9
Q.sometimes
   18:21
Q.teaser
   58:9
Q.that
   27:8 35:14
   38:11 68:5
   72:6
Q.the
   43:2 50:11

58:15 71:20
75:5
Q.there
   52:13 88:19
Q.there's
   10:16 24:20
Q.they
   39:18,20
   40:8
Q.this
   36:23 84:1
Q.uh-huh.
   78:9
Q.was
   28:24 35:3
   43:10 52:8
   64:1 71:15
Q.we
   13:7 24:3
Q.we're
   24:7 31:3
Q.were
   10:8 37:12
   63:19 64:4
Q.what
   10:6 12:4
   15:25 19:3
   20:2,22
   21:4,9,14,23
   22:5 27:19
Q.when
   36:4 50:15
   51:6 58:6
   68:10
Q.which
   19:10
Q.who
   20:11
Q.why
   37:17 40:11
Q.would
   34:15 60:12
Q.yes
   52:21
Q.you
   12:19 14:23
   18:2 19:20

22:14 23:14
27:11 29:2
30:6,12 34:8
45:12 49:19
58:24 59:5
63:12 68:1
69:14
question
   10:25 11:3,
   5,8,9 15:14
   18:3 37:19
   51:3
questions
   10:20 63:4
   66:9 88:14
   89:4
quick
   8:18
quite
   47:15
quote
   71:4,5

_____

R

_____

railroad
   19:11
railroads
   20:4
raise
   9:3
rate
   34:25
Re-exam
   57:4,9
Re-
examination
   56:16 57:4
   87:2,10
   88:11
reach
   42:18
reached
   42:9,18
reaching
   27:21

read
   44:10 62:14
   74:16 79:20
   80:1 82:14
reading
   7:4 74:8
real
   8:18 47:15
   69:19
reason
   11:2,22 17:9
   28:24 48:15,
   23 53:15
recall
   10:13 12:22
   13:25 14:4,
   9,15 15:8,
   11,14,17
   18:4 22:10
   26:5 27:24
   29:10,18
   30:1 37:24
   38:6,20
   40:17 42:24
   43:7,9 51:9
   60:22 62:12,
   14,25 69:3
   85:22 86:20
   88:23
recalling
   49:20
receive
   30:3,6,9
received
   30:12 61:19
recited
   42:15 71:1
recollect
   34:7
recollection
   15:6 18:9
   25:18 47:7
record
   7:12,15 8:7,
   20 9:21
   11:15 40:20,
   23 41:10

65:3,11,14
66:11,14,22
87:22 88:4
89:12
**recording**
7:13
**redesigned**
14:11
**reel**
59:15,22
**ref**
86:10
**refamiliarize**
82:15
**refer**
46:16
**reference**
15:2 69:18
71:23 73:24,
25 74:22
86:11
**referenced**
42:14 46:15
70:25 80:9,
24 88:21
**references**
70:24
**referencing**
31:19 76:12
**referred**
18:21 80:8
**referring**
44:9,15 51:6
58:6 88:25
**refresh**
15:6 18:9
25:18 47:7
62:15
**regard**
68:6
**regarding**
13:7,15
26:14,18
67:8
**regular**
55:23

**reissue**
35:25
**reiterating**
9:21
**relate**
19:4,7,18
26:24
**related**
8:2 22:15
79:7
**relating**
15:11 19:12,
13 25:23
30:7,10 60:6
**relative**
20:22 31:4
44:5 46:14
52:10 71:6
73:15
**release**
58:24
**remember**
12:16,19
13:24 14:12
22:6,7 26:10
27:19,20
28:3 35:8
39:2,15
48:12 69:5,
21 71:20
73:6 74:25
76:2 78:10
80:11 81:4,
19,21,24
82:3,24,25
83:12 84:12
85:25
**rephrase**
11:5 37:19
45:10
**replied**
25:13
**replies**
70:24
**reply**
42:13

**Reporter**
8:5,8,16,25
10:14,16
11:14,18
**represent**
9:18 53:16
67:4 75:14
**representatio
n**
43:15,16
**represented**
43:12
**requested**
68:19,22
**reseller**
23:8
**respective**
7:4
**respectively**
33:1
**respond**
26:15
**responded**
26:13,20,21
**review**
24:17,23
**reviewing**
68:10
**REVIEWS**
24:25 41:17
44:12 82:19
**rigged**
57:16
**rigger**
51:15,17
57:23,24
58:1,20
**rigger's**
58:2
**rigging**
55:12 57:17
58:22 59:21
**right**
9:3 24:6
31:19 53:22
57:12 59:25
64:8 67:10

68:17,24
69:16 70:2
80:5 85:20
89:10
**right-of-way**
20:2
**rights**
61:15
**rigid**
49:23 50:11
**rigidly**
39:6,7,10
**ring**
42:7
**rings**
43:14
**rock**
50:18,20
52:3,24 70:1
72:16,18
75:24 77:1,
21 78:4
**rocked**
47:20 48:1
50:6 53:1
71:25 74:2,
11
**rocking**
50:23
**rocks**
52:6 71:11
74:23
**Ron**
17:22,23,25
18:2,5 25:7,
13,19 26:13
28:1,25
31:5,11
32:6,21 33:5
61:4 80:16
**Ron's**
25:14
**ron@
ruppmarine.
com.**
25:15

Craig Mercier
September 04, 2025

**Rosenberg**
 7:23 16:1,
 12,15,17
 29:3
**royalty**
 35:3
**rubber**
 59:1
**rupp**
 7:19 8:14
 12:7,13
 13:15,22
 14:1,9 15:8,
 13,23 17:25
 18:25 25:19,
 24 26:5
 28:4,22,25
 29:9,15,19
 30:3,4,6,7,
 10,14,17
 32:21 33:4,
 12,15,23
 34:6,21
 35:15 36:5,
 6,25 37:5,
 12,14,20
 38:1,8,14
 39:9 40:11,
 12 41:25
 44:3,4,17,21
 45:5,17,24
 46:8,10,14,
 16,17 47:8
 48:1 49:10,
 21 51:6,11
 52:5,8,10,13
 54:4,8,15,22
 56:25 60:8,
 19,25 61:9
 62:13 65:22,
 25 67:4,8,17
 68:5,11
 69:18 71:24
 72:15 73:8,
 13,14 76:5
 77:3 80:17
 82:11 88:17

**Rupp's**
 14:15 39:2
 42:5 53:18
 62:20 71:10
 73:18,19
 75:15
**RUPP-002287-2328**
 30:21
**RUPP-002329-2338**
 32:16
**RUPP-002349**
 80:1 82:9
**RUPP-002349-2350**
 79:13
**RUPP-002350**
 80:2
**RUPP-002353**
 79:20
**RUPP-002353-2354**
 79:2
**RUPP-002354**
 79:21
**RUPP-002355**
 24:8
**RUPP-002355-2356**
 24:11
**RUPP-002356**
 25:6
**RUPP-002358**
 28:10
**RUPP-002361**
 16:21,24
 17:4
**RUPP-002363**
 70:8
**RUPP-002363-2370**
 41:5
**RUPP-2288**
 31:18,22
**RUPP-2328**
 30:18

**RUPP-2329**
 32:12
**RUPP-2330**
 33:10
**RUPP-2338**
 32:13 33:11
**RUPP-2363**
 41:13,24
**RUPP-2370**
 41:14
**Ruppp**
 37:5
**Rutenberg**
 16:7

---

**S**

**safe**
 15:20
**sale**
 14:24
**says**
 33:16 35:14
 44:3 60:19
 70:14
**Schedule**
 35:14
**school**
 63:8
**Scott**
 28:22,25
 29:9,15,19
 30:3,6,9,13
 32:21 33:4,
 12 34:21
 60:18,25
 61:2 80:17
 82:11
**screw**
 39:7
**seal**
 22:19
**sealing**
 7:5
**search**
 55:24

**Sears**
 29:9,10
**second**
 42:12 57:25
 58:1 62:5
 70:9 73:2,
 10,11 79:20
 80:2,18
 86:23
**section**
 33:14 34:23
 36:17
**see**
 17:20 25:6,
 14,16 31:6
 32:23 33:7,
 21 35:1,21
 43:19 44:6
 57:5 70:10,
 19,23 71:8
 73:9,13,21
 79:22 80:21
 82:12 83:17
 84:24 86:3
 87:1,2
**seeing**
 60:22 71:20
 84:12
**sell**
 13:14 18:19
 20:8,11
 23:3,4 25:22
 48:22 59:1
 61:7,14
**selling**
 45:25 46:8,
 18 51:17,18
 52:8 75:4,5
**sells**
 23:6 50:9,13
 52:5
**send**
 17:14
**sending**
 82:24
**sends**
 33:4

sensitive
  7:16
sentence
  70:23 71:3
  73:10,12,13,
  18 80:18
  83:14,15
  84:1,22
sentences
  71:8
September
  7:13
served
  68:16
services
  20:18
set
  23:20 34:5,6
  57:20
sets
  57:25
several
  44:21,22
short
  41:2 57:23
  64:18 65:7
  66:18 87:25
show
  78:18
showed
  15:5 55:2
  67:12
shown
  25:9 53:16,
  20 54:3
shut
  27:12 80:18
side
  47:20,21,22
  48:1 49:24
  50:3,6,7,18,
  20,21,24
  52:3,6,9,24
  53:1,22
  59:18 70:1
  71:11,12,22,
  25 72:1,16,

17,18 74:2,
11,23 75:24
76:7 77:1,21
78:4,5
side-to-side
  49:21 75:1
signing
  7:5
similar
  12:8,12
  14:6,13
  47:15,22
  68:3 69:19
  70:4 71:25
  72:16 74:1
simply
  71:4
single
  39:5,10,24
  50:22 51:7,
  19 78:1
sitting
  38:20
situation
  29:1
Slavin
  8:15 41:23
  42:5,12
  43:5,20 44:8
  62:12,19
  70:10 88:17
Slavin's
  46:16
small
  58:17
snaps
  58:18
sold
  9:20 12:6
  18:16,24
  19:16 20:10
  37:5 45:5,17
  51:7
sort
  27:21 42:25
sound
  14:25 15:2

28:20 64:8
74:12
Southern
  7:21
speak
  10:18
speaking
  19:7
specific
  12:16 15:14
  18:7 37:15
  38:8,13,21
  46:16 47:9
  65:25
specificity
  71:2
specifics
  14:12
spell
  16:2
spoken
  9:17 13:7,12
sport
  21:6,11,21,
  24 64:6,13
spread
  58:5,12
spreader
  52:4
squared
  61:21
stacked
  84:14
stamped
  17:4
Stand
  40:23 64:21
  65:3 66:14,
  22 87:18
  89:8
started
  9:19 12:7
  14:13 47:14,
  17,22 51:18
  53:2 55:3
  61:6 69:18

starting
  70:21
starts
  25:7 70:11
state
  8:6 11:2
  43:13
statement
  8:8 75:18
  80:17 84:21
statements
  47:8
States
  7:20 35:19
Stettinius
  8:12
stipulated
  7:3
stock
  22:22
stop
  84:3
story
  55:7
straight
  75:3 77:14
Street
  7:23
strike
  13:20 57:8
string
  24:23 79:19,
  25
structural
  42:15 71:1
structure
  44:5 46:15
  71:7 73:15
subject
  54:5,8,16
  66:2
subpoena
  68:16
substance
  13:2
Suite
  8:1

Craig Mercier
September 04, 2025

sum
  29:16
Support
  7:25 8:6
sure
  16:18 34:4
  65:13 76:17
  77:6
swear
  8:9
swing
  51:15
swinging
  55:17
SWORN
  9:7
system
  31:23 35:20
  38:25 39:3,5
  40:6

---

T

Taft
  8:12
take
  7:14 11:18
  20:25 21:4
  24:4 40:19
  41:14 64:18
  66:12 87:16
taken
  7:18 9:23,25
  10:4 41:2
  53:17 65:7
  66:18 87:25
taking
  10:17
talk
  28:6 61:4
  65:1
talked
  38:8 61:2
  73:4
talking
  28:22,24
  52:10 53:18

58:6 59:7
64:4,11
82:25 85:24
tangled
  55:18
tapping
  76:10
teachings
  44:4 73:14
teaser
  58:12 59:6,
  7,10,13,20,
  22 60:1
technically
  73:11
telephone
  61:1
tell
  55:7
ten
  53:17 54:4
term
  33:16 57:19
testified
  9:7 67:7
testify
  11:22
testimony
  33:23 67:5
  69:21 81:10
  85:22 86:7
Texas
  8:2
text
  60:9
Thank
  9:17 88:6,9
there'd
  48:23
thing
  65:14 85:18
things
  11:15 22:15
  55:13 59:2
think
  14:6 15:20
  19:5 23:24

43:12 47:16,
  20 50:4
60:15,17
61:6,20 62:9
68:19 69:11
83:4,13
third
  44:2 70:23
  73:9
thought
  26:22 27:3
  49:11 52:14
  83:10,19
  88:21
three
  27:12 53:21
  57:22,24
  69:13 80:19
  81:20 83:15
through-
bolted
  77:4
Thursday
  17:18
tighten
  78:6,11,15
til
  55:12
tilt
  70:1 71:5,
  13,15 72:9,
  19 78:5
tilted
  47:21 71:11
  74:11
tilts
  74:22
time
  10:25 11:17
  12:14 27:6,
  11 28:22
  31:3 34:10,
  19 37:4,25
  39:9,18,19
  41:22 49:9
  50:8 53:4
  54:1 55:18

61:3,14 64:3
65:23 68:22
76:13,21,25
80:18 83:19
86:16
timeline
  15:12 75:8
times
  63:1
tip
  71:22
title
  19:20 31:23
titled
  33:15
today
  9:17 10:16
  11:23 12:2,5
  13:1 20:9
  38:20 43:23
  67:13,16
  88:16
told
  43:12
top
  31:22 58:1
  86:3 87:3
touch
  85:18
Tower
  82:25 83:3,
  16 88:22
  89:1
train
  20:5
transcript
  8:19
triple
  39:6,10,24
  51:19
True
  85:15
truthfully
  11:23
try
  10:18 24:4
  50:20 56:10

Craig Mercier
September 04, 2025

| | | | |
|---|---|---|---|
| **trying** | **unit** | 86:2,8 | 84:7,18 |
| 12:6 15:12 | 84:13 | **wanted** | 85:14 86:19 |
| 45:12,13 | **United** | 67:4 85:18 | 87:19 88:8 |
| 61:7 | 7:20 35:18 | **water** | 89:9 |
| **turn** | **upfront** | 20:3,5 59:23 | **work** |
| 71:5,12,15 | 63:2 | **way** | 13:15 16:15, |
| 72:8,19 | | 11:3,9 15:6 | 16 29:15 |
| 86:24 | | 26:3 39:23 | 43:22 50:22 |
| **two** | **V** | 55:19 60:8 | 60:23 |
| 27:12 32:20 | | 71:21 74:16 | **worked** |
| 57:25 62:1,2 | **varying** | 82:10 | 29:12 |
| 64:9,19 | 71:2 | **website** | **working** |
| 73:1,9 80:19 | **vegetation** | 14:24 19:21 | 29:6,18,20 |
| 81:19 83:15 | 20:4 | **weight** | 56:25 63:19, |
| 88:14 | **vendor** | 59:17 | 21 |
| **two-thirds** | 23:13,14 | **went** | **wrap** |
| 82:10 | **ventures** | 44:22 47:1, | 64:19 |
| **Tydings** | 34:9 | 17 51:10 | **write** |
| 7:23 | **version** | 76:23 | 29:2,14 |
| **type** | 74:24 75:1,2 | **What'd** | **writes** |
| 10:6 12:22 | 77:13,21 | 63:17 | 42:12 60:19 |
| 13:25 26:14 | **video** | **whispering** | **wrong** |
| 30:12 35:3 | 7:10,13 | 7:16 | 16:19 68:15 |
| 58:21 | 40:25 41:8 | **white** | 69:24 83:8 |
| **typically** | 65:5,9 | 36:14,24 | |
| 59:14 | 66:16,20 | **witness** | |
| | 87:23 88:2 | 8:9 9:6 | **Y** |
| | **videographer** | 24:25 25:2 | |
| **U** | 7:11,25 | 26:2,9 29:25 | **yeah** |
| | 40:22 41:9 | 31:14 32:9 | 42:7 43:15 |
| **U.S.** | 64:20 65:2, | 35:7 37:9 | 47:5,14 |
| 7:25 8:6 | 10 66:13,21 | 38:5 39:14 | 60:18 62:1,5 |
| 56:15 | 87:17,21 | 41:17,19 | 69:13 78:16 |
| **uh-huhs** | 88:3 89:7,11 | 44:12,14 | 82:17 84:9 |
| 11:16 | **videorecorded** | 45:9,21 | **year** |
| **understand** | 7:17 | 46:22 47:4, | 10:2 29:17, |
| 11:1,3 15:12 | **VIDEOTAPED** | 13 48:11 | 20 62:22 |
| 23:24 42:5 | 89:14 | 49:6,14 50:2 | **years** |
| 43:17 55:14 | | 51:2 54:12, | 44:21,22 |
| 64:5 70:17 | | 19 55:1 | 45:2,4,13 |
| **understanding** | **W** | 64:22 66:6 | 47:17 51:14 |
| 9:20 12:1,4 | | 67:21 69:2 | 52:7 55:6,12 |
| 26:16 39:21 | **waived** | 72:12,22 | 63:11,15 |
| 63:5 68:21 | 7:6 | 74:5 75:11, | 75:22 89:2 |
| 73:24 | **walk** | 21 76:16 | |
| **understood** | 57:20 | 77:18,25 | |
| 11:9 69:23, | **want** | 81:3 82:19, | |
| 24 | 36:8 62:10 | 21 83:23 | |
| | 65:13 73:1 | | |