

Home / Pulley Clusters





# PULLEY CLUSTERS

$95.00

SKU: CA-0144

Choose a Pulley Cluster: Single

- Single
- Double
- Triple

Quantity:

− 1 +

**ADD TO CART**

Buy with shop Pay

More payment options

Secure Checkout With

✓ Pickup available at Rupp Marine Inc.
Usually ready in 2-4 days

View store information

Made from bright anodized aircraft grade aluminum and 316 stainless steel, Rupp pulley clusters are designed to replace any outrigger eye-bolt. Made using Rupp's exclusive polyaxial design that allows the pulley to self-align, further reducing halyard line wear.

Use in any combination for single, double or triple rigging of outrigger halyard lines. Customer supplies 1/4-20 stainless steel mounting bolt.

***Sold Individually. For mounting hardware, please call and provide outrigger serial number, otherwise hardware will not be provided.***

Share   Share   f   P   x   ⬈

# YOU MAY ALSO LIKE

**USEFUL LINKS**

Search

Support

Warranty Info

Returns

Store Policies

FAQ

Contact Us

News & Information

United States (USD $)

Rupp Marine Inc. • Powered by Shopify

**ABOUT OUR COMPANY**

Since 1980, Rupp Marine has been the global leader in premium outriggers and marine hardware, known for quality American manufacturing and exceptional customer service. Our patented innovations and advanced technology ensure top performance for boats of all sizes. With a worldwide dealer network, we offer peace of mind, easy support, and access to spare parts.

GEM0003805