**alockton@mchaleslavin.com**

DEFENDANT'S EXHIBIT **M**

| | |
|---|---|
| **From:** | Broman, William K. <WBroman@taftlaw.com> |
| **Sent:** | Friday, September 26, 2025 6:54 PM |
| **To:** | litigation@mchaleslavin.com |
| **Cc:** | Lanser, Joseph R.; Weiss, Gregory; Pfister, Charles; Matthews, Alex M.; Shah, Jaimin; Symons, Patrice; Sanchez, Madison |
| **Subject:** | RE: GEM Products v. Rupp Marine |
| **Attachments:** | HIGHLY CONFIDENTIAL AEO - External Kit Sales History.xlsx |

Ed/Andrew –

We will produce this with a bates number next week, our e-discovery team is offline right now. It is designated HIGHLY CONFIDENTIAL.



**William K. Broman**
Associate
WBroman@taftlaw.com
Dir: 248.727.1571   |   Cell: 313.530.4660
Tel: 248.351.3000
27777 Franklin Rd.
Suite 2500
Southfield, Michigan 48034

**Taft Bio**
**Download vCard**
**taftlaw.com**

**Now over 1,100 attorneys strong.**

Taft is expanding to **Atlanta** and strengthening its **Washington, D.C.**, presence through a merger with Morris, Manning & Martin on Dec. 31, 2025. Learn more **here.**

---

Taft has expanded to **Southeast Florida**, with the addition of Mrachek Law, a distinguished litigation firm. Learn more **here.**

---

Taft has expanded to the **Mountain West region** with the addition of Sherman & Howard, a prominent 130-year-old law firm.  Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** litigation@mchaleslavin.com <litigation@mchaleslavin.com>
**Sent:** Friday, September 26, 2025 4:26 PM
**To:** Broman, William K. <WBroman@taftlaw.com>
**Cc:** Lanser, Joseph R. <JLanser@taftlaw.com>; Weiss, Gregory <GWeiss@mrachek-law.com>; Pfister, Charles <CPfister@taftlaw.com>; Matthews, Alex M. <AMatthews@taftlaw.com>; Shah, Jaimin <jshah@taftlaw.com>; Symons, Patrice <PSymons@mrachek-law.com>; Sanchez, Madison <MSanchez@taftlaw.com>; litigation@mchaleslavin.com
**Subject:** GEM Products v. Rupp Marine

Counsel:

With regard to the above-referenced matter, please see attached.

Sincerely,

**Abby A. Cox**
**Paralegal**

# McHale & Slavin, P.A.

2855 PGA Blvd.
Palm Beach Gardens, FL 33410
*Tel: 561-625-6575*
*Fax: 561-625-6572*
*Email:* Litigation@McHaleSlavin.com

This message (including any attachments) is confidential and may be privileged. If you have received this e-mail in error, please immediately notify us by telephone at (561) 625-6575 or by reply e-mail. You will be reimbursed for reasonable costs incurred in notifying us. Any unauthorized use or dissemination of this message in whole or in part is strictly prohibited and may be held to be a tortious interference with attorney communications. This message (including any attachments) has been scanned for viruses by anti-virus software before sending.