# Exhibit B

# GEM PRODUCTS' OPPOSITION TO RUPP MARINE'S MSJ

*GEM Products, LLC v. Rupp Marine, Inc.*
**Case No. 2:25-cv-14047**

# Rupp *asserts* it does not sell "outriggers *with* pulleys"…
## *But the evidence shows the opposite!*

## Rupp Invoice



**Date: Feb. 21, 2024**

**Invoice No.: 245620**

***Items Sold*:**
- **Bigg Rigg Outrigger**
- **Single Pulley Cluster**
- **Double Pulley Cluster**
- **Triple Pulley Cluster**

*One total price*

# Rupp *asserts* it does not sell "outriggers *with* pulleys"... *But the evidence shows the opposite!*
## Another Rupp Invoice



**Date: Mar. 26, 2024**

**Invoice No.: 245175**

***Items Sold*:**
- **Tournament Outrigger**
- **Single Pulley Cluster**
- **Double Pulley Cluster**
- **Triple Pulley Cluster**

***One total price***

# Rupp *asserts* it does not sell "outriggers *with* pulleys"... But the evidence shows *the opposite!* And Another Rupp Invoice



**Date: Oct. 17, 2024**

**Invoice No.: 250063**

***Items Sold*:**
- Tournament Outrigger
- Single Pulley Cluster
- Double Pulley Cluster
- Triple Pulley Cluster

*One total price*

# Rupp *asserts* it does not sell "outriggers *with* pulleys"...
## *But the evidence shows the opposite!*
### Rupp's Social Media





# Rupp also *asserts* <u>ALL</u> Pulleys include a "stem"
## *Again, the evidence shows <u>otherwise!</u>*
## Rupp's Website

- *<u>After compelled and after discovery</u>*, Rupp produced 200+ boxes of paper documents printed from computers
- Throughtout this case, Rupp's always called it a "stem"… but,
  It's actually called "*<u>Pulley Swivel Assembly</u>*"
    SKU: RI-0064
- Learned Rupp's "stem" is separate "add-on" option Rupp's Website in 2024 (Wayback):
    - Pulley Swivel Assembly is additional $15.75
    - "Designed for use with Rupp pulley clusters"
    - "Order with new or retrofit on existing pulley clusters"

## <u>Pulley Swivel Assembly</u>
## <u>Is A Separate Item</u>



# Rupp's correspondence with resellers confirm "swivel assembly" is optional, and *not included* "*unless requested*"

From: Lori Nechay <service@ruppmarine.com>
Sent: Friday, May 17, 2024 5:05 AM
To: Mitchell Matsuhiro <mitchell@meltontackle.com>
Subject: RE: PO91185 -

We no longer provide the swivel assemblies on the pulley clusters unless they are requested. Please let us know how many swivel assemblies you need and we will get them shipped to you.

Please note that going forward, you have to request the swivel assemblies be included (additional $15.75 retail per shank).

Thank you!

Lori Nechay – Customer Service Manager
"Over 28 years' service with Rupp"
Rupp Marine, Inc.
866-477-2678 Toll Free
772-286-5300 Phone
772-288-4180 Fax

**We no longer provide the swivel assemblies… *unless they are requested*"**

# Rupp's correspondence with resellers confirm
# "swivel assembly" is add-on, and *not included "unless requested"*

**From:** Lori Nechay <service@ruppmarine.com>
**Sent:** Friday, May 17, 2024 9:07 AM
**To:** Mitchell Matsuhiro <mitchell@meltontackle.com>
**Subject:** RE: PO91185 -

The pricing listed on the attached price list is correct for the pulleys without the swivel assemblies.

To add the swivel assemblies, it will be an additional $ 15.75 per cluster for all clusters going forward and you must request they be included.

For the pulleys you have in stock now, we will send the swivel assemblies to you at no charge for this one time to complete the pulleys you have now. Please let us know how many of the swivel assemblies you need.

Thank you!

Lori Nechay – Customer Service Manager
"Over 28 years' service with Rupp"
Rupp Marine, Inc.
866-477-2678 Toll Free
772-286-5300 Phone
772-288-4180 Fax

**From:** Mitchell Matsuhiro <mitchell@meltontackle.com>
**Sent:** Friday, May 17, 2024 11:08 AM
**To:** Lori Nechay <service@ruppmarine.com>
**Cc:** Jeff Peck <jeff@meltontackle.com>
**Subject:** RE: PO91185 -

Hello Lauri,

Just to confirm.

Can you please provide the pricing on these Pulley Clusters with and without the swivel assembly.

1

HIGHLY CONFIDENTIAL - ATTORNEY'S EYES ONLY     RUPP012121

> "... price list is correct for the pulleys *without the swivel assemblies*."

> "To add the swivel assemblies, it will be an additional $15.75 per cluster... *and you must request they be included*"

# Rupp's invoices confirm "swivel assembly" *not included* "*unless requested*"

## Rupp Invoice

**Items Sold:**
1. Triple Pulley Cluster
2. Single Pulley Cluster

3. **Swivel Assembly for Pulley Clusters**

**Little evidence "swivel assembly" ever sold**

May 13, 2024



# Rupp's invoices confirm "swivel assembly" not included "*unless requested*"
# Rupp Invoice



Oct 07, 2024

Items Sold:
- Big Rigg Outrigger
- Single Pulley Cluster
- Double Pulley Cluster
- Triple Pulley Cluster

## NO "SWIVEL ASSEMBLY"

## Most invoices have NO "swivel assembly"

# Rupp's marketing confirms **"Swivel Assembly"** *not included*

## Rupp's Social Media





## *Significant issues of material fact preclude MSJ in Rupp's favor:*

1. Even with "stem" – so tight there's no movement, does not avoid infringement;

2. Rupp can't rely on customers to "loosen" - no instructions or evidence

3. Rupp *knows* "stem" mostly not used (Rupp's social media and catalog)

4. Rupp cannot avoid infringement with separate "add-on stem." *See Koninklijke Philips N.V. v. Zoll Med. Corp.,* 656 F. App'x 504, 524 (Fed. Cir. 2016) (and cases cited therein) ("[T]he accused contributory infringer is not 'permitted to escape liability as a contributory infringer merely by embedding [the infringing apparatus] in a larger product with some additional, separable feature before importing and selling it.'") (internal quotes and citations omitted)