# Exhibit C

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 2:25-cv-14047-DMM**

GEM Products, LLC,
                    Plaintiff,

v.

Rupp Marine, Inc.,
                    Defendant.

_____

Rupp Marine, Inc.,
                    Counterclaimant,

v.

GEM Products, LLC,
                    Counterclaim-Defendant.

_____/

**DEFENDANT/COUNTERCLAIMANT RUPP MARINE, INC.'S
INITIAL DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure,

Defendant/Counterclaimant Rupp Marine, Inc. ("Rupp Marine"), serves its Initial

Disclosures in this action, and states as follows:

**A.    The name and address of each person likely to have discoverable information
supporting any claim or defense:**

      1.      Scott Rupp
             c/o McHale & Slavin, P.A.
             2855 PGA Boulevard
             Palm Beach Gardens, Florida 33410

Mr. Rupp has knowledge regarding the design and manufacture of products used,
manufactured, offered for sale, and/or sold by Rupp Marine, Inc.  Mr. Rupp also has
knowledge about third-party products sold prior to the filing of the applications for each of
the asserted patents.  Mr. Rupp also has knowledge about what information was publicly
accessible on the Rupp Marine, Inc. website (located at www.ruppmarine.com), which
contradicts the allegations made in this action by Plaintiff/Counterclaim-Defendant GEM

1

Products, LLC.  Mr. Rupp has knowledge related to the first sales by Rupp Marine, Inc. of the different "pulley" products identified in the Complaint by product number.

> 2.     Ron Karpantry
>        c/o McHale & Slavin, P.A.
>        2855 PGA Boulevard
>        Palm Beach Gardens, Florida 33410

Mr. Karpantry has knowledge regarding the design and manufacture of products used, manufactured, offered for sale, and/or sold by Rupp Marine, Inc.  Mr. Karpantry also has knowledge about third-party products sold prior to the filing of the applications for each of the asserted patents.  Mr. Karpantry also has knowledge about what information was publicly accessible on the Rupp Marine, Inc. website (located at www.ruppmarine.com), which contradicts the allegations made in this action by Plaintiff/Counterclaim-Defendant GEM Products, LLC.  Mr. Karpantry has knowledge related to the first sales by Rupp Marine, Inc. of the different "pulley" products identified in the Complaint by product number.

> 3.     Any witness listed by the Plaintiff/Counterclaim-Defendant in its Initial Disclosures.

> 4.     Any additional witness identified by either party through any motion or other document filed with the Court or through any discovery produced.

**B.     A copy of, or description by category and location, all documents, data compilations and tangible things in the possession, custody, or control of the Defendant that may support claims or defenses:**

> 1.     Documents related to the products offered for sale and/or sold by Rupp Marine, Inc., including product catalogs.

> 2.     Documents related to outrigger rigging.

> 3.     Documents related to products known and/or used prior to the critical filing date for each of the respective patents being asserted in this action.

**C.     A computation of any category of damages claimed by the disclosing party.**

Dependent on the outcome of this action, Rupp Marine seeks its reasonable attorney's fees and costs, as allowed by appropriate statutory authority.  At this stage, a computation is incomplete.

**D.     Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy a judgment.**

Rupp Marine, Inc. is not aware of any such agreement.

2

**E.**     **Disclosure of experts.**

The Defendant/Counterclaimant will disclose any expert(s) in this action in accordance with the requirements of the Court's Scheduling Order.   A proposed order has been submitted to the Court (ECF No. 25-1), but a schedule has not yet been entered.

Respectfully submitted,

*/s/ Andrew D. Lockton*
Edward F. McHale (Fla. Bar No. 190300)
Andrew D. Lockton (Fla. Bar No. 115519)
**McHale & Slavin, P.A.**
2855 PGA Boulevard
Palm Beach Gardens, Florida 33410
(561) 625-6575
(561) 625-6572 fax
emchale@mchaleslavin.com
alockton@mchaleslavin.com
litigation@mchaleslavin.com

*Attorneys for Defendant/Counterclaimant Rupp Marine, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 21, 2025, I caused to be served a true and correct copy of the foregoing Defendant/Counterclaimant Rupp Marine, Inc.'s First Set of Requests for Admissions to Plaintiff/Counterclaim-Defendant GEM Products, LLC on counsel of record for the Plaintiff, via email.  Counsel includes:

Alan L. Raines
alan@raineslegal.com
Florida Bar No. 520111
Elizabeth Jimenez
ejimenez@raineslegal.com
Florida Bar No. 1008516
RAINES LEGAL
2500 N. Military Trail, Suite 303
Boca Raton, FL 33431
Telephone:    (561) 693-3221
Facsimile:    (561) 404-1104

Joseph R. Lanser (*pro hac vice*)
jlanser@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601
Telephone:    (312) 527-4000
Facsimile:    (312) 527-4011

Charles Pfister (*pro hac vice*)
cpfister@taftlaw.com
TAFT STETTINIUS & HOLLISTER LLP
40 North Main Street, Suite 1700
Dayton, Ohio 45423
Telephone:    (937) 641-2071

*Attorneys for Plaintiff/Counterclaim-Defendant*
 *GEM Products, LLC*

/s/ Andrew D. Lockton
Andrew D. Lockton

4