UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 25-cv-14047-MIDDLEBROOKS

GEM PRODUCTS, LLC,

    Plaintiff/Counter-Defendant,

vs.

RUPP MARINE, INC.,

    Defendant/Counter-Plaintiff.

_____/

**ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION**

THIS CAUSE is before the Court upon Plaintiff's Motion for Reconsideration of the Order on Cross Motions for Summary Judgement (DE 215), filed March 4, 2026.

After careful review, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Reconsideration of the Court's Order on Cross Motions for Summary Judgement (DE 215) is **DENIED.**

**SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of March, 2026.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record